CO-386
10/2018

# United States District Court
# For the District of Columbia

Revolution Wind, LLC,  )
)
)
)
                          Plaintiff  )  Civil Action No. __25-2999_____
vs  )
)
DOUGLAS J. BURGUM, in his official capacity as Secretary of the U.S. Department of the Interior, et al.,  )
)
)
)
                         Defendant  )

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for __REVOLUTION WIND, LLC_____ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __REVOLUTION WIND, LLC_____ which have any outstanding securities in the hands of the public:

Ørsted A/S
BlackRock, Inc.

No other entity owns at least 10% of the stock of the corporation.

These representations are made in order that judges of this court may determine the need for recusal.

                                              Attorney of Record

                                              /s/ Janice M. Schneider
                                              Signature

DC Bar No. 472037                        Janice M. Schneider
BAR IDENTIFICATION NO.                Print Name

                                              555 Eleventh Street NW, Suite 1000
                                              Address

                                              Washington, DC 20004
                                              City            State          Zip Code

                                              202-637-2200
                                              Phone Number