# EXHIBIT 2



**OFFICE OF THE ASSISTANT SECRETARY OF DEFENSE**
3400 DEFENSE PENTAGON
WASHINGTON, DC  20301-3400

ENERGY, INSTALLATIONS,
AND ENVIRONMENT

December 13, 2024

Ms. Whitney Marsh
Ørsted
56 Exchange Terrace Suite 300
Providence, RI 02903

Reference: Federal Aviation Administration Aeronautical Study Number: 2021-WTE-2881-OE
and 23 associated structures

Dear Ms. Marsh,

Thank you for your participation in the Mitigation Response Team to assess and overcome military impacts from your proposed Revolution Wind project off the coast of Squibnocket Beach in Chilmark, Massachusetts.  In a letter dated October 27, 2021, the Department of Defense (DoD) described the potential impacts to military operations for the project.

As a result of discussions between Ørsted and the U.S. Air Force and a resulting mitigation agreement signed by the Assistant Secretary of Defense for Energy, Installations, and Environment on November 4, 2024, the Military Aviation and Installation Assurance Siting Clearinghouse (Clearinghouse) has found that construction of the Revolution Wind Wind project, with no more than 65 wind turbines up to 873 feet above sea level and no more than two offshore substations up to 228 feet above sea level, would not have adverse impacts to DoD missions in the area.  The Clearinghouse has entered a determination of "No Objection with Provision" for this project via the Federal Aviation Administration's (FAA) Obstruction Evaluation/Airport Airspace Analysis system.

Our response to the FAA included a notification that additional structure proposals or an increase to the current maximum structure height may present an adverse impact.  We encourage you to engage DoD prior to any proposed expansion or height increase.

If you have any concerns, please contact Ms. Robbin Beard, Clearinghouse Deputy Director, at robbin.e.beard.civ@mail.mil.

Sincerely,

Steven J. Sample
Executive Director
Military Aviation and Installation
Assurance Siting Clearinghouse