# EXHIBIT 3



| | |
|---|---|
| Mail Processing Center<br>Federal Aviation Administration<br>Southwest Regional Office<br>Obstruction Evaluation Group<br>10101 Hillwood Parkway<br>Fort Worth, TX 76177 | Aeronautical Study No.<br>2021-WTE-2881-OE |

Issued Date: 03/14/2024

Whitney Marsh
Orsted - RW
56 Exchange Terrace
Suite 300
Providence, RI 02903

## ** DETERMINATION OF NO HAZARD TO AIR NAVIGATION **

The Federal Aviation Administration has conducted an aeronautical study under the provisions of 49 U.S.C., Section 44718 and if applicable Title 14 of the Code of Federal Regulations, part 77, concerning:

 Structure:  Wind Turbine AE10
 Location:  Squibnocket, MA
 Latitude:  41-13-39.15N NAD 83
 Longitude:  71-05-04.52W
 Heights:  0 feet site elevation (SE)
    873 feet above ground level (AGL)
    873 feet above mean sea level (AMSL)

This aeronautical study revealed that the structure would have no substantial adverse effect on the safe and efficient utilization of the navigable airspace by aircraft or on the operation of air navigation facilities. Therefore, pursuant to the authority delegated to me, it is hereby determined that the structure would not be a hazard to air navigation provided the following condition(s) is(are) met:

As a condition to this Determination, the structure is to be marked/lighted in accordance with FAA Advisory circular 70/7460-1 M, Obstruction Marking and Lighting, white paint/synchronized red lights-Chapters 4,13(Turbines),&15.

Any failure or malfunction that lasts more than thirty (30) minutes and affects a top light or flashing obstruction light, regardless of its position, should be reported immediately to (877) 487-6867 so a Notice to Air Missions (NOTAM) can be issued. As soon as the normal operation is restored, notify the same number.

It is required that FAA Form 7460-2, Notice of Actual Construction or Alteration, be e-filed any time the project is abandoned or:

__X__ At least 60 days prior to start of construction (7460-2, Part 1)
__X__ Within 5 days after the construction reaches its greatest height (7460-2, Part 2)

See attachment for additional condition(s) or information.

While the structure does not constitute a hazard to air navigation, it would be located within or near a military training area and/or route.

This determination expires on 09/14/2025 unless:

 (a) the construction is started (not necessarily completed) and FAA Form 7460-2, Notice of Actual Construction or Alteration, is received by this office.
 (b) extended, revised, or terminated by the issuing office.

NOTE: REQUEST FOR EXTENSION OF THE EFFECTIVE PERIOD OF THIS DETERMINATION MUST BE E-FILED AT LEAST 15 DAYS PRIOR TO THE EXPIRATION DATE. AFTER RE-EVALUATION OF CURRENT OPERATIONS IN THE AREA OF THE STRUCTURE TO DETERMINE THAT NO SIGNIFICANT AERONAUTICAL CHANGES HAVE OCCURRED, YOUR DETERMINATION MAY BE ELIGIBLE FOR ONE EXTENSION OF THE EFFECTIVE PERIOD.

This determination is subject to review if an interested party files a petition that is received by the FAA on or before April 13, 2024. In the event an interested party files a petition for review, it must contain a full statement of the basis upon which the petition is made. Petitions can be submitted to the Manager, Rules and Regulations Group via email at OEPetitions@faa.gov, or via mail to Federal Aviation Administration, Air Traffic Organization, Rules and Regulations Group, Room 425, 800 Independence Ave, SW., Washington, DC 20591. FAA encourages the use of email to ensure timely processing.

This determination becomes final on April 23, 2024 unless a petition is timely filed. In which case, this determination will not become final pending disposition of the petition. Interested parties will be notified of the grant of any review. Any questions regarding your petition, contact Rules and Regulations Group via telephone (202) 267-8783.

This determination is based, in part, on the foregoing description which includes specific coordinates and heights. This determination is valid for coordinates within one (1) second latitude/longitude and up to the approved AMSL height listed above. If a certified 1A or 2C accuracy survey was required to mitigate an adverse effect, any change in coordinates or increase in height will require a new certified accuracy survey and may require a new aeronautical study.

If construction or alteration is dismantled or destroyed, you must submit notice to the FAA within 5 days after the construction or alteration is dismantled or destroyed.

Additional wind turbines or met towers proposed in the future may cause a cumulative effect on the national airspace system. All information from submission of Supplemental Notice (7460-2 Part 2) will be considered the final data (including heights) for this structure. Any future construction or alteration, including but not limited to changes in heights, requires separate notice to the FAA.

Obstruction marking and lighting recommendations for wind turbine farms are based on the scheme for the entire project. ANY change to the height, location or number of turbines within this project will require a reanalysis of the marking and lighting recommendation for the entire project. In particular, the removal of previously planned or built turbines/turbine locations from the project will often result in a change in the marking/lighting recommendation for other turbines within the project. It is the proponent's responsibility to contact the FAA to discuss the process for developing a revised obstruction marking and lighting plan should this occur.

In order to ensure proper conspicuity of turbines at night during construction, all turbines should be lit with temporary lighting once they reach a height of 200 feet or greater until such time the permanent lighting configuration is turned on. As the height of the structure continues to increase, the temporary lighting should be relocated to the uppermost part of the structure. The temporary lighting may be turned off for periods when they would interfere with construction personnel. If practical, permanent obstruction lights should be installed and operated at each level as construction progresses. An FAA Type L-810 steady red light fixture shall be used to light the structure during the construction phase. If power is not available, turbines shall be lit with self-contained, solar powered LED steady red light fixture that meets the photometric requirements of an FAA Type L-810 lighting system. The lights should be positioned to ensure that a pilot has an unobstructed view of at least one light at each level. The use of a NOTAM (D) to not light turbines within a project until the entire project has been completed is prohibited.

This determination does include temporary construction equipment such as cranes, derricks, etc., which may be used during actual construction of the structure. However, this equipment shall not exceed the overall heights as indicated above. Equipment which has a height greater than the studied structure requires separate notice to the FAA.

This determination concerns the effect of this structure on the safe and efficient use of navigable airspace by aircraft and does not relieve the sponsor of compliance responsibilities relating to any law, ordinance, or regulation of any Federal, State, or local government body.

This aeronautical study considered and analyzed the impact on existing and proposed arrival, departure, and en route procedures for aircraft operating under both visual flight rules and instrument flight rules; the impact on all existing and planned public-use airports, military airports and aeronautical facilities; and the cumulative impact resulting from the studied structure when combined with the impact of other existing or proposed structures. The study disclosed that the described structure would have no substantial adverse effect on air navigation.

An account of the study findings, aeronautical objections received by the FAA during the study (if any), and the basis for the FAA's decision in this matter can be found on the following page(s).

If we can be of further assistance, please contact Lan Norris, at (404) 305-6645, or Lan.norris@faa.gov. On any future correspondence concerning this matter, please refer to Aeronautical Study Number 2021-WTE-2881-OE.


**Signature Control No: 491643983-615655835**                                                                                     ( DNH -WT )
Eric F Johnston
Manager, Obstruction Evaluation Group

Attachment(s)
Additional Information
Map(s)

**Additional information for ASN 2021-WTE-2881-OE**

All FAA determinations and circularized cases are public record and available at the FAA's public website; https://oeaaa.faa.gov. The distribution for proposals circularized for public comments includes all "known" aviation interested persons and those who do not have an aeronautical interest but may become involved with specific aeronautical studies. Notification includes both postcard mailers and email notifications to those with registered FAA accounts. The FAA does not have a database for all persons with an aeronautical and non-aeronautical interest. Therefore, the public is encouraged to re-distribute and forward notices of circularized cases to the maximum extent possible. Additionally, it is incumbent upon local state, county and city officials to share notice of circularized cases with their concerned citizens.

A list of commonly used acronyms and abbreviations is available at the end of this document. A full list is available at the FAA's public website at https://oeaaa.faa.gov/oeaaa/downloads/external/content/FAA_Acronyms.pdf.

1. PROPOSAL DESCRIPTION

Proposed are 24 wind turbines for an offshore wind farm project located approximately 18.65 nautical miles (NM) to 25.00 NM southwest of the airport reference point (ARP) for Martha's Vineyard (MVY) Vineyard Haven, MA. and approximately 22.30 NM to 33.50 NM east of the ARP for Block Island State (BID) Block Island, RI.

For the sake of efficiency, all of the Aeronautical Study Numbers (ASN) filed for this proposal have similar impacts and are included in this narrative. The proposals described heights and locations are expressed in Above Ground Level (AGL) height, Above Mean Sea Level (AMSL) height and latitude / longitude.

| ASN | AGL | AMSL | Latitude | Longitude |
|---|---|---|---|---|
| 2021-WTE-2881-OE | 873 | 873 | 41-13-39.15N | 71-05-04.52W |
| 2021-WTE-2882-OE | 873 | 873 | 41-13-40.58N | 71-03-45.02W |
| 2021-WTE-2884-OE | 873 | 873 | 41-12-39.13N | 71-05-02.62W |
| 2021-WTE-2889-OE | 873 | 873 | 41-09-40.51N | 71-03-37.49W |
| 2021-WTE-2890-OE | 873 | 873 | 41-09-41.92N | 71-02-18.07W |
| 2021-WTE-2892-OE | 873 | 873 | 41-09-44.70N | 70-59-39.23W |
| 2021-WTE-2894-OE | 873 | 873 | 41-08-41.90N | 71-02-16.21W |
| 2021-WTE-2900-OE | 873 | 873 | 41-07-50.03N | 70-54-18.05W |
| 2021-WTE-2901-OE | 873 | 873 | 41-07-51.34N | 70-52-58.66W |
| 2021-WTE-2902-OE | 873 | 873 | 41-07-52.63N | 70-51-39.27W |
| 2021-WTE-2908-OE | 873 | 873 | 41-06-50.01N | 70-54-16.31W |
| 2021-WTE-2909-OE | 873 | 873 | 41-06-51.31N | 70-52-56.94W |
| 2021-WTE-2910-OE | 873 | 873 | 41-06-52.60N | 70-51-37.57W |
| 2021-WTE-2914-OE | 873 | 873 | 41-05-45.98N | 70-58-12.62W |
| 2021-WTE-2918-OE | 873 | 873 | 41-04-47.30N | 70-56-51.50W |
| 2023-WTE-7639-OE | 787 | 787 | 41-12-40.54N | 71-03-44.26W |
| 2023-WTE-7640-OE | 787 | 787 | 41-09-44.19N | 71-00-57.25W |
| 2023-WTE-7641-OE | 787 | 787 | 41-09-45.45N | 70-58-22.05W |
| 2023-WTE-7642-OE | 787 | 787 | 41-07-53.20N | 70-50-23.20W |
| 2023-WTE-7643-OE | 787 | 787 | 41-06-42.29N | 70-59-34.04W |
| 2023-WTE-7644-OE | 787 | 787 | 41-06-47.76N | 70-55-36.87W |
| 2023-WTE-7645-OE | 787 | 787 | 41-06-54.21N | 70-50-19.48W |

2023-WTE-7646-OE   /   787   /   787   /   41-05-48.08N   /   70-59-32.25W
2023-WTE-7647-OE   /   787   /   787   /   41-05-47.53N   /   70-56-54.68W

2. TITLE 14 CFR PART 77 - OBSTRUCTION STANDARDS EXCEEDED

a. Section 77.17(a)(1); exceeds a height of 499 feet AGL at the site of the object.  The proposed wind turbines at 873 feet AGL would exceed this standard by 374 feet.  The proposed wind turbines at 787 feet AGL would exceed this standard by 288 feet.

b. Section 77.17(a)(3); a height within a terminal obstacle clearance area, including an initial approach segment, a departure area, and a circling approach area, which would result in the vertical distance between any point on the object and an established minimum instrument flight altitude within that area or segment to be less than the required obstacle clearance.

- Boston Consolidated TRACON (A90)

A90_MVA_FUS3_2023_v2, Sector II and A90_MVA_FUS5_2023, Sector FF; the following would increase the Minimum Vectoring Altitude (MVA) from 1500 feet to _____.

    1900 feet
2021-WTE-2881-OE
2021-WTE-2882-OE
2021-WTE-2884-OE
2021-WTE-2889-OE
2021-WTE-2890-OE
2021-WTE-2892-OE
2021-WTE-2894-OE
2021-WTE-2900-OE
2021-WTE-2901-OE
2021-WTE-2902-OE
2021-WTE-2908-OE
2021-WTE-2909-OE
2021-WTE-2910-OE
2021-WTE-2914-OE
2021-WTE-2918-OE

    1800 feet
2023-WTE-7639-OE
2023-WTE-7640-OE
2023-WTE-7641-OE
2023-WTE-7642-OE
2023-WTE-7643-OE
2023-WTE-7644-OE
2023-WTE-7645-OE
2023-WTE-7646-OE
2023-WTE-7647-OE

A90_MVA_FUS3_2023_v2, Sector HH; the following would increase the MVA from 1800 feet to 1900 feet:

2021-WTE-2889-OE
2021-WTE-2890-OE
2021-WTE-2892-OE
2021-WTE-2894-OE
2021-WTE-2884-OE
2021-WTE-2914-OE

A90_MVA_FUS5_2023_v2, Sector II; the following would increase the MVA from 1800 feet to 1900 feet:

2021-WTE-2881-OE
2021-WTE-2882-OE
2021-WTE-2884-OE
2021-WTE-2889-OE
2021-WTE-2890-OE
2021-WTE-2892-OE
2021-WTE-2894-OE
2021-WTE-2900-OE
2021-WTE-2901-OE
2021-WTE-2902-OE
2021-WTE-2908-OE
2021-WTE-2909-OE
2021-WTE-2910-OE
2021-WTE-2914-OE
2021-WTE-2918-OE

- Providence ATCT/TRACON (PVD)

PVD_MVA_FUS5_2023 and PVD_MVA_FUS3_2023; the following would increase the MVA for Sector C from 1500 feet to _____.

    1900 feet
2021-WTE-2881-OE
2021-WTE-2882-OE
2021-WTE-2884-OE
2021-WTE-2889-OE
2021-WTE-2890-OE
2021-WTE-2892-OE
2021-WTE-2894-OE
2021-WTE-2900-OE
2021-WTE-2901-OE
2021-WTE-2902-OE
2021-WTE-2908-OE
2021-WTE-2909-OE
2021-WTE-2910-OE
2021-WTE-2914-OE
2021-WTE-2918-OE

    1800 feet
2023-WTE-7639-OE

2023-WTE-7640-OE
2023-WTE-7641-OE
2023-WTE-7642-OE
2023-WTE-7643-OE
2023-WTE-7644-OE
2023-WTE-7645-OE
2023-WTE-7646-OE
2023-WTE-7647-OE

- Martha's Vineyard (MVY)

ILS LOC RWY 24 & VOR RWY 6; the following would increase the Minimum Safe Altitude (MSA), 180 degrees (deg.) inbound, clockwise to 090 deg. inbound from 1600 feet to _____.

    1900 feet
2021-WTE-2881-OE
2021-WTE-2882-OE
2021-WTE-2884-OE
2021-WTE-2889-OE
2021-WTE-2890-OE
2021-WTE-2892-OE
2021-WTE-2894-OE
2021-WTE-2900-OE
2021-WTE-2901-OE
2021-WTE-2902-OE
2021-WTE-2908-OE
2021-WTE-2909-OE
2021-WTE-2910-OE
2021-WTE-2914-OE
2021-WTE-2918-OE

    1800 feet
2023-WTE-7639-OE
2023-WTE-7640-OE
2023-WTE-7641-OE
2023-WTE-7642-OE
2023-WTE-7643-OE
2023-WTE-7644-OE
2023-WTE-7645-OE
2023-WTE-7646-OE
2023-WTE-7647-OE

- Cape Cod Coast Guard Air Station (FMH)

ILS Z OR LOC Z RWY 23, ILS Z OR LOC Z RWY 32, COPTER ILS Y OR LOC Y RWY 23 and COPTER ILS Y OR LOC Y RWY 32; the following would increase the MSA, 270 deg. inbound, clockwise to 090 deg. inbound from 1500 feet to 1900 feet.

2021-WTE-2881-OE

2021-WTE-2882-OE
2021-WTE-2884-OE
2021-WTE-2889-OE
2021-WTE-2890-OE
2021-WTE-2892-OE
2021-WTE-2894-OE
2021-WTE-2900-OE
2021-WTE-2901-OE
2021-WTE-2902-OE
2021-WTE-2908-OE
2021-WTE-2909-OE
2021-WTE-2910-OE
2021-WTE-2914-OE
2021-WTE-2918-OE

ILS or LOC Z RWY 32, COPTER ILS or LOC Y RWY 32 and COPTER ILS Y OR LOC Y RWY 32; the following would increase the MSA, 270 deg. inbound, clockwise to 090 deg. inbound from 1500 feet to 1800 feet.

2023-WTE-7639-OE
2023-WTE-7640-OE
2023-WTE-7641-OE
2023-WTE-7642-OE
2023-WTE-7643-OE
2023-WTE-7644-OE
2023-WTE-7645-OE
2023-WTE-7646-OE
2023-WTE-7647-OE

- Cape Cod Gateway (HYA)

ILS OR LOC RWY 15, ILS OR LOC RWY 24 and VOR RWY 6; the following would increase the MSA, 180 deg. inbound, clockwise to 090 deg. inbound from 1700 feet to _____.

    1800 feet
2023-WTE-7639-OE
2023-WTE-7640-OE
2023-WTE-7641-OE
2023-WTE-7642-OE
2023-WTE-7643-OE
2023-WTE-7644-OE
2023-WTE-7645-OE
2023-WTE-7646-OE
2023-WTE-7647-OE

    1900 feet
2021-WTE-2881-OE
2021-WTE-2882-OE
2021-WTE-2884-OE

2021-WTE-2889-OE
2021-WTE-2890-OE
2021-WTE-2892-OE
2021-WTE-2894-OE
2021-WTE-2900-OE
2021-WTE-2901-OE
2021-WTE-2902-OE
2021-WTE-2908-OE
2021-WTE-2909-OE
2021-WTE-2910-OE
2021-WTE-2914-OE
2021-WTE-2918-OE

- Block Island State (BID)

VOR/DME RWY 10 and VOR RWY 28; the following would increase the MSA, 240 deg. inbound, clockwise to 060 deg. inbound from 1700 feet to _____.

    1900 feet
2021-WTE-2881-OE
2021-WTE-2882-OE
2021-WTE-2884-OE
2021-WTE-2889-OE
2021-WTE-2890-OE
2021-WTE-2892-OE
2021-WTE-2894-OE
2021-WTE-2914-OE
2021-WTE-2918-OE

    1800 feet
2023-WTE-7639-OE
2023-WTE-7640-OE
2023-WTE-7641-OE
2023-WTE-7643-OE
2023-WTE-7646-OE
2023-WTE-7647-OE

- General Edward Lawrence Logan International (BOS)

OOSHN FIVE ARRIVAL (RNAV); the following would increase the Minimum Obstruction Clearance Altitude (MOCA), CUTOX to CUJKE from 1200 feet to _____.

    1900 feet
2021-WTE-2901-OE
2021-WTE-2902-OE
2021-WTE-2908-OE
2021-WTE-2909-OE
2021-WTE-2910-OE
2021-WTE-2914-OE

2021-WTE-2918-OE

     1800 feet
2023-WTE-7642-OE
2023-WTE-7644-OE
2023-WTE-7645-OE
2023-WTE-7646-OE
2023-WTE-7647-OE

c.  Section 77.17(a)(4); a height within an en route obstacle clearance area, including turn and termination areas, of a Federal Airway or approved off-airway route, that would increase the minimum obstacle clearance altitude.

- T300

The following would increase the MOCA, MINNK to DEEPO from 1200 feet to _____.

     1900 feet
2021-WTE-2881-OE
2021-WTE-2882-OE
2021-WTE-2884-OE
2021-WTE-2889-OE

     1800 feet
2023-WTE-7639-OE

The following would increase the MOCA from NEWBE to DEEPO from 1200 feet to _____.

     1900 feet
2021-WTE-2881-OE
2021-WTE-2882-OE
2021-WTE-2884-OE
2021-WTE-2889-OE
2021-WTE-2890-OE
2021-WTE-2892-OE
2021-WTE-2894-OE
2021-WTE-2900-OE
2021-WTE-2901-OE
2021-WTE-2902-OE
2021-WTE-2908-OE
2021-WTE-2909-OE
2021-WTE-2910-OE
2021-WTE-2914-OE
2021-WTE-2918-OE

     1800 feet
2023-WTE-7639-OE
2023-WTE-7640-OE
2023-WTE-7641-OE

2023-WTE-7642-OE
2023-WTE-7643-OE
2023-WTE-7644-OE
2023-WTE-7645-OE
2023-WTE-7646-OE
2023-WTE-7647-OE

3. TITLE 14 CFR PART 77 - EFFECT ON AERONAUTICAL OPERATIONS

a. Section 77.29 (a)(1); the impact on arrival, departure, and en route procedures for aircraft operating under visual flight rules. At a height greater than 499 feet AGL, the proposed wind farm would extend into airspace normally used for VFR en route flight and located within 2 statute miles (SM) of a potential VFR Route as defined by FAA Order 7400.2, Section 6-3-8. The turbines within 2 SM of a VFR route would have an adverse effect upon VFR air navigation. Further study was required to determine whether the structures would affect a significant volume of VFR aircraft resulting in a substantial adverse effect on VFR en route traffic.

b. Section 77.29(a)(6); effect on ATC radar, direction finders, ATC tower line-of-sight visibility, and physical or electromagnetic effects on air navigation, communication facilities, and other surveillance systems. The wind farm would be located within Radar Line of Sight (RLOS) of the Falmouth, MA. (FMH) ASR-8, Coventry, RI. (PVD) ASR-9, and Nantucket, MA. (ACK) ASR-9 radar facilities. The wind turbines may affect the quality and/or availability of the primary radar signals in the area of the proposed wind farm.

4. TITLE 14 CFR PART 77 - FURTHER STUDY AND PUBLIC COMMENTS

In order to facilitate the public comment process, all 24 studies were circularized under ASN 2021-WTE-2892-OE on 01/26/2024, to all known aviation interests and non-aeronautical interests that may be affected by the proposal. There were no comments received as a result of the circularization concluding on 03/03/2024.

5. BASIS FOR DETERMINATION

a. IFR Effects - The aeronautical study identified an IFR effects for A90, PVD, MVY, FMH, HYA, BID, BOS AND T300. Minimum Vectoring Altitudes (MVA) are solely used by ATC, not published for public use and therefore are not circulated for public comment. A review by the controlling facility determined that increasing the altitude in the sector would ensure the required obstacle clearance is maintained and therefore the proposal would not have a substantial adverse effect on IFR operations for A90 or PVD. Minimum Obstruction Clearance Altitudes (MOCA) assure obstacle clearance over the entire route segment to which they apply and assure navigational signal coverage within 22 NM of the associated VOR navigational facility. For that portion of the route segment beyond 22 NM from the VOR, where the MOCA is lower than the MEA and there are no plans to lower the MEA to the MOCA, a structure that affects only the MOCA would not be considered to have substantial adverse effect. Other situations require study as ATC may assign altitudes down to the MOCA under certain conditions. A review by the controlling ATC facilities determined that increasing the MOCAs would ensure the required obstacle clearances are maintained and therefore the proposal would not have a substantial adverse effect on IFR operations for BOS or T300. Minimum Safe Altitudes (MSA) are the minimum obstacle clearance altitudes within a specified distance from the navigation facilities upon which procedures are predicated. MSA altitudes are designed for emergency use only and are not routinely used by pilots or by air traffic control. Consequently, MSAs are not circulated for public comment as they are not considered a factor in determining the extent of adverse effect and therefore the proposal would not have a substantial adverse effect on IFR operations for MVY, FMH, HYA or BID. The proposed structures would have no effect on any other existing or proposed arrival, departure, or en route IFR operations or procedures.

b. VFR Effects - The aeronautical study identified no effect on any existing or proposed VFR arrival or departure operations. The proposals would be located beyond the traffic pattern airspace for any known public use or military airports. At 787 and 873 feet AGL, the structures would be located within the altitudes commonly used for en route VFR flight. In coordination with ATC, an analysis of potential VFR Routes and available traffic data indicated that an average of less than one VFR aircraft per day may be affected by the proposed wind farm. In accordance with FAA Order 7400.2, the proposed wind farm would not affect a significant volume of aircraft and therefore, it is determined they will not have a substantial adverse effect on en route VFR flight operations. The proposed structures would be charted on VFR sectional aeronautical charts and appropriately obstruction marked/lighted to make them more conspicuous to airmen should circumnavigation be necessary.

c. NAVAIDs/Radar Effects - The aeronautical study identified the proposed turbines as being within the RLOS of the Falmouth, MA. (FMH) ASR-8, Coventry, RI. (PVD) ASR-9, and Nantucket, MA. (ACK) ASR-9 radar facilities as described above. Impacts to radar only require a review by the responsible ATC facility and military services. Further study determined the structures would have no substantial adverse effect on military or air traffic operations at this time.

d. Cumulative Effect - The cumulative impact of the proposed structures, when combined with other proposed and existing structures, is not considered to be significant. Study did not disclose any substantial adverse effect on existing or proposed public-use or military airports or navigational facilities, nor would the proposals affect the capacity of any known existing or planned public-use or military airport.

e. Military Airspace - The aeronautical study included a review by the Army, Navy, Air Force, Department of Defense (DOD) and Department of Homeland Security (DHS). In accordance with JO 7400.2, Par. 6-3-6-f., military personnel are responsible for evaluating the effect on airspace and routes used by the military. The Air Force and DOD identified the structures as being located within the confines or near a military radar line of sight. Additional or taller structures which encroach upon radar line of sight may result in mission impacts that warrant further study.

6. DETERMINATION

It is determined that the proposed construction would not have a substantial adverse effect on the safe and efficient utilization of the navigable airspace by aircraft or on any air navigation facility and would not be a hazard to air navigation providing the conditions set forth in this determination are met.

******************************************************************************

ACRONYMS & ABBREVIATIONS

AGL, Above Ground Level
AMSL, Above Mean Sea Level
ARP, Airport Reference Point
ARSR, Air Route Surveillance Radar
ARTCC, Air Route Traffic Control Center
ASN, Aeronautical Study Number
ASR, Airport Surveillance Radar

ATC, Air Traffic Control
ATCT, Air Traffic Control Tower
CARSR, Common Air Route Surveillance Radar
CAT, Category
CFR, Code of Federal Regulations
CG, Climb Gradient
DA, Decision Altitude
DME, Distance Measuring Equipment
FAA, Federal Aviation Administration
FUS, Fusion
GPS, Global Positioning System
IAF, Initial Approach Fix
IAP, Instrument Approach Procedure
ICA, Initial Climb Area
IFR, Instrument Flight Rules
INT, Intersection
LAT, Latitude
LNAV, Lateral Navigation
LOC, Localizer
LONG, Longitude
LP, Localizer Performance
LPV, Localizer Performance with Vertical Guidance
MDA, Minimum Descent Altitude
MEA, Minimum En route Altitude
MET, Meteorological Evaluation Tower
MIA, Minimum IFR Altitude
Min, Minimum
MOCA, Minimum Obstruction Clearance Altitude
MSA, Minimum Safe Altitude
MSL, Mean Sea Level
MVA, Minimum Vectoring Altitude
NA, Not Authorized
NAS, National Airspace System
NAVAID, Navigational Aid
NDB, Non-Directional Radio Beacon
NEH, No Effect Height
NM, Nautical Mile
NOTAM, Notice to Airmen
NPF, Notice of Preliminary Findings
OCS, Obstacle Clearance Surface
OE, Obstruction Evaluation
OEG, Obstruction Evaluation Group
Part 77 - Title 14 Code of Federal Regulations (CFR) Part 77, Safe, Efficient Use and Preservation of the Navigable Airspace.
P-NOTAM, Permanent Notice to Airmen
RLOS, Radar Line of Sight
RNAV, Area Navigation
RNP, Required Navigation Performance
RWY, Runway


Case 1:25-cv-02999-RCL    Document 9-4    Filed 09/05/25    Page 15 of 16

S-, Straight-in  
SE, Site Elevation  
S-LOC, Straight-in Localizer  
SM, Statute Miles  
Std., Standard  
TAA, Terminal Arrival Area  
TACAN, Tactical Air Navigation System  
TERPS, Terminal Instrument Procedures  
TPA, Traffic Pattern Airspace  
TRACON, Terminal Radar Approach Control  
V, Victor Airway  
VFR, Visual Flight Rules  
VHF, Very High Frequency  
VOR, VHF Omnidirectional Radio Range System  
VORTAC, VOR/TACAN System  
WTE, Wind Turbine East  
WTW, Wind Turbine West

**Sectional Map for ASN 2021-WTE-2881-OE**

