# EXHIBIT 4

# AN UNFUNDED PROGRAMMATIC AGREEMENT

## Between The

## U.S. DEPARTMENT OF COMMERCE
## NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION
## NATIONAL OCEAN SERVICE
## U.S. INTEGRATED OCEAN OBSERVING SYSTEM OFFICE

## And

## REVOLUTION WIND, LLC

## For The

## MITIGATION OF MISSION DEGRADING OFFSHORE WIND TURBINE INTERFERENCE TO OCEANOGRAPHIC HIGH-FREQUENCY RADAR BY THE REVOLUTION OFFSHORE WIND FARM

NOS Agreement Code:  MOA-2024-070/12900

**TABLE OF CONTENTS**

ABBREVIATIONS AND ACRONYMS ........................................................................................ 4

1    PARTIES .............................................................................................................................. 6

2    BACKGROUND .................................................................................................................... 6

2.1    Project Overview and Description of Lease Area ........................................................... 6

2.2    Project Impact to NOAA IOOS Operations .................................................................. 6

3    AUTHORITIES ..................................................................................................................... 7

3.1    Coast and Geodetic Survey Act ..................................................................................... 7

3.2    Integrated Coastal and Ocean Observation System Act ................................................ 8

4    PURPOSE .............................................................................................................................. 8

5    RESPONSIBILITIES OF THE PARTIES ............................................................................. 9

5.1    IOOS ............................................................................................................................. 9

5.2    RWF .............................................................................................................................. 9

5.3    Met-Ocean Data Collection for Mitigation .................................................................. 9

5.3.1    Data Types to be Collected .................................................................................... 9

5.3.2    Sensors ................................................................................................................. 10

5.3.2.1    Wave and Current Radar at RWF OSS ........................................................... 10

5.3.2.2    Met-ocean Buoy ............................................................................................. 10

5.3.2.3    Wave and Current Radar at South Fork Wind Farm OSS ............................... 10

5.3.3    Operation and Maintenance .................................................................................. 10

5.3.3.1    Real Time Monitoring Requirements .............................................................. 10

5.3.3.2    Maintenance Requirements ............................................................................ 11

5.3.3.3    Downtime Reporting ....................................................................................... 11

5.3.4    Decommissioning ................................................................................................. 12

5.4    Data Sharing and Analysis .......................................................................................... 12

5.4.1    WTRIM DAC Contacts ........................................................................................ 12

6    CONTACTS ......................................................................................................................... 13

7    FUNDING ............................................................................................................................ 14

8    DURATION OF AGREEMENT, AMENDMENTS, OR TERMINATION ....................... 14

9    ASSIGNMENT .................................................................................................................... 14

10    RESOLUTION OF DISAGREEMENTS ............................................................................ 14

11    OTHER TERMS AND CONDITIONS ............................................................................... 15

12    APPROVALS ....................................................................................................................... 15

REFERENCES ............................................................................................................................. 16

Appendix A:  Technical Specifications, MSI G300 Metocean Buoy ............................................ 17

Appendix B:  Technical Specifications, RADAC WG5 Wave Monitoring Radar ...................... 71

**ABBREVIATIONS AND ACRONYMS**

| | |
|---|---|
| AMAG | Amagansett high-frequency radar |
| ATTN | attention |
| Ave. | avenue |
| BISL | Block Island standard range high-frequency radar |
| BLCK | Block Island long-range high-frequency radar |
| Bldg. | building |
| BOEM | Bureau of Ocean Energy Management |
| CGSA | Coast and Geodetic Survey Act |
| cm | centimeters |
| COORA | Coordinated Ocean Observation and Research Act of 2020 |
| CPVN | Camp Varnum high-frequency radar |
| DAC | data assembly center |
| DOC | Department of Commerce |
| DOI | Department of the Interior |
| *et al.* | *et alia* (English: "and others") |
| *et seq.* | *et sequens* (English: "and the following") |
| HBSR | Horseneck Beach State Reservation high-frequency radar |
| HFR | high-frequency radar |
| Hwy | highway |
| ICOOS | Integrated Coastal and Ocean Observation System |
| *inter alia* | (English: "among other things") |
| IOOS | U.S. Integrated Ocean Observing System |
| km | kilometers |
| L. | law |
| LERA | least expensive radar |
| LLC | limited liability company |
| LOS | line of sight |
| LPWR | Long Point Wildlife Refuge high-frequency radar |
| m | meters |
| MA | Massachusetts |
| MARACOOS | Mid-Atlantic Regional Association Coastal Ocean Observing System |
| MD | Maryland |
| ME | Maine |
| mi. | statute miles |
| MRCH | Moriches high-frequency radar |
| MVCO | Martha's Vineyard high-frequency radar |
| N | north |
| NANT | Nantucket Island high-frequency radar |
| NAUS | Nauset high-frequency radar |
| NERACOOS | Northeastern Regional Association of Coastal Ocean Observing Systems |

| | |
|---|---|
| NH | New Hampshire |
| nm | nautical miles |
| NOAA | National Oceanic and Atmospheric Administration |
| NOS | National Ocean Service |
| NWTP | Nantucket high-frequency radar |
| NY | New York |
| OCS | outer continental shelf |
| OSS | offshore sub-station |
| Ph.D. | Doctor of Philosophy |
| Pub. | public |
| REV | Revolution Wind, LLC |
| RI | Rhode Island |
| RWF | Revolution Wind Farm |
| s | seconds |
| Sr. | senior |
| SSMC3 | Silver Spring Metro Center 3 |
| St. | street |
| T | true |
| U.S. | United States |
| U.S.C. | United States Code |
| UH-HFDR | University of Hawaiʻi - High Frequency Doppler Radar |
| W | west |
| WTG | wind turbine generator |
| WTRIM | wind turbine radar interference mitigation |

# 1    PARTIES

This document constitutes an agreement between the U.S. Integrated Ocean Observing System (IOOS) Office, National Ocean Service (NOS), National Oceanic and Atmospheric Administration (NOAA), U.S. Department of Commerce (DOC); and Revolution Wind, LLC (REV), the owner of the Revolution Wind Farm (RWF).

# 2    BACKGROUND

## 2.1    Project Overview and Description of Lease Area

RWF includes up to 67 structures (65 wind turbine generators (WTGs) and two offshore substations (OSS)) located in federal waters on the Outer Continental Shelf (OCS) in the designated Bureau of Ocean Energy Management (BOEM) Renewable Energy Lease Area OCS-A 0486 (Lease Area).  RWF is approximately 18 statute miles (mi.) (15 nautical miles [nm]) southeast of Point Judith, RI, approximately 15 mi. (13 nm) east of Block Island, RI, approximately 8.5 mi. (7.5 nm) south of Noman's Land Island National Wildlife Refuge (uninhabited island), and between approximately 12 to 14 mi. (10 to 12.5 nm) south/southwest of varying points of the Rhode Island and Massachusetts coastlines (Figure 1).  RWF will commence offshore construction in May 2024 and continue through mid-2025, and operate for approximately 25 years.  WTGs are anticipated to commence installation as early as June 2024.



Figure 1.  RWF (at blue cable) and adjacent South Fork Wind Farm (at green cable).

## 2.2    Project Impact to NOAA IOOS Operations

The Lessee's RWF project is currently within the line of sight (LOS) of eleven oceanographic high-frequency radar (HFR) systems (SeaSonde® and LERA types):

- AMAG (Amagansett, NY SeaSonde)
- BLCK (Block Island Long Range, RI SeaSonde)
- BISL (Block Island Standard Range, RI SeaSonde)
- CPVN (Camp Varnum, RI UH-HFDR )
- HBSR (Horseneck Beach State Reservation, MA UH-HFDR[1])
- LPWR (Long Point Wildlife Refuge, MA UH-HFDR)
- MVCO (Martha's Vineyard, MA SeaSonde)
- MRCH (Moriches, NY SeaSonde)
- NWTP (Nantucket, MA UH-HFDR)
- NANT (Nantucket Island, MA SeaSonde)
- NAUS (Nauset, MA SeaSonde)

The number and configuration of HFRs within LOS of RWF is subject to change by IOOS.

Recent BOEM research (Colburn, et al. 2020) has determined that WTGs within the LOS proximity of HFRs degrade those sensors' ocean surface current velocity and wave measurements, which are used by NOAA IOOS in support of mission objectives including tracking and predicting the movement of spills of hazardous materials or other pollutants, monitoring water quality, and predicting sea state for safe marine navigation.

## 3    AUTHORITIES

The programmatic and legal authorities for NOAA IOOS and REV to enter into this Agreement are the *Coast and Geodetic Survey Act* ("CGSA"), 33 U.S.C. 883a *et seq.* and the *Integrated Coastal and Ocean Observation System Act of 2009* (Pub. L. 111-11) ("ICOOS Act"), as amended by the *Coordinated Ocean Observation and Research Act of 2020* (Pub. L. 116-271, Title I) ("COORA"), codified at 33 U.S.C. §§ 3601–3610.

### 3.1    Coast and Geodetic Survey Act

The CGSA, 33 U.S.C. § 883e (2020), authorizes the Secretary of DOC to, *inter alia*, enter into cooperative agreements, or any other agreements, with any State or subdivision thereof, any Federal agency, or any public or private organization, or individual for performing activities authorized under 33 U.S.C. 883a *et seq.*, and to establish the terms of any agreement entered into under this section.

Programmatic authorities for NOAA to enter into this Agreement include the CGSA, 33 U.S.C. §§ 883a, 883b, and 883d (2020), which authorize the Secretary of DOC to, *inter alia*:

- provide information for the safe navigation of marine commerce, and to provide basic data for engineering and scientific purposes and for other commercial and industrial needs, including tide and current observations;
- that full public benefit may be derived, disseminate data from the analysis and prediction of tide and current data, and to process and publish data, information, compilations, and reports; and

---

[1] University of Hawaiʻi High Frequency Doppler Radars (UH-HFDR), also known colloquially as "least expensive radar" (LERA).

- conduct investigations and research in geophysical sciences (including oceanography).

3.2    Integrated Coastal and Ocean Observation System Act

The ICOOS Act, as amended by COORA, authorizes the Secretary of DOC to execute an agreement with any State or subdivision thereof, any Federal agency, any public or private organization, or any individual to carry out activities under this chapter.  Further, the ICOOS Act, 33 U.S.C. § 3603(c)(3)(C)(iv) (2020), authorizes the Administrator for NOAA to enter into and oversee contracts, leases, grants, or cooperative agreements with non-Federal assets to support the purposes of this chapter on such terms as the Administrator deems appropriate.  Per 33 U.S.C. § 3602(5) (2020), the term "non-Federal assets" means all relevant coastal and ocean observation technologies, related basic and applied technology research and development, and public education and outreach programs that are managed through States, regional organizations, universities, nongovernmental organizations, or the private sector and integrated into the System by a regional coastal observing system, NOAA, or the agencies participating in the Interagency Ocean Observation Committee.

Programmatic authorities for NOAA to enter into this Agreement include the ICOOS Act, as amended by COORA, which authorize the Administrator of NOAA to, *inter alia*:

- establish and sustain a national integrated System of ocean, coastal, and Great Lakes observing systems, comprised of Federal and non-Federal components that includes *in situ*, remote, and other coastal and ocean observation capabilities, technologies, data management systems, communication systems, and product development systems, and is designed to address regional and national needs for ocean and coastal information, to gather specific data on key ocean, coastal, and Great Lakes variables, and to ensure timely and sustained dissemination and availability of these data—to the public; to support search and rescue operations, marine commerce, navigation safety, weather, climate, and marine forecasting, energy siting and production, economic development, ecosystem-based marine, coastal, and Great Lakes resource management, and public safety; and to provide easy access to ocean, coastal, and Great Lakes data and promote data sharing between Federal and non-Federal sources and promote public data sharing;
- use non-Federal assets to fulfill regional and national observation missions and priorities;
- ensure all data collected by the System regarding ocean and coastal waters of the United States, including the Great Lakes, are made available to all end-user communities; and
- sustain a national surface current mapping network designed to improve fine scale sea surface mapping using HFR technology and other emerging technologies that— is comprised of existing HFR and other sea surface current mapping infrastructure; incorporates new HFR assets or other fine scale sea surface mapping technology assets, and other assets needed to fill gaps in coverage on United States coastlines; and follows a deployment plan that prioritizes closing gaps in HFR infrastructure in the United States, starting with areas demonstrating significant sea surface current data needs, especially in areas where additional data will improve Coast Guard search and rescue models.

# 4    PURPOSE

The purpose of this Mitigation Agreement is to mitigate the demonstrated impacts to oceanographic HFR systems including those listed above in § 2.2 from radar interference, caused

by RWF, to the degree that radar performance is no longer within the specific radar systems' operational parameters or fails to meet the IOOS's mission objectives.

# 5    RESPONSIBILITIES OF THE PARTIES

## 5.1    IOOS

As soon as possible following initiation of RWF commercial operations, but no later than 60 days following the completion of RWF[2], consult with BOEM to determine if interference is unacceptable.  Interference is considered unacceptable if, as determined by BOEM in consultation with NOAA IOOS, RWF causes interference such that the performance of any of the IOOS HFR system(s) in § 2.2 falls or may fall outside any of the specific radar systems' operational parameters or fails or may fail to meet IOOS's mission objectives.

IOOS shall be responsible for receiving the data telemetry provided by REV for the data types specified in § 5.3.1, using those data to mitigate the impact of HFR interference from the RWF described in § 2.2, and serving the data to the public per § 5.4.

## 5.2    RWF

REV will mitigate potential interference to NOAA IOOS Systems by sharing real-time met-ocean data in the period leading up to and including the installation of all rotor blades.  In order to mitigate unacceptable interference throughout the life of the Project until the point of decommissioning when all rotor blades are removed, the Lessee REV will make available to NOAA IOOS near real-time, accurate numerical telemetry of surface current velocity, wave height, wave period and wave direction data measured at locations selected by the Lessee REV in coordination with NOAA IOOS (see § 5.3.2 below).  As noted below, data are already being shared.

REV is responsible for the met-ocean data collection described in § 5.3—including purchasing, installing, operating, maintaining consistent with § 5.3.3—and reliably transmitting those data to IOOS.

## 5.3    Met-Ocean Data Collection for Mitigation

### 5.3.1    Data Types to be Collected

Table 1.  Table of variables and minimum collection frequencies.

| Variables (units) | Collection and Reporting Frequency |
|---|---|
| Current Speed (cm s$^{-1}$) | 30 Minutes |
| Current Direction (°T) | 30 Minutes |
| Wave Height (m) | 30 Minutes |
| Wave Period (s) | 30 Minutes |
| Wave Direction (°T) | 30 Minutes |

---

[2] Tentative completion date in the second quarter of calendar year 2025.

### 5.3.2    Sensors

#### 5.3.2.1    Wave and Current Radar at RWF OSS

A wave monitoring radar will be installed on the RWF OSS at approximate position (41° 12.6' N, 71° 6.3' W). This radar measures heave, water level, wave height, wave period, and wave direction, and, pending an update scheduled for early 2024 and following software benchmarking against the buoy described in § 5.3.2.2 below, surface currents. See Appendix B: Technical Specifications, RADAC WG5 Wave Monitoring Radar. The wave monitoring radar, and/or other current monitoring sensor will transmit data to NOAA IOOS, should BOEM determine HFR performance falls or may fall outside any of the specific radar systems' operational parameters or fails or may fail to meet IOOS's mission objectives.

#### 5.3.2.2    Met-ocean Buoy

A met-ocean buoy is currently deployed in approximate position 41.0764° N, 71.1893° W. This buoy measures wave height, direction, and period, current speed and direction, and visibility. See https://orna.woodsholegroup.com/sfwb/index.html and Appendix A: Technical Specifications, MSI G300 Metocean Buoy. This device will be in place for approximately three (03) years. This buoy currently provides NOAA IOOS with the desired oceanographic data per Table 1 for the duration of the buoy's deployment, including redeployments, regardless of determination results of § 5.1. The buoy will be in place and transmitting data prior to RWF rotor blade installation.

#### 5.3.2.3    Wave and Current Radar at South Fork Wind Farm OSS

A wave monitoring radar is installed on the adjacent South Fork Wind Farm OSS at position (41.0759° N, 71.1680° W). This radar measures heave, water level, wave height, wave period, and wave direction, and South Fork Wind, LLC in coordination with REV is in current talks with the manufacturer to include surface currents measurements. See Appendix B: Technical Specifications, RADAC WG5 Wave Monitoring Radar. The wave monitoring radar, and/or other current monitoring sensor will assume monitoring duties on or before the disestablishment of the met-ocean buoy described in § 5.3.2.2, include data transmittal to NOAA IOOS, should BOEM determine HFR performance falls or may fall outside any of the specific radar systems' operational parameters or fails or may fail to meet IOOS's mission objectives.

### 5.3.3    Operation and Maintenance

#### 5.3.3.1    Real Time Monitoring Requirements

Met-ocean data collected by the sensors in § 5.3.2 will be reported live, in no slower than 30 minutes intervals, which matches the data capabilities of impacted HFR systems. IOOS indicates the location of the sensors in § 5.3.2 is sufficient to allow mission objectives to be met; therefore at least 30 days prior to relocating any sensor, except temporarily for maintenance, REV will consult with IOOS. Real-time blade rotation rates, nacelle bearing angles, and other operational state information is not currently desired by IOOS to meet mission parameters or objectives. Accurate numerical time-series data of blade rotation rates, nacelle bearing angles, and other information about the operational state of each WTG in the Lease Area to aid

interference mitigation could be shared subject to limited rights appropriate to government handling of proprietary data.

### 5.3.3.2   Maintenance Requirements

Maintenance intervals and procedures described below are indicative, and are accomplished in accordance with the manufacturer's recommendations.

#### 5.3.3.2.1   Met-ocean Buoy

Annual standard system servicing will be undertaken offshore on board the servicing vessel, rather than having to return the system to port for regular service and maintenance.  However, it should be noted that any major system maintenance beyond basic cleaning, checking, mooring replacement, or replacement of component parts could require shore-based servicing. Maintenance includes, but is not limited to:

- Cleaning of the buoy system components and mooring components.
- Uploading of all archived data recorded on the buoy system and securing of the data in multiple copies and via digital file transfer.
- Checking of the recorded data for correct system operation.
- Checking of all system sensors and buoy systems for good physical condition and correct operation.
- Assessment of the buoy mooring system components for unusual wear or degradation.
- Replacement of any batteries or system consumables as prescribed by the system manual.
- Reapplication of buoy system anti-fouling and replacement of buoy system sacrificial anodes.
- Replacement of the buoy system mooring components.

#### 5.3.3.2.2   Wave and Current Radars

Standard system servicing will be undertaken every 6 months:  including but not limited to:

- Visual Inspection.
- Inspect connections.
- Clean mount and heads.
- Inspect data transfer from cabinet room.

### 5.3.3.3   Downtime Reporting

REV will target a 92% or greater sensor availability when determination of impacts or mission failure are indicated.  Downtime will be reported to NOAA IOOS within 24 hours; infill data will not be available directly, but may be available indirectly through adjacent offshore wind project's sensors.  Corrective maintenance by REV will be performed to restore system operation.

### 5.3.4  Decommissioning

RWF will be decommissioned in accordance with its Construction and Operations Plan and any Decommissioning Plan approved by BOEM.  REV will provide 30 days' notice prior to decommissioning any sensor indicated above.

5.4    Data Sharing and Analysis

All data types given in § 5.3.1 from the sensors in § 5.3.2 will be telemetered at the frequency described in § 5.3.3.1 by REV to the wind turbine radar inference mitigation (WTRIM) data assembly center (DAC) provided by the IOOS Regional Associations noted below.  Current WTRIM DAC contacts are listed in § 5.4.1.  Data transmission protocols and other technical information needed for REV to share these sensors' measurements with the WTRIM DAC are available through consultation with those contacts.

Via the WTRIM DAC, IOOS will make all data types in § 5.3.1 received from REV publicly available without delay under the Creative Commons Zero 1.0 Universal Public Domain Dedication (CC0-1.0).  IOOS may analyze the data quality of the measurements received from REV and, if results indicate a sensor malfunction, notify REV, which will conduct the maintenance per § 5.3.3.2 necessary to remedy the malfunction.

### 5.4.1  WTRIM DAC Contacts

Currently, the WTRIM DAC is being provided through a collaboration between IOOS Regional Associations the Northeastern Regional Association of Coastal Ocean Observing Systems (NERACOOS) and Mid-Atlantic Regional Association Coastal Ocean Observing System (MARACOOS).  The present WTRIM DAC points of contact are listed below, all of whom shall be copied on communications regarding the WTRIM DAC.  The Parties agree that if there is a change regarding the information in this section, IOOS will notify REV in writing, preferably via e-mail, of such change.  This change does not require an amendment.

1.  Tom Shyka
    Product and Engagement Manager, NERACOOS
    195 New Hampshire Ave., Suite 240
    Portsmouth, NH 03801
    Office:  (603) 570-3025
    Business mobile:  (207) 650-9766
    E-mail:  tom@neracoos.org

2.  Jake Kritzer, Ph.D.
    Executive Director, NERACOOS
    Office:  (603) 570-3023
    Business mobile:  (617) 869-1336
    E-mail:  jake@neracoos.org

3.  Gerhard Kuska, Ph.D.
    Executive Director, MARACOOS
    Phone:  (302) 519-1971
    E-mail:  kuska@maracoos.org

4. Mary Ford
   Deputy Director, MARACOOS
   Phone:  (302) 605-2727
   E-mail:  mary@maracoos.org

5. Riley Young Morse
   Sr. Program Manager, Ocean Data Products, Gulf of Maine Research Institute
   350 Commercial St.
   Portland, ME 04101
   Phone:  (207) 228-1663
   E-mail:  rmorse@gmri.org

6. Kelly Knee
   Executive Director, Ocean Science, RPS North America
   Office:  (401) 661-8632
   Business mobile:  (401) 374-5245
   E-mail:  kelly.knee@tetratech.com

## 6   CONTACTS

The contacts of each Party to this Agreement are listed below, along with any technical, administrative, or other points of contact.  The Parties agree that if there is a change regarding the information in this section, the Party making the change will notify the other Party in writing, preferably via e-mail, of such change.  This change does not require an amendment.

1. Carl Gouldman
   Director, U.S. IOOS Office
   1315 East-West Hwy, Bldg. SSMC3
   Silver Spring, MD 20910
   Mobile:  (240) 723-5784
   E-mail:  carl.gouldman@noaa.gov

2. Brian Zelenke
   Surface Currents Program Manager, U.S. IOOS Office
   1315 East-West Hwy, Bldg. SSMC3
   Silver Spring, MD 20910
   Mobile:  (240) 676-6396
   E-mail:  brian.zelenke@noaa.gov

3. ATTN:  Revolution Wind Asset Manager
   Elliott Reid
   399 Boylston St., 12th Floor
   Boston, MA 02116
   Business mobile:  (857) 286-1949
   E-mail:  EREID@orsted.com

4. ATTN:  Revolution Wind Operations Manager
   Stephen Lanthier
   22 Research Way

East Setauket, NY 11733
Business mobile:  (224) 935-2219
E-mail:  SLANT@orsted.com

5.  ATTN:  Northeast Region Marine Affairs Manager
John Mansolillo
56 Exchange Terrace
Providence, RI
Business mobile:  (401) 450 5467
E-mail:  JOMAN@orsted.com

## 7    FUNDING

There is no transfer of funds between the Parties under this Agreement.

## 8    DURATION OF AGREEMENT, AMENDMENTS, OR TERMINATION

This Agreement becomes effective upon the signature of both Parties and will terminate ten (10) years thereafter.  The parties will review this agreement at least once every five (5) years to determine whether it should be revised, renewed, or canceled.

This Agreement may be amended within its scope or renewed prior to the expiration date through the written consent of both Parties.  An amendment or renewal will become effective upon signature of both Parties.

This Agreement may be terminated prior to expiration with the written consent of both Parties. Any Party may initiate termination of this agreement by providing 30 days written notice to the other Party.  During the intervening 30 days, the Parties agree to actively attempt to resolve any outstanding disputes or disagreements.

## 9    ASSIGNMENT

This Agreement and all of the terms hereof shall be binding upon the successors and assigns of REV.  No future assignment will in any way operate to enlarge, alter, or change any obligation of NOAA IOOS under this agreement.

## 10   RESOLUTION OF DISAGREEMENTS

Should disagreement arise as to the interpretation of the provisions of this Agreement, or amendments and/or revisions thereto that cannot be resolved at the operating level, the area(s) of disagreement will be stated in writing by each Party and presented to the other Party for consideration.  If agreement on interpretation is not reached within 30 days, the Parties shall forward the written presentation of the disagreement to respective higher officials for appropriate resolution.

## 11  OTHER TERMS AND CONDITIONS

1. In executing the terms and conditions of this Agreement, REV shall comply with all applicable federal, state, and local environmental laws, statutes, regulations, executive orders, and permits.
2. REV shall have the right to use sub-contractors to assist in performing the work of this agreement; nonetheless RWF shall remain responsible for all its obligations under this Agreement.
3. The total liability of REV, its officers, directors, employees, agents, and affiliates for any claims, demands, losses, costs, or damages, whether direct, indirect, consequential, special, exemplary, or incidental, arising out of or related to this agreement, shall be limited to the specific actions indicated in this agreement.
4. In no event shall REV be liable for any indirect, incidental, special, or consequential damages, including, but not limited to, loss of profits, data, or use, even if advised of the possibility of such damages as a result of the use of data as indicated in this agreement.
5. In no event is NOAA liable to REV for third party use of REV's data or products NOAA derives using REV's data.
6. This limitation of liability shall apply to the fullest extent permitted by law and shall survive termination or expiration of this agreement.

## 12  APPROVALS

Accepted and approved for the U.S. Department of Commerce, National Oceanic and Atmospheric Administration, National Ocean Service, U.S. Integrated Ocean Observing System Office.

By: GOULDMAN.CARL.CLEMENTS.1365845871
Digitally signed by GOULDMAN.CARL.CLEMENTS.1365845871
Date: 2024.07.03 12:19:06 -04'00'
Date: 07/03/2024

for Carl Gouldman
*Director, U.S. IOOS Office*

Accepted and approved for Revolution Wind, LLC by its agents, Ørsted Wind Power North America LLC.

By: EREID
Digitally signed by EREID
Date: 2024.07.03 13:09:53 -04'00'
Date: 07/03/2024

Elliott Reid
*Authorized Person*

By: (signature)
Digitally signed by ROSOD
Date: 2024.07.09 09:09:27 -04'00'
Date: 07/09/2024

Robert Soden
*Authorized Person*

**REFERENCES**

Colburn, Russell J., Christian A. Randolph, Chelsea Drummond, Michael W. Miles, Frank C.
        Brody, Christian D. McGillen, Andrew S. Krieger, and Rachel E. Jankowski. 2020.
        *Radar Interference Analysis for Renewable Energy Facilities on the Atlantic Outer
        Continental Shelf.* OCS Study, Office of Renewable Energy Programs, U.S. Department
        of the Interior, Bureau of Ocean Energy Management, McLean, Virginia, U.S.A.: Booz
        Allen Hamilton, 189.
        https://www.boem.gov/sites/default/files/documents/environment/Radar-Interferance-
        Atlantic-Offshore-Wind_0.pdf.

**Appendix A:  Technical Specifications, MSI G300 Metocean Buoy**



# APPENDIX A - EQUIPMENT TECHNICAL SPECIFICATIONS

# Orsted
# Real-Time Metocean Monitoring Buoy
## MSI G3000



Mechanical Wind Anemometer
RM Young 05106 Wind Monitor with Compass Unit

Barometric Pressure Sensor
RM Young BP 61302

Visibility Sensor
Campbell Scientific CS120A-PT or Similar

GPS Unit
Garmin 16x HVS

Camera
Campbell Scientific CCFC-R2 Camera or Similar

Air Temperature & Relative Humidity Sensor
RM Young 41382VC-90(F)

Satellite Telemetry Units

Satellite Locator Beacon
Metocean iBCN

Signal Lantern & AIS Transmitter
Xylem Nova 65SC or Similar

Directional Wave Measurement Sensor
Seaview SVS-603 or Similar

Data Acquisition, Management, and Logging System
Campbell Scientific CR1000X

Conductivity, Temperature, & Pressure Sensor
Seabird SBE37 (Pumped)

Current Speed & Direction Profiler
Nortek 600 kHz Aquapro with Z-Cell
or Nortek Signature 250

Ørsted

# Shallow Water Metocean Mooring
## (30-100m estimated depth range)

**Surface Buoy**
**MSI Guardian Buoy**

Includes:
- Wave Sensor
- Current Speed & Direction ADCP
- Visibility Sensor
- Meteorological Sensor Suite
- AIS Beacon
- Camera
- Real-Time Data Aquisition System
- Satellite Telemetry unit



**Sea Surface - 0m**

3/4" Chain
10m Length

5/16" Jacketed Wire Rope
15 / 55 / 85m Length

3/4" Chain Catenary
35 / 50 / 70m Length

**Sea Floor**
**30 / 70 / 100m depth**

**Ballast**
**(2600 lb / 1180 kg Clump Weight)**

# SURFACE BUOY SYSTEMS
## The Guardian Series

*Mooring Systems, Inc.* manufactures a wide range of surface buoys designed for use as meteorological and oceanographic instrumentation platforms. Our Guardian design incorporates durable self fendering hulls made of Surlyn foam. Surlyn foam is closed cell, extremely tough, and requires little maintenance. A steel frame and footed base provides a reliable construction that places the buoy system in compression while moored. A lightweight aluminum tower will support a host of instrumentation, solar panels, and navigation lights. The central well has a water tight compartment available for mounting batteries or electronics, and a removable topside end-cap allowing access while moored. Our versatile design approach allows for custom designed towers and instrument mounting for many inshore and offshore applications.



Model G-3000 Buoy



Water Tight Compartment End-Cap



Integral Radar Reflector

### Features:
* Rugged Self-fendering Surlyn Foam Hull
* Lightweight Aluminum Tower (Removable)
* Integral Radar Reflector
* Water Tight Battery/Electronics Compartment
* Steel Frame, Well, and Base
* Lifting and Handling Bails
* Self-Standing Base

### Options:
* Marine Solar Powered Light
* Instrumentation Mounting Brackets
* Bi-moor Attachment Bail

Steel Well and Base

## Specifications:

| MODEL | NET BUOYANCY (lbs) | SURLYN HULL DIAMETER | SURLYN HULL HEIGHT | TOWER HEIGHT | WELL DEPTH | WELL INSIDE DIAMETER | BASE HEIGHT | OVERALL HEIGHT w/o LIGHT | AIR WEIGHT (lbs) estimate |
|---|---|---|---|---|---|---|---|---|---|
| G-1000 | 1000 (454 kg) | 61" (1549 mm) | 16" (406 mm) | 72" (1829 mm) | 46" (1168 mm) | 12" (305 mm) | 32" (813 mm) | 10' (3.1 m) | 775 (350 kg) |
| G-2000 | 2000 (907 kg) | 61" (1549 mm) | 24" (610 mm) | 82" (2083 mm) | 54" (1372 mm) | 12" (305 mm) | 32" (813 mm) | 11.5' (3.5 m) | 850 (380 kg) |
| G-3000 | 3000 (1360 kg) | 82" (2082 mm) | 24" (610 mm) | 82" (2083 mm) | 54" (1372 mm) | 12" (305 mm) | 32" (813 mm) | 11.5' (3.5 m) | 1200 (545 kg) |
| G-4000 | 4000 (1814 kg) | 82" (2082 mm) | 30" (762 mm) | 82" (2083 mm) | 68" (1727 mm) | 12" (305 mm) | 32" (813 mm) | 12.6' (4.1 m) | 1500 (680 kg) |
| G-5000 | 5000 (2268 kg) | 82" (2082 mm) | 42" (1067 mm) | 94" (2388 mm) | 88" (2235 mm) | 12" (305 mm) | 48" (1219 mm) | 15.3' (4.7 m) | 2000 (907 kg) |

## Construction:
| | |
|---|---|
| Buoyancy Hull: | Surlyn Foam |
| Well / Frame: | Steel, zinc protected |
| Tower: | 6061-T6 Aluminum |
| Hardware: | 316 Stainless Steel |
| Isolation Bushings: | Nylon |
| Top-Side Paint: | Yellow Epoxy with Polyurethane Clear Coat |
| Bottom Paint: | Anti-fouling Below Waterline |
| Mooring Attachment: | Bail on Well Bottom for Single Point Mooring |



1227 Rt.28A, PO Box 413
Cataumet, MA 02534 USA
Tel: 508-564-4770, Fax: 4773

MOORING SYSTEMS

www.mooringsystems.com

# Nova-65 SC

## SELF-CONTAINED MARINE LANTERN

**The Nova-65 SC features unique and proprietary optics which provide a 360° beam at 5°, 10°, 20° or 30° vertical divergence. Utilizing a highly efficient compact lens, the Nova-65 SC is engineered to utilize the advanced and cost-effective technology of LEDs.**

Solar modules and high-grade batteries are housed in a compact self-contained marine lantern, designed for low maintenance with a projected service life of 10 years before any significant maintenance is needed. The 5° and 10° divergence lenses are ideal for fixed or floating aids to navigation while the 20° or 30° lens provides exceptional performance on buoys. The 5° lens can be used to meet specific needs that require a much longer range while still using a minimal amount of power.



### Characteristics

- User selectable power setting for visual range
- Photovoltaic system sized for demanding locations
- SignalView software to program user options
- Temperature compensated LED drive circuits ensure uniform brightness with ambient temperature change
- Availability in all IALA approved colors
- Constant current power source for maximum LED lifetime
- Optional GPS synchronisation module
- Optional GSM and Satellite monitoring
- Optional AIS AtoN module for message 21and monitoring via message 6
- 256 user selectable flash characters
- Full monitor and control capability
- Optional 5°, 10°, 20° or 30° lens





TIDELAND

a **xylem** brand

# iBCN

- NOVATECH™ Iridium® beacons
- Superior lifetime
- Rugged and innovative design
- Iridium® and Bluetooth configuration

 **TRACKING & MONITORING**



> NOVATECH™ products have been proven throughout the world's oceans and trusted around the globe for over 40 years.

The iBCN is the next-generation of NOVATECH™ Iridium® beacons, designed for tracking and locating assets. Rated to 7,500 m (24,600 ft), the self-contained submersible beacons use the bi-directional capabilities of the Iridium® satellite telemetry system, allowing end users to receive near real-time GPS location of their asset.

Designed to meet unique deployment needs, the iBCN offers five battery housing options: self-contained, remote head, OEM, and extended battery life with the option of lithium or alkaline batteries. The NOVATECH™ Iridium® beacons provide peace of mind for those unpredictable deployments.

# iBCN

## TECHNICAL SPECIFICATIONS

### ELECTRONICS
• Iridium 9603 - Short Burst Data Transceiver
• GPS Telit SE880: Ultra-sensitive receiver, 48 Channel SiRFstarIV™

### PROGRAMMING INTERFACE
• Local Configuration
  Bluetooth SPP (Serial Port Profile) communication via Windows application
• Over-The-Air Configuration, Bi-directional Iridium SBD communication

### ENVIRONMENTAL
• Operating Temperature: -30°C to +70°C (-22°F to 158°F)
• Storage Temperature: -40°C to +85°C (-40°F to +185°F)
• Ocean Depth Rating: 7,500 m (24,600 ft)
• Storage Life: 24 months

### PHYSICAL
• Hull Material: Titanium (Grade 2)
• Cap Material: PEEK and Titanium (Grade 5)
• Color: Natural

| Features | OEM | iBCN | iBCN-3 | iBCN-7 | iBCN-RH |
|---|---|---|---|---|---|
| Model N° | MMI-513-00000 | MMI-513-12000 | MMI-513-22000 | MMI-513-32000 | MMI-513-41100 |
| Dimensions (Battery Hull) | | 13.15" x 1.13" (335 mm x 28.7 mm) | 9.0" x 2.0" (228.6 mm x 50.8 mm) | 18.56" x 2.0" (471.4 mm x 50.8 mm) | 18.50" x 1.70 (470 mm x 43.0 mm) |
| Dimensions (Electronics Enclosure) | 2.18" x 2.20" (55.4 mm x 58.9) | 2.18" x 2.20" (55.4 mm x 58.9 mm) | 2.18" x 2.20" (55.4 mm x 55.9 mm) | 2.18" x 2.20" (55.4 mm x 55.9 mm) | 6.0" (1.83 m) Remote head cable |
| Mass in air (with batteries) | 0.22 lb (0,49 kg) | 1.78 lb (0.81 kg) | 3.30 lb (1.5 kg) | Alkaline 7.82 lb (3.55 kg) Lithium 7.05 lb (3.2 kg) | 5.94 lb (2.7 kg) |
| Mass in water (with batteries) | 0.24 lb (0.11 kg) | 1.11 lb (0.50 kg) | 2.0 lb (0.91 kg) | Alkaline 5.40 lb (2.45 kg) Lithium 4.62 lb (2.1 kg) | 3.55 lb (1.61 kg) |
| Hull Material | | Titanium (Grade 2) | Titanium (Grade 2) | Titanium (Grade 2) | Hard anodized aluminum |
| Cap Material | | Titanium (Grade 5) | Titanium (Grade 5) | Titanium (Grade 5) | |
| Battery | | 9 x CR123A Lithium | 3 x "D" cells Lithium | 7 x "D" cells Alkaline or Lithium | 6 x "C" cells Alkaline |
| On/Off Control | | Magnetic reed switch | Magnetic reed switch | Magnetic reed switch | Magnetic reed switch & pressure switch |
| Activation | | Surface sense (conductivity) GPS satellite check | Surface sense (conductivity) GPS satellite check | Surface sense (conductivity) GPS satellite check | Surface sense (conductivity) & pressure switch, GPS satellite check |
| Lifetime | | 2 years after being submerged for 1 year; 24 hour reporting once surfaced | 7 years after being submerged for 1 year; 24 hours reporting once surfaced | Alkaline: 11 years after being submerged for 1 year; 24 hours reporting once surfaced. Lithium: 19 years | 4 years after being submerged for 1 year; 24 hours reporting once surfaced |
| Options | | Optional remote head configuration | Optional remote head configuration | Optional remote head configuration | Optional remote head configuration |



21 Thornhill Drive, Dartmouth, Nova Scotia  B3B 1R9 CANADA
Tel: +1 902 468-2505   |   Email: sales@metocean.com

**metocean.com**

DEC. 2016 — V1.0.0

# Nova-65 SC

## Technical Details

| | |
|---|---|
| **Input Voltage** | 12VDC |
| **Power Consumption** | Variable up to 5W |
| **Power Consumption** | Field Selectable |
| **Colours Available Power Setting** | Red, green, yellow, white and blue |
| **Quiescent Current** | Light only < 2 mA ; with internal GPS < 3 mA |
| **Visibility** | 360° horizon (omnidirectional) |
| **Vertical Divergence** | 5°, 10°, 20° or 30° degrees at 50%; ± 1 degree |
| **Monitor and Control** | Capable |
| **Flash Codes** | Up to 256 codes, field selectable or via communication link |
| **Synchronisation** | GPS or hardwire options |
| **Sunswitch Threshold** | Adjustable |
| **Operation Temperature** | -40° C to +70° C |
| **Weight** | 20kg (44lbs) |
| **Size** | L 578mm (23in) x W 410mm (16in) x H 549mm (22in) plus an additional 75mm (3in) each for the two handles |
| **Relative Humidity** | 100% condensing |
| **Atmosphere** | Rated for continuous operation in a salty air |
| **Wind** | Designed to withstand speeds in excess of 300kmph (180mph) |
| **Solar Panels** | 4 Panels, each at 12 Volts 5.5W Nominal |
| **Battery Capacity** | 38 or 45 Amp-hour |
| **Battery Type** | Sealed Lead Acid |
| **Construction** | Rotationally moulded polyethylene |
| **Mounting** | 4 mounting 18mm (0.7in) holes on a 465mm (18in) diameter bolt hole |
| **Base** | Removable base |

NOTE: Specifications are subject to change.

Ideal For Adding AIS,
GSM, or Satellite Monitoring





Tideland Signal Corporation (USA)
us-sales@tidelandsignal.com

Tideland Signal Ltd (Canada)
canada-sales@tidelandsignal.com

Tideland Signal Ltd (Burgess Hill, UK)
emea-sales@tidelandsignal.com

Tideland Signal (The Netherlands)
emea-sales@tidelandsignal.com

Tideland Signal Ltd (Dubai, UAE)
emea-sales@tidelandsignal.com

Tideland Signal Pte Ltd (Singapore)
asia-sales@tidelandsignal.com

Tideland Signal Pte Ltd (Tianjin, China)
asia-sales@tidelandsignal.com

**www.tidelandsignal.com**

© 2016  Xylem, Inc.  All names are registered tradenames or trademarks of Xylem Inc. or one of its subsidiaries.  Technical changes reserved.

2016/11
BD22R05



**CAMPBELL SCIENTIFIC®**
WHEN MEASUREMENTS MATTER

# CR1000X
**Measurement and Control Datalogger**



# Flagship Data Logger

**Accurate, rugged, reliable**

## Overview

The CR1000X is our flagship data logger that provides measurement and control for a wide variety of applications. Its reliability and ruggedness make it an excellent choice for remote environmental applications, including weather stations, mesonet systems, wind profiling, air quality monitoring, hydrological systems, water quality monitoring, and hydrometeorological stations.

The CR1000X is a low-powered device that measures sensors, drives direct communication and telecommunications, analyzes data, controls external devices, and stores data and programs in onboard, nonvolatile storage. The electronics are RF-shielded by a unique sealed, stainless-steel canister. A battery-backed clock assures accurate timekeeping. The onboard, BASIC-like programming language, common to all contemporary Campbell Scientific data loggers, supports data processing and analysis routines.

## Benefits and Features

❯ Operational in extreme environments with a standard operating range of -40° to +70°C and an extended operating range of -55° to +85°C

❯ Connects directly to a computer's USB port

❯ Captures quickly changing data values with fast analog measurement capabilities (300+ Hz)

❯ Differentiates even slight changes in data values with higher resolutions measurements (24 bit Adc)

❯ Includes two non-isolated current input channels for directly connecting sensors with 0-to-20 mA or 4-to-20 mA current outputs

❯ Contains an onboard CPI port for hosting Campbell high-speed sensors and distributed modules (CDM)

❯ Directly connects to Ethernet

❯ Includes microSD card drive for extended memory requirements

❯ Provides simple serial sensor integration and measurement with SDI-12, RS-232, and/or RS-485

❯ Supports full PakBus networking

❯ Includes embedded web page for direct connection via web browser

## Detailed Description

The CR1000X is a low-powered device designed to measure sensors, drive direct communication and telecommunications,



analyze data, control external devices, and store data and programs in on-board, non-volatile storage. The electronics are RF-shielded and glitch-protected by a unique sealed, stainless-steel canister. A battery-backed clock assures accurate timekeeping. The on-board, BASIC-like programming language —common to all Campbell Scientific data loggers—supports data processing and analysis routines.

The CR1000X wiring panel includes two switchable 12 V terminals, analog grounds dispersed among 16 analog terminals, and unpluggable terminal blocks for quick deployment.

## Specifications

| | |
|---|---|
| -NOTE- | *Additional specifications are listed in the CR1000X Specifications Sheet.* |
| Operating Temperature Range | ❱ -40° to +70℃ (standard)<br>❱ *Non-condensing environment*<br>❱ -55° to +85℃ (extended) |
| Case Material | Anodized aluminum |
| Analog Inputs | 16 single-ended or 8 differential (individually configured) |
| Pulse Counters | 10 (P1 to P2 and C1 to C8) |
| Voltage Excitation Terminals | 4 (VX1 to VX4) |
| Maximum Source/Sink Current | ❱ ±40 mA (voltage excitation)<br>❱ 50 mA (switched regulated) |
| Communications Ports | ❱ CPI<br>❱ Ethernet<br>❱ USB Micro B<br>❱ CS I/O<br>❱ RS-232<br>❱ RS-422<br>❱ RS-485 |
| Data Storage Ports | microSD |
| Switched 12 Volt | 2 terminals |
| Digital I/O | 8 terminals (C1 to C8) configurable for digital input and output. Includes status high/low, pulse width modulation, external interrupt, edge timing, switch closure pulse counting, high-frequency pulse counting, UART, RS-232, RS-485, SDM, SDI-12, I2C, and SPI function. Terminals are configurable in pairs for 5 V or 3.3 V logic for some functions. |
| Input Limits | ±5 V |
| Analog Voltage Accuracy | ❱ ±(0.06% of measurement + offset) at -40° to +70℃ |

| | |
|---|---|
| | ❱ ±(0.04% of measurement + offset) at 0° to 40℃<br>❱ ±(0.08% of measurement + offset) at -55° to +85℃ (extended temperature range)<br>❱ Accuracy specifications do not include sensor or measurement noise. |
| ADC | 24-bit |
| Power Requirements | 10 to 18 Vdc input |
| Real-Time Clock Accuracy | ±3 min. per year (Optional GPS correction to ±10 µs) |
| Internet Protocols | Ethernet, PPP, CS I/O IP, RNDIS, ICMP/Ping, Auto-IP(APIPA), IPv4, IPv6, UDP, TCP, TLS (v1.2), DNS, DHCP, SLAAC, SNMPv3, NTP, Telnet, HTTP(S), FTP(S), SMTP/TLS, POP3/TLS |
| Communication Protocols | CPI, PakBus, SDM, SDI-12, Modbus, TCP, DNP3, UDP, NTCIP, NMEA 0183, I2C, SPI, and others |
| Battery-backed SRAM for CPU Usage & Final Storage | 4 MB |
| Data Storage | 4 MB SRAM + 72 MB flash (Storage expansion of up to 16 GB with removable microSD flash memory card.) |
| Idle Current Drain, Average | < 1 mA (@ 12 Vdc) |
| Active Current Drain, Average | ❱ 55 mA (20 Hz scan @ 12 Vdc)<br>❱ 1 mA (1 Hz scan @ 12 Vdc) |
| Dimensions | 23.8 x 10.1 x 6.2 cm (9.4 x 4.0 x 2.4 in.)<br>Additional clearance required for cables and leads. |
| Weight | 0.86 kg (1.9 lb) |

For comprehensive details, visit: www.campbellsci.com/cr1000x

**CAMPBELL SCIENTIFIC**

Campbell Scientific, Inc.  |  815 W 1800 N  |  Logan, UT 84321-1784  |  (435) 227-9120  |  www.campbellsci.com

AUSTRALIA | BRAZIL | CANADA | CHINA | COSTA RICA | FRANCE | GERMANY | INDIA | SOUTH AFRICA | SPAIN | THAILAND | UK | USA

© 2020 Campbell Scientific, Inc. | 04/29/2020

# CR1000X Specifications



Datalogger

Electrical specifications are valid over a -40 to +70 °C, non-condensing environment, unless otherwise specified. Extended electrical specifications (noted as XT in specifications) are valid over a -55 to +85 °C non-condensing environment. Recalibration is recommended every three years. Critical specifications and system configuration should be confirmed with Campbell Scientific before purchase.

System specifications ...................... 1
Physical specifications .................... 1
Power requirements ....................... 1
Power output specifications ............. 2
Analog measurement specifications .... 2
Pulse measurement specifications ...... 4
Digital input/output specifications ..... 4
Communications specifications ......... 5
Standards compliance specifications ... 5
Warranty .................................... 5
Terminal functions ......................... 6

## System specifications

**Processor**: Renesas RX63N (32-bit with hardware FPU, running at 100 MHz)

**Memory**:

- Total onboard: 128 MB of flash + 4 MB battery-backed SRAM
  - Data storage: 4 MB SRAM + 72 MB flash (extended data storage automatically used for auto-allocated Data Tables not being written to a card)
  - CPU drive: 30 MB flash
  - OS load: 8 MB flash
  - Settings: 1 MB flash
  - Reserved (not accessible): 10 MB flash
- Data storage expansion: Removable microSD flash memory, up to 16 GB

**Program Execution Period**: 1 ms to 1 day

**Real-Time Clock**:

- Battery backed while external power is disconnected
- **Resolution**: 1 ms

- **Accuracy**: ±3 min. per year, optional GPS correction to ±10 μs

**Wiring Panel Temperature**: Measured using a 10K3A1A BetaTHERM thermistor, located between the two rows of analog input terminals.

## Physical specifications

**Dimensions**: 23.8 x 10.1 x 6.2 cm (9.4 x 4.0 x 2.4 in); additional clearance required for cables and wires.

**Weight/Mass**: 0.86 kg (1.9 lb)

**Case Material**: Powder-coated aluminum

## Power requirements

**Protection**: Power inputs are protected against surge, over-voltage, over-current, and reverse power. IEC 61000-4 Class 4 level.

**Power In Terminal**:

- **Voltage Input**: 10 to 18 VDC
- **Input Current Limit at 12 VDC**:
  - 4.35 A at -40 °C
  - 3 A at 20 °C
  - 1.56 A at 85 °C
- 30 VDC sustained voltage limit without damage.

**USB Power:** Functions that will be active with USB 5 VDC include sending programs, adjusting data logger settings, and making some measurements. If USB is the only power source, then the CS I/O port and the 5V, 12V, and SW12 terminals will not be operational.

**Internal Lithium Battery**: AA, 2.4 Ah, 3.6 VDC (Tadiran TL 5903/S) for battery-backed SRAM and clock. 3-year life with no external power source.

**Average Current Drain**:

Assumes 12 VDC on POWER IN terminals.

- **Idle**: <1 mA
- **Active 1 Hz Scan**: 1 mA
- **Active 20 Hz Scan**: 55 mA
- **Serial** (RS-232/RS-485): Active + 25 mA
- **Ethernet Power Requirements**:
  - **Ethernet 1 Minute**: Active + 1 mA
  - **Ethernet Idle**: Active + 4 mA
  - **Ethernet Link**: Active + 47 mA



**CAMPBELL SCIENTIFIC** AUSTRALIA | BRAZIL | CANADA | CHINA | COSTA RICA | FRANCE | GERMANY | SOUTH AFRICA | SPAIN | THAILAND | UK | USA

© 2014, 2020
Campbell Scientific, Inc.
June 16, 2020

Vehicle Power Connection: When primary power is pulled from the vehicle power system, a second power supply OR charge regulator may be required to overcome the voltage drop at vehicle start-up.

## Power output specifications

### System power out limits (when powered with 12 VDC)

| Temperature (°C) | Current Limit[1] (A) |
|---|---|
| −40° | 4.53 |
| 20° | 3.00 |
| 70° | 1.83 |
| 85° | 1.56 |
| [1] Limited by self-resetting thermal fuse | |

### 12 V and SW12 V power output terminals

12V, SW12-1, and SW12-2: Provide unregulated 12 VDC power with voltage equal to the Power Input supply voltage. These are disabled when operating on USB power only.

| SW12 current limits | |
|---|---|
| Temperature (°C) | Current Limit [1] (mA) |
| −40° | 1310 |
| 0° | 1004 |
| 20° | 900 |
| 50° | 690 |
| 70° | 550 |
| 80° | 470 |
| [1] Thermal fuse hold current. | |

### 5 V and 3.3 V

5V: One regulated 5 V output. Supply is shared between the 5V terminal and CS I/O DB9 5 V output.
- **Voltage Output**: Regulated 5 V output (±5%)
- **Current Limit**: 230 mA

### C as power output

- C Terminals:
  - **Output Resistance ($R_O$)**: 150 Ω
  - **5 V Logic Level Drive Capacity**: 10 mA @ 3.5 VDC
  - **3.3 V Logic Level Drive Capacity**: 10 mA @ 1.8 VDC

### CS I/O pin 1

**5 V Logic Level Max Current**: 200 mA

## Voltage excitation

**VX**: Four independently configurable voltage terminals (VX1-VX4). When providing voltage excitation, a single 16-bit DAC shared by all VX outputs produces a user-specified voltage during measurement only. VX terminals can also be used to supply a selectable, switched, regulated 3.3 or 5 VDC power source to power digital sensors and toggle control lines.

| | Range | Resolution | Accuracy | Maximum Source/Sink Current[1] |
|---|---|---|---|---|
| Voltage Excitation | ±4 V | 0.06 mV | ±(0.1% of setting + 2 mV) | ±40 mA |
| Switched, Regulated | +3.3 or 5 V | 3.3 or 5 V | ±5% | 50 mA |
| [1] Exceeding current limits causes voltage output to become unstable. Voltage should stabilize when current is reduced to within stated limits. | | | | |

## Analog measurement specifications

16 single-ended (SE) or 8 differential (DIFF) terminals individually configurable for voltage, thermocouple, current loop, ratiometric, and period average measurements, using a 24-bit ADC. One channel at a time is measured.

### Voltage measurements

Terminals:
- **Differential Configuration**: DIFF 1H/1L − 8H/8L
- **Single-Ended Configuration**: SE1 − SE16

**Input Resistance**: 20 GΩ typical

**Input Voltage Limits**: ±5 V

**Sustained Input Voltage without Damage**: ±20 VDC

**DC Common Mode Rejection**:
- > 120 dB with input reversal
- ≥ 86 dB without input reversal

**Normal Mode Rejection**: > 70 dB @ 60 Hz

**Input Current @ 25 °C**: ±1 nA typical

**Filter First Notch Frequency ($f_{N1}$) Range**: 0.5 Hz to 31.25 kHz (user specified)

Analog Range and Resolution:

| Notch Frequency ($f_{N1}$) (Hz) | Range[1] (mV) | Differential with Input Reversal | | Single-Ended and Differential without Input Reversal | |
|---|---|---|---|---|---|
| | | RMS (µV) | Bits[2] | RMS (µV) | Bits[2] |
| 15000 | ±5000 | 8.2 | 20 | 11.8 | 19 |
| | ±1000 | 1.9 | 20 | 2.6 | 19 |
| | ±200 | 0.75 | 19 | 1.0 | 18 |
| 50/60[3] | ±5000 | 0.6 | 24 | 0.88 | 23 |
| | ±1000 | 0.14 | 23 | 0.2 | 23 |
| | ±200 | 0.05 | 22 | 0.08 | 22 |
| 5 | ±5000 | 0.18 | 25 | 0.28 | 25 |
| | ±1000 | 0.04 | 25 | 0.07 | 24 |
| | ±200 | 0.02 | 24 | 0.03 | 23 |

[1] Range overhead of ~5% on all ranges guarantees that full-scale values will not cause over range

[2] Typical effective resolution (ER) in bits; computed from ratio of full-scale range to RMS resolution.

[3] 50/60 corresponds to rejection of 50 and 60 Hz ac power mains noise.

Accuracy (does not include sensor or measurement noise):

- 0 to 40 °C: ±(0.04% of measurement + offset)
- −40 to 70 °C: ±(0.06% of measurement + offset)

Voltage Measurement Accuracy Offsets:

| Range (mV) | Typical Offset (µV RMS) | |
|---|---|---|
| | Differential with Input Reversal | Single-Ended or Differential without Input Reversal |
| ±5000 | ±0.5 | ±2 |
| ±1000 | ±0.25 | ±1 |
| ±200 | ±0.15 | ±0.5 |

Measurement Settling Time: 20 µs to 600 ms; 500 µs default

Multiplexed Measurement Time:

Measurement time = INT(multiplexed measurement time • (reps+1) + 2ms

| Example fN1[1] (Hz) | Differential with Input Reversal | Single-Ended or Differential without Input Reversal |
|---|---|---|
| | Time[2] (ms) | Time[2] (ms) |
| 15000 | 2.04 | 1.02 |
| 60 | 35.24 | 17.62 |
| 50 | 41.9 | 20.95 |
| 5 | 401.9 | 200.95 |

[1] Notch frequency (1/integration time).

[2] Default settling time of 500 µs used.

## Resistance measurement specifications

The data logger makes ratiometric-resistance measurements for four- and six-wire full-bridge circuits and two-, three-, and four-wire half-bridge circuits using voltage excitation. Excitation polarity reversal is available to minimize dc error.

Accuracy:

Assumes input reversal for differential measurements RevDiff and excitation reversal RevEx for excitation voltage <1000 mV. Does not include bridge resistor errors or sensor and measurement noise.

- 0 to 40 °C: ±(0.01% of voltage measurement + offset)
- −40 to 70 °C: ±(0.015% of voltage measurement + offset)
- −55 to 85 °C (XT): ±(0.02% of voltage measurement + offset)

## Period-averaging measurement specifications

Terminals: SE1-SE16

Accuracy: ±(0.01% of measurement + resolution), where resolution is 0.13 µs divided by the number of cycles to be measured

Ranges:

- Minimum signal centered around specified period average threshold.
- Maximum signal centered around data logger ground.
- Maximum frequency = 1/(2 * (minimum pulse width)) for 50% duty cycle signals

| Gain Code Option | Voltage Gain | Minimum Peak to Peak Signal (mV) | Maximum Peak to Peak Signal (V) | Minimum Pulse Width (µs) | Maximum Frequency (kHz) |
|---|---|---|---|---|---|
| 0 | 1 | 500 | 10 | 2.5 | 200 |
| 1 | 2.5 | 50 | 2 | 10 | 50 |
| 2 | 12.5 | 10 | 2 | 62 | 8 |
| 3 | 64 | 2 | 2 | 100 | 5 |

## Current-loop measurement specifications

The data logger makes current-loop measurements by measuring across a current-sense resistor associated with the RS-485 resistive ground terminal.

**Terminals**: RG1 and RG2

**Maximum Input Voltage**: ±16 V

**Resistance to Ground**: 101 Ω

**Current Measurement Shunt Resistance**: 10 Ω

**Maximum Current Measurement Range**: ±80 mA

**Absolute Maximum Current**: ±160 mA

**Resolution**: ≤ 20 nA

**Accuracy**: ±(0.1% of reading + 100 nA) @ -40 to 70 °C

## Pulse measurement specifications

Two inputs (P1-P2) individually configurable for switch closure, high-frequency pulse, or low-level AC measurements. See also Digital input/output specifications (p. 4). Each terminal has its own independent 32-bit counter.

> **NOTE:**
> Conflicts can occur when a control port pair is used for different instructions (`TimerInput()`, `PulseCount()`, `SDI12Recorder()`, `WaitDigTrig()`). For example, if C1 is used for `SDI12Recorder()`, C2 cannot be used for `TimerInput()`, `PulseCount()`, or `WaitDigTrig()`.

**Maximum Input Voltage**: ±20 VDC

**Maximum Counts Per Channel**: $2^{32}$

**Maximum Counts Per Scan**: $2^{32}$

**Input Resistance**: 5 kΩ

**Accuracy**: ±(0.02% of reading + 1/scan)

### Switch closure input

**Terminals**: C1-C8

**Pull-Up Resistance**: 100 kΩ to 5 V

**Event**: Low (<0.8 V) to High (>2.5 V)

**Maximum Input Frequency**: 150 Hz

**Minimum Switch Closed Time**: 5 ms

**Minimum Switch Open Time**: 6 ms

**Maximum Bounce Time**: 1 ms open without being counted

### High-frequency input

**Terminals**: C1-C8

**Pull-Up Resistance**: 100 kΩ to 5 V

**Event**: Low (<0.8 V) to High (>2.5 V)

**Maximum Input Frequency**: 250 kHz

### Low-level AC input

**Minimum Pull-Down Resistance**: 10 kΩ to ground

**DC-offset rejection**: Internal AC coupling eliminates DC-offset voltages up to ±0.05 VDC

**Input Hysteresis**: 12 mV at 1 Hz

**Low-Level AC Pulse Input Ranges**:

| Sine wave (mV RMS) | Range (Hz) |
|---|---|
| 20 | 1.0 to 20 |
| 200 | 0.5 to 200 |
| 2000 | 0.3 to 10,000 |
| 5000 | 0.3 to 20,000 |

## Digital input/output specifications

Terminals configurable for digital input and output (I/O) including status high/low, pulse width modulation, external interrupt, edge timing, switch closure pulse counting, high-frequency pulse counting, UART[1], RS-232[2], RS-422[3], RS-485[4], SDM[5], SDI-12[6], I2C[7], and SPI[8] function. Terminals are configurable in pairs for 5 V or 3.3 V logic for some functions.

> **NOTE:**
> Conflicts can occur when a control port pair is used for different instructions (`TimerInput()`, `PulseCount()`, `SDI12Recorder()`, `WaitDigTrig()`). For example, if C1 is used for `SDI12Recorder()`, C2 cannot be used for `TimerInput()`, `PulseCount()`, or `WaitDigTrig()`.

**Terminals**: C1-C8

**Maximum Input Voltage**: ±20 V

**Logic Levels and Drive Current**:

| Terminal Pair Configuration | 5 V Source | 3.3 V Source |
|---|---|---|
| Logic low | ≤ 1.5 V | ≤ 0.8 V |
| Logic high | ≥ 3.5 V | ≥ 2.5 V |

### Edge timing

**Terminals**: C1-C8

---

[1]Universal Asynchronous Receiver/Transmitter for asynchronous serial communications.

[2]Recommended Standard 232. A loose standard defining how two computing devices can communicate with each other. The implementation of RS-232 in Campbell Scientific data loggers to computer communications is quite rigid, but transparent to most users. Features in the data logger that implement RS-232 communication with smart sensors are flexible.

[3]Communications protocol similar to RS-485. Most RS-422 sensors will work with RS-485 protocol.

[4]Recommended Standard 485. A standard defining how two computing devices can communicate with each other.

[5]Synchronous Device for Measurement. A processor-based peripheral device or sensor that communicates with the data logger via hardwire over a short distance using a protocol proprietary to Campbell Scientific.

[6]Serial Data Interface at 1200 baud. Communication protocol for transferring data between the data logger and SDI-12 compatible smart sensors.

[7]Inter-Integrated Circuit is a multi-master, multi-slave, packet switched, single-ended, serial computer bus.

[8]Serial Peripheral Interface - a clocked synchronous interface, used for short distance communications, generally between embedded devices.

Maximum Input Frequency: ≤ 1 kHz

Resolution: 500 ns

## Edge counting

Terminals: C1–C8

Maximum Input Frequency: ≤ 2.3 kHz

## Quadrature input

Terminals: C1–C8 can be configured as digital pairs to monitor the two sensing channels of an encoder.

Maximum Frequency: 2.5 kHz

Resolution: 31.25 μs or 32 kHz

## Pulse-width modulation

Maximum Period: 36.4 seconds

Resolution:

- 0 – 5 ms: 83.33 ns
- 5 – 325 ms: 5.33 μs
- > 325 ms: 31.25 μs

# Communications specifications

Ethernet Port: RJ45 jack, 10/100Base Mbps, full and half duplex, Auto-MDIX, magnetic isolation, and TVS surge protection.

Internet Protocols: Ethernet, PPP, RNDIS, ICMP/Ping, Auto-IP (APIPA), IPv4, IPv6, UDP, TCP, TLS (v1.2), DNS, DHCP, SLAAC, Telnet, HTTP(S), FTP(S), POP3/TLS, NTP, SMTP/TLS, SNMPv3, CS I/O IP

Additional Protocols: CPI, PakBus, PakBus Encryption, SDM, SDI-12, Modbus RTU / ASCII / TCP, DNP3, custom user definable over serial, UDP, NTCIP, NMEA 0183, I2C, SPI

USB Device: Micro-B device for computer connectivity

CS I/O: 9-pin D-sub connector to interface with Campbell Scientific CS I/O peripherals.

SDI-12 (C1, C3, C5, C7): Four independent SDI-12 compliant terminals are individually configured and meet SDI-12 Standard v 1.4.

RS-485 (C5 to C8): One full duplex or two half duplex

RS-422 (C5 to C8): One full duplex or two half duplex

RS-232/CPI: Single RJ45 module port that can operate in one of two modes: CPI or RS-232. CPI interfaces with Campbell Scientific CDM measurement peripherals and sensors. RS-232 connects, with an adapter cable, to computer, sensor, or communications devices serially.

CPI: One CPI bus. Up to 1 Mbps data rate. Synchronization of devices to 5 μS. Total cable length up to 610 m (2000 ft). Up to 20 devices. CPI is a proprietary interface for communications between Campbell Scientific data loggers and Campbell Scientific CDM peripheral devices. It consists of a physical layer definition and a data protocol.

Hardwired: Multi-drop, short haul, RS-232, fiber optic

Satellite: GOES, Argos, Inmarsat Hughes, Irridium

# Standards compliance specifications

View EU Declarations of Conformity at www.campbellsci.com/cr1000x.

Shock and Vibration: MIL-STD 810G methods 516.6 and 514.6

Protection:

- Wiring panel: IP40
- Measurement module when connected to the wiring panel: IP65

EMI and ESD protection:

- Immunity: Meets or exceeds following standards:
  - ESD: per IEC 61000-4-2; ±15 kV air, ±8 kV contact discharge
  - Radiated RF: per IEC 61000-4-3; 10 V/m, 80-1000 MHz
  - EFT: per IEC 61000-4-4; 4 kV power, 4 kV I/O
  - Surge: per IEC 61000-4-5; 4 kV power, 4kV I/O
  - Conducted RF: per IEC 61000-4-6; 10 V power, 10 V I/O
- Emissions and immunity performance criteria available on request.

# Warranty

Standard: Three years against defects in materials and workmanship.

Extended (optional): An additional four years. against defects in materials and workmanship, bringing the total to 7 years.

**Analog input terminal functions**

| SE / DIFF | 1 2 H | 1 2 L | 3 4 H | 3 4 L | 5 6 H | 5 6 L | 7 8 H | 7 8 L | 9 10 H | 9 10 L | 11 12 H | 11 12 L | 13 14 H | 13 14 L | 15 16 H | 15 16 L | RG1 | RG2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Single-Ended Voltage | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | |
| Differential Voltage | H | L | H | L | H | L | H | L | H | L | H | L | H | L | H | L | | |
| Ratiometric/Bridge | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | |
| Thermocouple | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | |
| Current Loop | | | | | | | | | | | | | | | | | ✓ | ✓ |
| Period Average | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | |

**Pulse counting terminal functions**

| | P1 | P2 | C1–C8 |
|---|---|---|---|
| Switch-Closure | ✓ | ✓ | ✓ |
| High Frequency | ✓ | ✓ | ✓ |
| Low-level Ac | ✓ | ✓ | |

**Analog output terminal functions**

| | VX1–VX4 |
|---|---|
| Switched Voltage Excitation | ✓ |

**Voltage Output**

| | C1–C8[1] | VX1–VX4 | 5V | 12V | SW12-1 | SW12-2 |
|---|---|---|---|---|---|---|
| 5 VDC | ✓ | ✓ | ✓ | | | |
| 3.3 VDC | ✓ | ✓ | | | | |
| 12 VDC | | | | ✓ | ✓ | ✓ |

[1] C terminals have limited drive capacity. Voltage levels are configured in pairs.

**Communications terminal functions**

| | C1 | C2 | C3 | C4 | C5 | C6 | C7 | C8 | RS-232/CPI |
|---|---|---|---|---|---|---|---|---|---|
| SDI-12 | ✓ | | ✓ | | ✓ | | ✓ | | |
| GPS | PPS | Rx | Tx | Rx | Tx | Rx | Tx | Rx | |
| TTL 0-5 V | Tx | Rx | Tx | Rx | Tx | Rx | Tx | Rx | |
| LVTTL 0-3.3 V | Tx | Rx | Tx | Rx | Tx | Rx | Tx | Rx | |
| RS-232 | | | | | Tx | Rx | Tx | Rx | ✓ |
| RS-485 (Half Duplex) | | | | | A- | B+ | A- | B+ | |

**Communications terminal functions**

| | C1 | C2 | C3 | C4 | C5 | C6 | C7 | C8 | RS-232/CPI |
|---|---|---|---|---|---|---|---|---|---|
| RS-485 (Full Duplex) | | | | | Tx- | Tx+ | Rx- | Rx+ | |
| I2C | SDA | SCL | SDA | SCL | SDA | SCL | SDA | SCL | |
| SPI | MOSI | SCLK | MISO | | MOSI | SCLK | MISO | | |
| SDM[1] | Data | Clk | Enabl | | Data | Clk | Enabl | | |
| CPI/CDM | | | | | | | | | ✓ |
| [1] SDM can be on either C1-C3 or C5-C7, but not both at the same time. Communications functions also include Ethernet and USB. | | | | | | | | | |

**Digital I/O terminal functions**

| | C1-C8 |
|---|---|
| General I/O | ✓ |
| Pulse-Width Modulation Output | ✓ |
| Timer Input | ✓ |
| Interrupt | ✓ |
| Quadrature | ✓ |





## Global Sales & Support Network
*A worldwide network to help meet your needs*



## Campbell Scientific regional offices

### Australia
*Location:* Garbutt, QLD Australia
*Phone:* 61.7.4401.7700
*Email:* info@campbellsci.com.au
*Website:* www.campbellsci.com.au

### Brazil
*Location:* São Paulo, SP Brazil
*Phone:* 11.3732.3399
*Email:* vendas@campbellsci.com.br
*Website:* www.campbellsci.com.br

### Canada
*Location:* Edmonton, AB Canada
*Phone:* 780.454.2505
*Email:* dataloggers@campbellsci.ca
*Website:* www.campbellsci.ca

### China
*Location:* Beijing, P. R. China
*Phone:* 86.10.6561.0080
*Email:* info@campbellsci.com.cn
*Website:* www.campbellsci.com.cn

### Costa Rica
*Location:* San Pedro, Costa Rica
*Phone:* 506.2280.1564
*Email:* info@campbellsci.cc
*Website:* www.campbellsci.cc

### France
*Location:* Vincennes, France
*Phone:* 0033.0.1.56.45.15.20
*Email:* info@campbellsci.fr
*Website:* www.campbellsci.fr

### Germany
*Location:* Bremen, Germany
*Phone:* 49.0.421.460974.0
*Email:* info@campbellsci.de
*Website:* www.campbellsci.de

### India
*Location:* New Delhi, DL India
*Phone:* 91.11.46500481.482
*Email:* info@campbellsci.in
*Website:* www.campbellsci.in

### South Africa
*Location:* Stellenbosch, South Africa
*Phone:* 27.21.8809960
*Email:* sales@campbellsci.co.za
*Website:* www.campbellsci.co.za

### Spain
*Location:* Barcelona, Spain
*Phone:* 34.93.2323938
*Email:* info@campbellsci.es
*Website:* www.campbellsci.es

### Thailand
*Location:* Bangkok, Thailand
*Phone:* 66.2.719.3399
*Email:* info@campbellsci.asia
*Website:* www.campbellsci.asia

### UK
*Location:* Shepshed, Loughborough, UK
*Phone:* 44.0.1509.601141
*Email:* sales@campbellsci.co.uk
*Website:* www.campbellsci.co.uk

### USA
*Location:* Logan, UT USA
*Phone:* 435.227.9120
*Email:* info@campbellsci.com
*Website:* www.campbellsci.com



PRODUCT

# GPS16X-HVS
## GPS Receiver with Integrated Antenna



# Position and Time

**Precision time synchronization**

## Overview

The GPS16X-HVS is a global positioning system (GPS) receiver that provides position, velocity, and timing information. Campbell Scientific configures the GPS16X-HVS and modifies its cable so that the receiver can more easily interface with our data loggers.

## Benefits and Features

❯ Supports real-time WAAS or RTCM corrections for accuracy of 3 to 5 m

❯ Attaches directly to a CR300-series, CR6, or CR1000X, regardless of functionality

❯ Connects directly to a CR800, CR850, CR1000, or CR3000 datalogger when PPS time-synchronizing functionality is not used.

❯ Processes data from up to 12 satellites depending on the number of satellites viewable above the horizon

❯ Allows the data logger clock to be set to the highly accurate GPS time

❯ Configured by Campbell Scientific to output RMC and GGA data strings at 38400 bps

❯ Extremely accurate timing pulse (PPS) can be used to synchronize time between the data logger and other instruments

## Detailed Description

The GPS16X-HVS, manufactured by Garmin International, consists of a receiver and an integrated antenna. It receives signals from orbiting Global Positioning System (GPS) satellites and then uses the signals to calculate position and velocity. The GPS16X-HVS also provides a highly accurate one-pulse-per-second (PPS) output for precise timing measurements.

Default settings are typically used. The default settings and options are changed using GPS16 software, which is available, at no charge, from the Garmin website (www.garmin.com).

Additional hardware is required to connect the GPS16X-HVS to the computer running the GPS16 software (see Ordering Information for more information).

By default, the instruction expects the GPS unit to be set up at 38400 baud, outputting the GPRMC and GPGGA sentences once per second. The data logger expects the start of the second to coincide with the rising edge of the PPS signal. If there is no PPS signal or if the required sentences come out at



less than once per second, the data logger will not update its clock.

GPS units with lower baud rates can be used with the GPS instruction, but the baud rate has to be set for the relevant Com port it is to be connected to either in the data logger settings or by including a SetStatus command after the BeginProg instruction in the program (for example, SetStatus("BaudrateCOM4",19200)). Baud rates below 2400 bps will not work, as the GPS unit will not be able to transmit the two GPS sentences once per second reliably. Similar problems can be encountered even at higher baud rates if too many optional GPS strings are selected to be output.

## Specifications

| | |
|---|---|
| Receiver | WAAS enabled. 12 parallel channel GPS receiver continuously tracks and uses up to 12 satellites (up to 11 with PPS active) to compute and update the position. |
| Update Rate | Factory set to 1 s between updates. (Programmable from 1 to 900 s.) |
| PPS Output | 1 Hz pulse; 1 μs accuracy (Width factory set to 100 ms.) |
| Baud Rate | Factory set to 38400 bps. |
| Operating Temperature Range | -30° to +80℃ |
| Storage Temperature Range | -40° to +80℃ |
| Operating Voltage Range | 8 to 40 Vdc |
| Current Drain | 65 mA active (@ 12 Vdc) |
| Velocity Accuracy | 0.1 knot RMS steady state |
| Cable Length | 4.57 m (15 ft) |

| | |
|---|---|
| Diameter | 9.1 cm (3.58 in.) |
| Height | 4.2 cm (1.65 in.) |
| Weight | 332 g (12 oz) |

| **Position Accuracy (95% typical)** | |
|---|---|
| GPS Standard Positioning Service (SPS) | < 15 m |
| DGPS (USCG/RTCM) Correction | 3 to 5 m |
| DGPS (WAAS) Correction | < 3 m |

| **Acquisition Times** | |
|---|---|
| Reacquisition | < 2 s |
| Hot | ~1 s (all data known) |
| Warm | ~38 s (initial position, time and almanac known, ephemeris unknown) |
| Cold | ~45 s |

For comprehensive details, visit: **www.campbellsci.com/gps16x-hvs** 

**CAMPBELL SCIENTIFIC**   Campbell Scientific, Inc.   |   815 W 1800 N   |   Logan, UT 84321-1784   |   (435) 227-9120   |   www.campbellsci.com
AUSTRALIA | BRAZIL | CANADA | CHINA | COSTA RICA | FRANCE | GERMANY | INDIA | SOUTH AFRICA | SPAIN | THAILAND | UK | USA

© 2020 Campbell Scientific, Inc. | 12/02/2020



## SVS-603HR Wave Sensor

The SVS-603HR Wave Height Sensor is an augmented version of the highly accurate SVS-603 wave sensor that reports heading, wave height, wave period and wave direction via RS-232 or logs to its on-board data logger. The SVS-603HR represents a new generation in accuracy and completeness for wave sensing electronics whose features include:



- Very low power consumption; fits the smallest power budget
- Very small footprint; sold packaged or as bare PCB
- Sensors account for 3-D motion, rotation and compass heading in all dimensions to cover nine degrees of freedom
- Sophisticated onboard electronics provide near-real-time wave statistics
- Variable sample set size (256, 512, 1024, 2048 or 4096)
- On-board temperature compensation
- On-board data logger capable of logging as much as twenty years of wave data, depending on desired outputs.
- Easy configuration to match your exact sensing rate and output requirements
- Readily interfaced with transmitter using NMEA or other configurable data output
- Sampling rates from 1 to 8Hz (user configurable)

The SVS-603HR can be used to replace existing sensors, to upgrade existing buoys, or to add wave sensing capabilities to even the most compact buoys. Among the wave data that are available as outputs from the sensor are:

- Significant wave height in meters ($H_s$)
- Wave period in seconds
- Wave direction in degrees from north
- North, east and up displacement time series
- First-5 Fourier wave coefficients
- Maximum wave height ($H_{max}$)
- Wave period at $H_{max}$
- Wave energy
- Spectrum (raw or processed)
- Heading in degrees
- Custom outputs as required

Other outputs or data manipulations can be incorporated via firmware updates or through calculations on the available data stream. The SVS-601 Power Controller (shown above) is also available.






| Output Formats: | Hex code defined output parameters |
|---|---|
| | NMEA |
| | First-5 Fourier coefficients |
| | Wave energy spectrum |
| **Accuracy Metrics:** | |
| Hs <1% | No upper limit on Hs (-25 to +25 m) Resolution 0.001 m |
| Period <1% | 1.5 – 30 sec, Resolution 0.001 sec |
| Wave Direction ±2º * | Range 0-360º; Resolution 0.001º |
| Heave <1% | Range ±20m, Resolution 0.01m |
| **Available Ports and Slots:** | RS232 Adjustable baud rate (2.4-115.2 kbps) |
| | USB Micro-B |
| | Micro-SD |
| **Dimensions:** | 53.5mm length |
| | 68mm width |
| | 23mm height (w/connector) |
| **Weight:** | Bare board: 1.4oz/40g |
| | In enclosure: 15oz/425g |
| **Power Requirements:** | 151mW@12V |
| | 138mW@5V |
| | 5-30VDC |
| **Temperature:** | Operating: -30C to 80C Storage: -40C to 85C |

* Dependent on orbital buoy motion





The above two figures show significant wave height (Hs) comparisons for the SVS-603/HR and AWAC sensors for waves measured in the Great Lakes over a 2.5-month period.

# SeaView Systems SVS-603 References and Certifications

SeaView's SVS-603 Wave Sensor is the worldwide leader in compact, comprehensive, low power wave sensors. The SVS-603 has been deployed on a wide range of buoy hulls ranging from less than 0.75 meters to 6.0 meters hull diameters and other platforms including autonomous vehicles. It has recorded 15m waves on an ocean buoy during a typhoon and also tenths of a meter on a drifting ice floe in the Arctic Ocean. The SVS-603 wave sensor has been deployed near-shore and open-ocean around the world as well as in many Great Lakes deployments.

"After careful comparison with a bottom mounted AWAC sensor, SeaView's SVS-603 has been shown to be accurate, reliable and economical and has motivated us to upgrade the wave sensors in all of our buoys for the 2018 season. Our clients and customers have high expectations for accuracy and reliability and the SVS-603 allows us to provide accurate, up-to-date measurements of wave conditions." Ed Verhamme, **LimnoTech** (USA)

"When paired with the SVS-603 wave sensor (the NexSens CB-Series line of data buoys) delivers real-time wave observation data at a price point that was not commercially available until now." Paul Nieberding, **Fondriest Environmental** (USA)

"Because of the extremely low power requirements and wide operating voltage range of this technology we can implant this into small platforms that traditionally could not carry the battery and solar panel requirements of last generation sensors."

"Deployments approaching three years in duration recorded waves greater than 10m. We are really happy with your product."

"In a comparison with the SeaView SVS-603 mounted directly on a dedicated wave buoy, the results produced by the SVS-603 provide a very good match at a fraction of the cost, with much lower power consumption, smaller form factor, and greater mounting flexibility."

"The SVS-603 provides reliable, robust data. The model implementations devised by SeaView do a great job of reducing or eliminating the anomalies that often occur with more basic algorithms."

**Customers include:**

| | | |
|---|---|---|
| Cawthron Institute | University of Alaska (Fairbanks) | National Oceanic and Atmospheric Administration (NOAA) |
| Mobilis | Sino Instruments | |
| Planet Ocean | National Taiwan University | Great Lakes Environmental Research Lab (NOAA - GLERL) |
| Teledyne Benthos | Observator | |
| LimnoTech | InnovaSea | TechWorks |


Fetch Ingenierie

Cooperative Institute for
Great Lakes Research
(CIGLR)

Ocean Origo AB

ETech UAE

NOAA - Chesapeake Bay

Michigan Tech University

Booz Allen Hamilton

Lockheed Martin

Tridel Meteorology

Zhejiang Titan
Technologies Corp

NRS Mühendislik A.Ş

Korea Institute of Ocean
Science and Technology

Superior Watershed
Partnership

nke Instrumentation

NexSens Technology

Oceasian Technology Co
LTD

Seatech Co LTD

**and many more…**

The SVS-603 Wave Sensor is manufactured in a state-of-the-art, US-located facility that is
certified to the following standards:

**ISO13485: Medical Device Industry standard**

Certified ISO13485:2016 specifies a comprehensive and demanding quality management
system for the manufacture of medical devices, guaranteeing conformity with the necessary
regulatory requirements for medical PCB assembly.

**AS9100: Aerospace Industry standard**

AS9100D "Quality Systems Aerospace – Model for Quality Assurance in Design, Development,
Production, Installation, and Servicing" is the international standard for manufacturing for the
aerospace

industry.

**ITAR Registered: Defense Industry standard**

Enforced by the Department of State, ITAR is a set of regulations controlling the export and
import of defense-related materials. It restricts access to information for the design and building
of sensitive military and intelligence technologies.

**ISO9001: Quality Management System**

The most widely recognized standard is the ISO9000 series, a basic quality management
system that can be used in industries of any size, anywhere in the world. Registration to
ISO9001:2015 illustrates an effective quality management system with a strong customer focus.

*Signature250*







Center transducer (optional)

POM (Delrin)head

POM (Delrin)housing

POM (Delrin)endbell

Pressure release valve

Water ground point

| Part no: 650146 (N2032-258) | Part no: 650133 (N2032-214) | Part no: 650134 (N2032-215) | Part no: 650135 (N2032-216) |
|---|---|---|---|
| **Signature 250-500 Endbell Straight 2xMCBH+PR** | **Signature 250-500 Endbell 2xMCBH+PR** | **Signature 250-500 Endbell Souriau+PR** | **Signature 250-500 Endbell Souriau+PR+MCBH** |
| 6 pin + 2 pin water blocked MCBH bronze (SubConn) and pressure release valve | 6 pin + 2 pin water blocked MCBH bronze (SubConn) and pressure release valve | 7 pin Souriau REC10 M bronze and pressure release valve | 7 pin Souriau REC10M bronze, pressure release valve and 6 pin water blocked MCBH bronze (SubConn) |

CURRENT AND WAVE MEASUREMENTS IN THE OCEAN, LAKE AND LABORATORY

All dimensions in mm.







Nortek AS
Vangkroken 2
1351 Rud, Norway
Tel: +47 6717 4500
E-mail: inquiry@nortek.no

www.nortek-as.com
True innovation makes a difference

## Water Velocity Measurements

| | |
|---|---|
| Profiling Range*: | 200m |
| Cell Size: | 1-8 m |
| Min. Blanking: | 0.5 m |
| Max # Cells: | 200 |
| Velocity Range (along beam): | User selectable 2.5 or 5.0 m/s |
| Minimum Accuracy: (inquire for more accurate firmware or hardware versions) | 1% of measured value ± 0.5 cm/s |
| Velocity Resolution: | 0.1 cm/s |
| Max Sampling Rate: | 1 Hz |
| Max Sampling Rate Five beams: | 1 Hz (4 beam + AST) |

*) Maximum range depends on transmit power and acoustic scattering conditions

## AD2CP Measurement modes*

| | |
|---|---|
| Single or Concurrent: | Average and Waves/Ice |

*) US Patent 8223588

## Echo Intensity

| | |
|---|---|
| Sampling: | Same as Velocity |
| Resolution: | 0.5 dB |
| Dynamic Range: | 70 dB |
| Transducer Acoustic Frequency: | 250 kHz |
| Number of Beams: | 5; 4 slanted at 20°, 1 vertical at 500 kHz(optional) |
| Beam Width: | 2.3° (slanted) 2.2° (vertical) |

## Sensors

| | |
|---|---|
| **Temperature:** | **Thermistor Embedded in Head** |
| Temp. Range: | -4 to +40 °C |
| Temp. Accuracy/Resolution: | 0.1 °C/0.01°C |
| Temp. Time Response: | 2 min |
| **Compass:** | **Solid State Magnetometer** |
| Accuracy/Resolution: | 2° for tilt <30°/0.01° |
| **Tilt:** | **Solid State Accelerometer** |
| Accuracy/Resolution: | 0.2° for tilt <30°/0.01° |
| Maximum Tilt: | Full 3D |
| Up Or Down: | Automatic Detect |
| **Pressure:** | **Piezoresistive** |
| Standard Range: | 0-500 (inquire for options) |
| Accuracy/Precision: | 0.1% FS / Better than 0.002% of full scale |

## Data Communications

| | |
|---|---|
| Ethernet: | 10/100 Mbits Auto MDI-X TCP/IP, UDP, HTTP protocols Fixed IP/DHCP client/AutoIP, UPnP |
| Serial: | Configurable RS-232/RS422 300-1250000 bps |
| Recorder Dowload Baud Rate: | 20 Mbit/s (Ethernet only) - 1 GByte in 6 minutes |
| Controller Interface: | ASCII command interface with telemetry options over Telnet and serial interface. Complete data download over standard Ethernet FTP. Telemetry file downloadable over serial interface. See interface manual for more information. |

## Data Recording

| | |
|---|---|
| Capacity (Standard): | 16 GB/optional 64GB |
| Data Record: | 86 bytes + 4 x Nbeams x Ncells |
| Mode: | Stop when full |

## Real Time Clock

| | |
|---|---|
| Accuracy: | ±1 min/year |
| Clock Retention in Absence of External Power: | 1 year. Backup battery recharges automatically when the instrument is powered. |

## Software

| | |
|---|---|
| Operating System: | Windows* 7 or later |
| Functions: | Deployment planning, start with alarm, data retrieval, conversion to ASCII and Matlab format. |
| Online Data: | Collection and graphical display. |

## Power

| | |
|---|---|
| DCInput: | 15-48 VDC |
| Maximum Peak Current: | 1.5 Amp |
| Max.Average Consumption at 1Hz: | 15W |
| Typical Average Consumption*: | 400mW |
| Sleep Consumption: | 100uA, power depends on supply voltage |
| Transmit Power Per Beam: | 4-200W, adjustable levels |
| Ping Sequence: | Multiplexing or parallell |

*) 10 min. average current profile, 1cm/sec horizontal Precision, Max cell size, max power level and long range mode. See deployment SW for other configurations.

## Environmental

| | |
|---|---|
| Operating Temperature: | –4°C to 40°C |
| Storage Temperature: | –20°C to 60°C |
| Shock and Vibration: | IEC 60068-1/IEC60068-2-64 |
| Depth Rating: | 300 m |

## Batteries

| | |
|---|---|
| Internal: | Single alkaline 540Wh or lithium 1800 Wh |
| External: | Single or double alkaline 540Wh or lithium 1800 Wh (External battery cans have a depth rating of 500 m) |
| Duration: | The battery consumption is a complex function of the instrument configuration. Please consult the Signature Deployment Software for more information. |

## AST/Altimeter option

| | |
|---|---|
| Frequency: | 500 kHz |
| Max distance: | 170 m |
| Precision: | 2 cm |

## Ice Measurement Option

| | |
|---|---|
| Parameters: | Ice thickness, speed and direction, echo sounder data |

## Wave Measurement Option

| | |
|---|---|
| Maximum Depth: | 150 m |
| Height Range: | -15 to +15 m |
| Accuracy/Resolution (Hs): | <1% of measured value / 2cm |
| Accuracy/Resolution (Dir): | 2° / 0.1° |
| Period Range: | 2-50 s |
| Cut-Off Period(Hs): | 25m depth; 2 sec 50m depth; 2 sec 100m depth; 2.2 sec 150m depth; 2.7 sec |
| Cut-off Period (dir): | Please inquire |
| Sampling Rate (Velocity and AST): | 1 Hz |

## Materials

| | |
|---|---|
| Standard Model: | Delrin* with titanium bolts. Reinforced polyure-thane transducer cups |

## Connectors

See GA drawings

## Dimensions and weight

| | |
|---|---|
| Weight in Air: | 18,5Kg (short housing 17,1Kg) |
| Weight in Water: | 1,5Kg (short housing 5,2Kg) |
| Weight Alkaline Battery: | 5,0Kg |
| Weight Lithium Battery: | 3,9Kg |



TS-032-en-12.2015

 twitter.com/norteknews     facebook.com/Norteknews     youtube.com/Nortekinfo



**NortekMed S.A.S.**
ZI Toulon Est
67, Avenue Frédéric Joliot-Curie
BP 520, 83078 Toulon Cedex 09
Tel: +33 (0) 4 94 31 70 30
Fax: +33 (0) 4 94 31 25 49
E-mail: info@NortekMed.com

**NortekUK**
Regus International House,
Southampton International Business Park,
George Curl Way,
Southampton,
SO18 2RZ, UK
Tel: +44 (0) 1428 751953

**NortekUSA**
27 Drydock Avenue,
Mailbox 32, Boston,
MA 02210-2377
Tel 617-206-5750
Fax: 617-275-8955
E-mail: inquiry@nortekusa.com

**Nortek China**
Rm 1702
Software Building, No. 172
Minjiang Rd
Qingdao.
China
Tel: +86-532-85017270

**Nortek B.V.**
Schipholweg 333a
1171PL Badhoevedorp
Nederland
Tel: +31 20 6543600
Fax: +31 20 6599830
email: info@nortek-bv.nl

**Nortek Brasil**
Rua Domingues de Sá 386 casa 101 Icaraí
24220-091 Niterói – RJ
Brasil
Tel: +55 (21) 4126-5954
Cel: +55 (21) 85046798
E-Mail nortek@nortekbrasil.com.br

 

CURRENT PROFILER

# Aquadopp Z-Cell 600 kHz





## Up to 40 m current profiling range and no blanking; ideal for mean and boundary current measurements

Need to collect accurate 3D currents very near the seabed or sea surface, in addition to a full water-column profile?

The Z-Cell (Zero Cell) Aquadopp allows current measurement to start right at the instrument's level through an innovative approach: it has side-looking beams fully integrated into the instrument's head, effectively removing the blanking distance normally applicable to ADCPs.

CURRENT PROFILER

# Aquadopp Z-Cell 600 kHz



## Highlights

✓  Up to 40 m current profiling range

✓  Capable of measuring surface or bottom
   currents

✓  Ideal for mean current measurements

## Applications

✓  Mounted on bottom frames, with ability
   to also measure near-bed currents

✓  Mean flow measurements with high
   focus on ease of use and simplicity

✓  Measurements in flow regimes with
   strong variations in flow speeds

✓  Studies of tidal currents

✓  Measurements of combinations of waves
   and currents

✓  Mounted on surface buoys, with the
   ability to also measure surface currents

CURRENT PROFILER

# Aquadopp Z-Cell 600 kHz



## Technical specifications

| → Water velocity measurements | |
|---|---|
| Maximum profiling range | 30-40 m |
| Cell size | 1-4 m |
| Minimum blanking | 0.50 m when profiling; 0 m when Z-Cell enabled |
| Maximum number of cells | 128 |
| Measurement cell position | N/A |
| Default position (along beam) | N/A |
| Velocity range | ±10 m/s |
| Accuracy | ±1% of measured value ±0.5 cm/s |
| Velocity precision | Consult instrument software |
| Maximum sampling rate (output) | 1 Hz |
| Internal sampling rate | 3 Hz |
| → Echo intensity (along slanted beams) | |
| Sampling | Same as velocity |
| Resolution | 0.45 dB |
| Dynamic range | 90 dB |
| Transducer acoustic frequency | 600 kHz |
| Number of beams | 2 |
| Beam width | 3.0° |
| → HR option | |
| Maximum profiling range | N/A |
| Cell size | N/A |
| Minimum blanking | N/A |
| Maximum number of cells | N/A |
| Range/Velocity limitations | N/A |

CURRENT PROFILER

# Aquadopp Z-Cell 600 kHz



| ⟶ HR option | |
| --- | --- |
| Accuracy | N/A |
| Max. sampling rate | N/A |

| ⟶ Z-Cell option | |
| --- | --- |
| Cell zero acoustic frequency | 2 MHz |
| Maximum profiling range | 0.4-0.9 m |
| Number of beams | 3 |

| ⟶ Sensors | |
| --- | --- |
| Temperature: | Thermistor embedded in head |
| Temp. range | -4 to +40 °C |
| Temp. accuracy/resolution | 0.1 °C/0.01 °C |
| Temp. time response | 10 min |
| Compass: | Magnetometer |
| Accuracy/resolution | 2°/0.1° for tilt < 20° |
| Tilt: | Liquid level |
| Accuracy/resolution | 0.2°/0.1° |
| Maximum tilt | 30° |
| Up or Down | Automatic detect |
| Pressure: | Piezoresistive |
| Range | 0-100 m (inquire for options) |
| Accuracy/precision | 0.5% FS / 0.005% of full scale |

| ⟶ Analog inputs | |
| --- | --- |
| No. of channels | 2 |
| Supply voltage to analog output devices | Three options selectable through firmware commands: 1) Battery voltage/500 mA, 2) +5 V/250 mA, 3) +12 V/100 mA |
| Voltage input | 0-5 V |
| Resolution | 16-bit A/D |

CURRENT PROFILER

# Aquadopp Z-Cell 600 kHz



---

⟶ **Data recording**

Capacity                          9 MB, can add 4/16 GB

CURRENT PROFILER

# Aquadopp Z-Cell 600 kHz



| ⟶ Data recording | |
|---|---|
| Data record | 9*Ncells + 32 bytes |
| Diagnostics record | N/A |
| Wave record | Nsamples * 24 + 60 bytes |
| Mode | Stop when full (default) or wrap mode |
| ⟶ Real-time clock | |
| Accuracy | ±1 min/year |
| Backup in absence of power | 4 weeks |
| ⟶ Data communications | |
| I/O | RS-232 or RS-422 |
| Communication baud rate | 300-115200 Bd |
| Recorder download baud rate | 600/1200 kBd for both RS-232 and RS-422 |
| User control | Handled via "Aquadopp" software, ActiveX®function calls, or direct commands with binary or ASCII data output |
| ⟶ Connectors | |
| Bulkhead (Impulse) | MCBH-8-FS |
| Cable | PMCIL-8-MP on 10 m polyurethane cable |
| ⟶ Software | |
| Functions | Deployment planning, instrument configuration, data retrieval and conversion (for Windows®) |
| ⟶ Power | |
| DC input | 9-15 V DC |
| Maximum peak current | 3 A |
| Avg. power consumption | 0.06 W |
| Sleep current | < 100 µA |
| Transmit power | 0.3-20 W, 3 adjustable levels |
| ⟶ Batteries | |
| Battery capacity | 50 Wh (alkaline or Li-ion), 165 Wh (lithium), Single or dual |

CURRENT PROFILER

# Aquadopp Z-Cell 600 kHz



| →  Batteries | |
|---|---|
| New battery voltage | 13.5 V DC |
| **→  Environmental** | |
| Operating temperature | -5 to +40 °C |
| Storage temperature | -20 to +60 °C |
| Shock and vibration | IEC 721-3-6 |
| EMC approval | IEC 61000 |
| Depth rating | 300 m |
| **→  Materials** | |
| Standard model | POM and polyurethane plastics with titanium fasteners |
| **→  Dimensions** | |
| Maximum diameter | 100 mm |
| Maximum length | ~550 mm (single battery), +110 mm (double battery) depending on head configuration |
| **→  Weight** | |
| Weight in air | 2.9 kg |
| Weight in water | 0.4 kg |
| **→  Options** | |

1) Alkaline, lithium or Li-ion external batteries, 2) Inquire for different head configurations



*PRODUCT*



# METSENS500

**Compact Weather Sensor for Temperature, RH, Barometric Pressure, and Wind with Compass**



# Measures 5 Common Meteorological Parameters

**Includes a compass**

## Overview

The MetSENS500 compact weather sensor measures wind speed and direction via an ultrasonic sensor, as well as air temperature, relative humidity, and barometric pressure, in a single, combined instrument mounted inside three double-louvered, naturally aspirated radiation shields with no moving parts. An integrated electronic compass allows the MetSENS500 to provide accurate, relative wind direction measurements without being oriented in a particular way,

making installation easier. WMO average wind speed and direction and gust, temperature, relative humidity, barometric pressure, absolute humidity, air density, and wet bulb temperature data are provided. The MetSENS500 is compatible and easily integrated with the MeteoPV Solar Resource Platform and any Campbell Scientific data logger using SDI-12, RS-485, ModbusRS-485, or NMEA RS-232.

## Benefits and Features

❯ Quality measurements

❯ Fast and simple to install

❯ Compact, integrated design

❯ Lightweight and robust

## Specifications

| | |
|---|---|
| Measurements Made | Air temperature, barometric pressure, relative humidity, wind direction, and wind speed. |
| Sampling Rate | 1 Hz |
| Digital Communication Modes | Serial RS-232, RS-485, SDI-12, NMEA, Modbus, ASCII |
| IP Rating | 66 |
| Compliance | CE, RoHS |
| Operating Temperature Range | -40° to +70℃ |

| | |
|---|---|
| Operating Voltage | 5 to 30 Vdc |
| Typical Current Drain @ 12 Vdc | ❯ 25 mA (continuous high mode) ❯ 0.7 mA (eco-power mode; 1 hour polled) |
| Weight | 0.7 kg (1.5 lb) |
| **Air Temperature Measurement** | |
| Measurement Range | -40° to +70℃ |
| Resolution | 0.1℃ |
| Accuracy | ±0.3℃ (@ 20℃) |



### Relative Humidity Measurement

| | |
|---|---|
| Measurement Range | 0 to 100% |
| Resolution | 0.1 |
| Accuracy | $\pm2\%$ @ 20°C (10 to 90% RH) |

### Barometric Pressure Measurement

| | |
|---|---|
| Measurement Range | 300 to 1100 hPa |
| Resolution | 0.1 hPa |
| Accuracy | $\pm0.5$ hPa (@ 25°C) |

### Wind Speed Measurement

| | |
|---|---|
| Measurement Range | 0.01 to 60 m s$^{-1}$ |
| Accuracy | ❯ $\pm3\%$ (up to 40 m s$^{-1}$) |
| | ❯ $\pm5\%$ (up to 60 m s$^{-1}$) |

| | |
|---|---|
| Resolution | 0.01 m s$^{-1}$ |
| Starting Threshold | 0.01 m s$^{-1}$ |

### Wind Direction Measurement

| | |
|---|---|
| Measurement Range | 0° to 359° |
| Accuracy | $\pm3°$ (up to 60 m s$^{-1}$) |
| Resolution | 1° |

### Compass

| | |
|---|---|
| Measurement Range | 0 to 359° |
| Resolution | 1° |
| Units of Measure | Degrees |
| Accuracy | $\pm3°$ |

For comprehensive details, visit: **www.campbellsci.com/metsens500** 

 Campbell Scientific, Inc.  |  815 W 1800 N  |  Logan, UT 84321-1784  |  (435) 227-9120  |  www.campbellsci.com

AUSTRALIA | BRAZIL | CANADA | CHINA | COSTA RICA | FRANCE | GERMANY | INDIA | SOUTH AFRICA | SPAIN | THAILAND | UK | USA

© 2020 Campbell Scientific, Inc. | 11/03/2020

PRODUCT



CS120A
**Atmospheric Visibility Sensor**



# High-Performance Visibility Measurements

**Competitive price**

## Overview

The CS120A uses tried-and-tested, infrared forward-scatter technology, and it uses the proven 42° scatter angle to report meteorological observable range (MOR) for fog and snow in the range of 5 to 75,000 m (16.4 to 246,063 ft). It combines a high specification with a very competitive price. The CS120A is ideal for stand-alone applications or in combination with automatic weather stations in road, aviation, solar-energy, and wind-energy environments.

For aviation applications, users can be assured that the CS120A complies with UK CAA, FAA, and ICAO guidance and meets or exceeds all recommendations and specifications. (This includes CAP437, CAP670, and CAP746.)

The CS120A is certified by Deutscher Wetterdienst as suitable for use to control wind turbine obstruction light systems as specified by 506/04, General Administrative Rules for the Identification of Aircraft Obstructions.

## Benefits and Features

❯ High performance sensor at a competitive price

❯ Sensor design minimizes airflow disruption at measurement volume

❯ Incorporates automatic dew and hood heaters for all-weather operation

❯ Simple field calibration using optional calibration kit

❯ Low power—suitable for remote application

❯ Automatic status check for faults or window contamination

❯ Type certified for aviation use by the German Meteorological Service, Deutscher Wetterdienst (DWD)

## Detailed Description

Compared to many such sensors, the CS120A design means that visibility is being measured in a relatively clean space because the position of the heads and body minimize disturbance of the airflow at the measurement volume.

The CS120A uses continuous high-speed sampling, which improves the accuracy of the measurements taken during mixed weather such as rain and hail, while providing reliable

readings during more stable events such as fog and mist. High-speed sampling also allows the sensor to better respond to suddenly changing conditions.

The CS120A has several design features that keep its optics clean. Downward-facing optics minimize dirt and snow

For comprehensive details, visit: **www.campbellsci.com/cs120a** 

buildup. Low-powered heaters prevent the formation of dew, and a higher-powered heater prevents the formation of ice.

The sensor is very power efficient, drawing just 3 W during normal operation including the dew heaters; power can be reduced further by reducing the sample rate and manual control of the heaters.

Two configurable alarm outputs are provided and, via relays, these can drive external warning systems such as lights and foghorns. They can also be used to switch the intensity of wind turbine warning lights depending upon current visibility levels.

## Specifications

| | |
|---|---|
| Signal Type/Output | RS-232, RS-485 |
| Measurement Description | Meteorological Observable Range (MOR) |
| Maximum Reported Visibility | 75 km (46.6 mi) |
| Minimum Reported Visibility | 5 m (16.4 ft) |
| Accuracy | ❭ ±15% at 10,000 to 15,000 m (32,808.4 to 49,212.6 ft)<br>❭ ±20% at 15,000 to 75,000 m (49,212.6 to 246,063 ft)<br>❭ ±8% at < 600 m (< 1968.5 ft)<br>❭ ±10% at 600 to 10,000 m (1968.5 to 32,808.4 ft) |
| Resolution | 1 m (3.3 ft) |
| Mounting | Stainless-steel V-bolt bracket that attaches to a pole with a 32 to 52.5 mm (1.25 to 2 in.) outer diameter |
| Electronics Supply Voltage | 7 to 30 Vdc |
| Total Unit Power | < 3 W while sampling continuously (including dew heaters) |
| Standards | Frangible masts are available to customer requirements to meet ICAO recommendations (typically placing the sample volume at 2.5 m [8.2 ft]). |
| Sensor Dimensions | 540 x 640 x 246 mm (21.26 x 25.2 x 9.7 in.) including mount |
| Sensor Weight | ~3 kg (6.6 lb) depending on mounting system |

### Optical/Pulse

| | |
|---|---|
| LED Center Wavelength | 850 nm |
| LED Spectral Bandwidth | ±35 nm |
| Light Pulse Rate | 1 kHz |

### Environmental

| | |
|---|---|
| Operating Temperature Range | -25° to +60℃ (standard) |
| Extended Operating Temperature Range | -40° to +70℃ (This extended version is available as a special. Contact Campbell Scientific for more information.) |
| Operating Humidity Range | 0 to 100% |
| Sensor Sealing | Rated to IP66 |
| Wind Speed | Up to 60 m s⁻¹ |
| Sensor Heater Threshold | ❭ > 40℃ (dew heater off)<br>❭ < 35℃ (dew heater on)<br>❭ < 5℃ (hood heater on)<br>❭ > 15℃ (hood heater off) |

### DSP & Dew Heaters

| | |
|---|---|
| Power | 2 x 0.6 W (total of 1.4 W) for dew heater |
| Typical Current Consumption @ 12 Vdc | ❭ 200 mA (dew heaters active, RS-232 communications)<br>❭ 200 mA (continuous sampling, dew heaters active)<br>❭ 110 mA (continuous sampling, dew heaters disabled)<br>❭ 21 mA (no sampling, dew heaters disabled) |

### Hood Heater

| | |
|---|---|
| Supply Voltage | 24 V dc or ac |
| Power | 2 x 30 W (total of 60 W) |

### Interface

| | |
|---|---|
| Serial Interface | RS-232 or RS-485, 8 bit data bytes, 1 stop bit |
| Serial Data Rates | 1200 to 115,200 bps (38,400 bps default rate) |

For comprehensive details, visit: **www.campbellsci.com/cs120a** 

 Campbell Scientific, Inc.  |  815 W 1800 N  |  Logan, UT 84321-1784  |  (435) 227-9120  |  www.campbellsci.com
AUSTRALIA | BRAZIL | CANADA | CHINA | COSTA RICA | FRANCE | GERMANY | INDIA | SOUTH AFRICA | SPAIN | THAILAND | UK | USA

© 2020 Campbell Scientific, Inc. | 07/28/2020

COMPONENTS



**CCFC**

**Outdoor Observation and Surveillance Field Camera**



# 18x Optical Zoom and Auto Focus

**Multiple lens positions available for each capture event**

## Overview

The CCFC Field Camera is a high-quality, high-resolution zoom camera specifically designed for remote outdoor applications. It captures high-quality photos and video in wide-angle and zoom during the day and night.

## Benefits and Features

- 18x optical zoom lens
- Auto focus lens
- Up to 15 preset lens positions
- Infrared LEDs for night photos (captures images under almost any lighting conditions)
- Normalized difference vegetation index (NDVI) image capture capability
- Easy-to-use web interface
- Controlled by internal timer, motion detector, web page, or datalogger
- Window defroster
- Type 3 anodized camera body that allows use in corrosive environments
- Wide temperature range (-40° to +60℃)

## Technical Details

### Wi-Fi Camera Access

The camera's Wi-Fi access can be controlled using a smartphone from the safety of the ground. The CCFC features a web interface that makes setup and configuration easy. The interface works on any desktop or mobile browser and contains built-in tips. The camera capture and retrieval modes are highly configurable, enabling even the most advanced users complete control of settings.

### High-Quality Still Images and Video

The camera can produce still images of up to 5 megapixels and video up to 720p. The camera's image and video capture trigger modes include two independent self timers, as well as external triggers, such as datalogger control, motion detection, and web page control. This flexibility makes the CCFC an ideal camera for a wide variety of outdoor observation and surveillance applications. The camera has a 16 GB outdoor-rated internal memory.

### Camera Zoom and Auto Focus

The CCFC comes with a high-quality 18x optical zoom lens and an upgraded image sensor (when compare to the CC5MPX camera model). Users can designate up to 15 preset lens positions to capture images or video from different zoom lengths for each capture event. The camera's auto focus features enables it to automatically re-focus at each zoom length so each trigger event captures a collection of clear photos and video.

*questions & quotes:* **435.227.9120**

**www.campbellsci.com/ccfc**



## Normalized Difference Vegetation Index (NDVI)

NDVI uses visible and near-infrared light to show the health of vegetation. Healthy vegetation mostly absorbs visible light and reflects near-infrared light. While, unhealthy or sparse vegetation reflects more visual light and absorbs more infrared light. The following images show both a standard and an NDVI image of the same location.



In the photo on the left, it is easy to see lots of green trees but is hard to pick out where unhealthy or dead vegetation is present. The photo on the right shows mostly red indicating healthy vegetation; the sick, dead trees are yellow, which indicates unhealthy vegetation.

All NDVI photos have the bar along the bottom of the image for reference. Colors on the far right (closer to +1.0) are healthier while colors on the left are unhealthy or not vegetation (closer to -1.0).

## Getting Images and Video

The camera can send images and video directly to a desktop or the images can be published to the web using various communications options. Images and video taken by the camera can be delivered to you from remote locations via cellular modem, Ethernet 10/100, RS-232, RS-485, satellite, and PakBus. The camera can be configured to act a webcam that publishes images and video directly to a website using various communications devices. The CCFC comes with 16 GB of internal memory to store captured media.

# Specifications

❱ Operating Temperature: -40° to +60°C
❱ Weight: 2.38 kg (5.25 lb)
❱ Length: 28.4 cm (11.2 in)
❱ Height: 13.0 cm (5.1 in)
❱ Width: 13.2 cm (5.2 in)
❱ Clock Accuracy: ±2 min/year (-40° to +60°C)
❱ Ingress Protected (IP) 67
❱ Operating Power: 9 to 30 Vdc
❱ View EU Declaration of Conformity documentation for CCFC at: www.campbellsci.com/ccfc
❱ CCFC accessories: www.campbellsci.com/order/ccfc

## Current Drain

❱ Average: 250 mA (excludes defroster and IR LEDs)
❱ Maximum Momentary Peak: 400 mA
❱ Defroster On: 1.5 A
❱ IR LEDs On: 700 mA
❱ Quiescent (off power mode): <1 mA
❱ Deep Sleep Power Mode: < 6 mA

## Lens

❱ Focal Length: 4.70 to 64.6 mm
❱ Field of View: 4° to 67.3°
❱ Zoom ratio: 18x

## Cable

❱ Maximum Recommended Length:
  • Power and I/O Cable: 20 m (65 ft)
  • Ethernet Cable: 70 m (230 ft)
❱ View EU Declaration of Conformity documentation for cables at: www.campbellsci.com/ccfccbl1-l

## Media Capture (photo and video)

❱ Image or Video Capture Triggers: Two independent self timers; external trigger; motion detection; web page control
❱ Programmable Still Image Resolutions (JPEG): 2592 x 1944; 1280 x 960; 1280 x 720; 640 x 480; 640 x 352; 320 x 240; 320 x 176
❱ Video: Capable of up to 720P for 1280 x 720 (MPEG4), 640 x 480 (MJPEG), 320 x 240 (MPEG4)
❱ Video Frame Rate Options: 30, 15, and 7.5 frames per second
❱ Photo and Video Capture Time From Wake:
  • Partially On and Deep Sleep Modes: 10 s
  • Off Mode: 90 s

 **CAMPBELL SCIENTIFIC** | Campbell Scientific, Inc. | 815 W 1800 N | Logan, UT 84321-1784 | (435) 227-9120 | www.campbellsci.com
USA | AUSTRALIA | BRAZIL | CANADA | CHINA | COSTA RICA | FRANCE | GERMANY | SE ASIA | SOUTH AFRICA | SPAIN | UK

© 2016, 2018
Campbell Scientific, Inc.
July 31, 2018

# Orsted
# Metocean Data Collection
# Trawl Resistant Bottom Mount

**Trawl Resistant Seabed Frame**
MSI 70" x 50" x 22" GP-TRBM



**Recovery & Deployment Lifting Bar**

**Pressure Sensor**
RBR Solo D Water Level Recorder

**Current & Wave Measurements:**
Nortek 400kHz AWAC in Gimbal

**Recovery Mechanism**
Benthos 867 Acoustic Release with Pop-Up Float

**Conductivity, Temperature, & Pressure Sensor**
Seabird SBE37 CTD

# AWAC
## Acoustic Wave And Current Profiler



CURRENT AND WAVE MEASUREMENTS IN THE OCEAN, LAKE AND LABORATORY



Nortek AS
Vangkroken 2
1351 Rud, Norway
Tel: +47 6717 4500
Fax: +47 6713 6770



www.nortek-as.com
True innovation makes a difference



# AWAC
## A STANDARD IN OCEAN WAVE MEASUREMENTS

The Nortek Acoustic Waves and Currents (AWAC) sensor is a current profiler and directional wave system in one unit. Nortek has shipped more than 1700 AWACs worldwide since the launch of the first generation unit over a decade ago. The instrument has since revolutionized subsurface wave measurements.






The AWAC is well suited for both autonomous data collection and as part of a real-time data telemetry system. Subsurface deployment means the instrument is always protected from harsh weather, vandalism, and ship traffic. The small, yet rugged instrument is suitable for multi-year operation in tough environments. Plastic and titanium parts avoid corrosion. The AWAC is available in three transmit frequencies for operational ranges spanning 2m to 100m.

## Trusted Wave Measurements

- The AWAC is in use for online and stand-alone applications all over the world. In Europe, researchers have employed dozens of AWACs to evaluate and improve coastal wave models. In Asia, port and harbor authorities trust AWACs to survive and provide excellent data during typhoon conditions. The AWAC has become a reference system for wave measurements after numerous meticulous comparisons with buoys.

- Nortek provides the AWAC as part of a turnkey solution for long-term monitoring.  This includes durable connectors and long cables, integrated acoustic modems, a verified internal wave processor, and online processing and data display software.

- The AWAC of today has seen over a decade of development, continually being optimized with enhanced features. These include rapid pinging, narrow acoustic beams to provide the best time and space resolution, adaptive tracking algorithms to accommodate large variations in depth and low power consumption for long endurance deployments.

- The AWAC can be mounted in subsurface buoys to add wave measurements to long moorings or to avoid burial and excessive tilt in soft sediments. Nortek's validated and patented SUV technology (US patent 7,352,651) makes accurate wave measurements and high resolution surface currents attainable in deep water as well as areas with

## Wave Height



## Wave Direction



The AWACs extraordinary wave height measurements are a result of the extensively validated and optimized Acoustic Surface Tracking (AST) algorithms. AST estimates the distance to the surface by echo-ranging with the vertically oriented transducer. This method circumvents the depth limitations imposed by bottom mounted pressure and velocity measurements and allows the instrument to capture 1 to 50 second period waves. Moreover, AST gives you the ability to derive wave parameters based on times series analyses such as Hmax, H1/10, and Tmean. Time series analysis is included in the Nortek wave processing software.

Wave direction is calculated by combining AST with orbital velocity measurements that have adaptively been sampled in a large cell located near the surface. If the AWAC is mounted in a non-moving frame or structure, Nortek uses the maximum likelihood method applied to the three velocities and the surface position to estimate all directional wave parameters and spectra. and spread. Nortek's patented SUV processing can be used to calculate all the same directional estimates from an AWAC on a subsurface buoy.

## Tidal Elevation



0.1% Full Scale

## Current Profile



The AWAC pressure data are suitable for measuring the tidal elevation from a fixed bottom mounted structure. Nortek recently extended the option to upgrade the AWAC pressure sensor to an absolute accuracy of 0.1% of full scale, or 5 cm for a 50 m sensor.  This pressure sensor is temperature compensated and the tidal changes only span a small portion of the full-scale range. Therefore, accuracy of the change in tidal elevation is normally twice that of the absolute accuracy, or around 2.5 cm for a 50 sensor.

The AWAC uses the three slanted beams to measure the current profile over a range determined by the acoustic frequency. Large transducers transmit narrow acoustic beams and provide accurate data. The AWAC will alternate between wave data collection and current profiling. If the wave data collection is longer than the interval between current profiles, the AWAC will skip a current profile to ensure continuous wave data. Please contact Nortek if concurrent wave and current information is required.

# Real-Time Data Collection

Most Nortek products can be used either in stand-alone or online mode. In stand-alone mode, data is collected to the internal recorder, and the power comes from external batteries. In an online system, data are transferred to a shore station using one or more communication links.



- ✔ **Cables:** Nortek provides rugged polyurethane cables with optional titanium connectors. Data may be transferred over cables of up to 5000m. An interface box installed on shore protects the AWAC from surges and converts the supply voltage to 48V. A DCDC converter in the instrument reduces the voltage back to 15V.

- ✔ **Acoustic modems:** In combination with the ProLog internal processor, it is possible to transfer wave and current data over short distances underwater using acoustic modems provided by Nortek.

- ✔ **Radio and IP modems:** Radio communication relies on line-of-sight and can be used to transfer AWAC data from an offshore buoy to shore or from a point along the coast further inland. In areas with adequate cellular communication, IP modems may be used to transfer data.

- ✔ **AOS:** It is possible to integrate the AWAC with the Nortek Autonomous Online System and view the resulting data in a hosted web environment.

## ProLog

The ProLog consists of a powerful processor and a 4 GB SD-card recorder laid out on a separate circuit board that fits inside the AWAC. The processor takes the raw data from the AWAC, runs the directional wave processing algorithms and outputs the processed data in ASCII (NMEA) or binary format. This makes the ProLog ideally suited for online applications where data transfer rates are limited,  as when using acoustic modems or satellites.  The NMEA format also facilitates the integration of the AWAC with 3rd party external controllers.



## Nortek offers a full suite of software with the AWAC



**AWAC-AST** is included with all AWAC deliveries. It features a simple interface used to configure the instrument for deployment, retrieve the data, and convert the raw data to ASCII.



**Quickwave** provides the functionality of Storm in a non-graphical environment. A wave processing module embedded in a DLL is available for those who wish to write their own real time software.»



**Storm** provides a full graphical interface to view the raw wave data and current profiles, perform QA/QC, and plot the directional and non-directional wave parameters.



**SeaState** is designed for configurations where there is direct communication. It collects, processes, records and displays data in real-time as a series of graphical images, which are suitable both for engineering and scientific applications. SeaState accepts both raw data and processed wave data from a ProLog internal processor.

## 1MHz





## 600kHz





## 400kHz





## Platform Mount (1MHz and 600kHz)

Contact Nortek for additional transducer configuration options designed to mount on coastal, offshore, or marine renewable energy structures.





# Technical Specifications

## System

| | |
|---|---|
| Acoustic frequency: | 1MHz, 600kHz or 400kHz |
| Acoustic beams: | 4 beams, one vertical, three slanted at 25° |
| Vertical beam opening angle: | 1.7° |
| Operational modes: | Stand-alone or online monitoring |

## Current Profile

| | |
|---|---|
| Maximum range: | 30m (1MHz), 50m (600 kHz), 100m (400kHz)* |
| Depth cell size: | 0.25 – 4.0m (1MHz)<br>0.5 – 8.0m (600kHz)<br>1.0 – 8.0m (400kHz) |
| Number of cells: | Typical 20–40, max. 128 |
| Maximum output rate: | 1Hz |
| *)depends on local conditions | |

## Velocity measurements

| | |
|---|---|
| Velocity range: | ±10 m/s horizontal, ±5 m/s along beam |
| Accuracy: | 1% of measured value ±0.5 cm/s |

## Doppler uncertainty

| | |
|---|---|
| Current profile: | 1cm/s (typical) |

## Wave measurements

| | |
|---|---|
| Maximum depth: | 35m (1MHz), 60m (600 kHz), 100m (400kHz) |
| Data types: | Pressure, one velocity along each beam, AST* |
| Sampling rate (output): | 2 Hz velocity, 4 Hz AST* (1MHz),<br>1 Hz velocity, 2Hz AST* (600kHz),<br>0.75 Hz velocity, 1.5Hz AST* (400kHz) |
| No. of samples per burst: | 512, 1024, or 2048. Inquire for options |

## Wave estimates

| | |
|---|---|
| Range: | -15 to +15m |
| Accuracy/resolution (Hs): | <1% of measured value/1cm |
| Accuracy/resolution (Dir): | 2° / 0.1° |
| Period range: | 0.5 - 50s (1MHz), 1 - 50s (0.6MHz),<br>1.5 - 50s (0.4MHz) |

| Depth(m) | cut-off period (Hs) | cut-off period (dir) |
|---|---|---|
| 5 | 0.5 sec | 1.5 sec |
| 20 | 0.9 sec | 3.1 sec |
| 60 | 1.5 sec | 4.2 sec |
| 100 | 2 sec | 5.0 sec |

## Sensors

| | |
|---|---|
| Temperature: | Thermistor embedded in housing |
| Range: | –4°C to 40°C |
| Accuracy/ Resolution: | 0.1°C/0.01°C |
| Time constant: | <5 min |
| Compass | Magnetoresistive |
| Accuracy/Resolution: | 2°/0.1° for tilt <15° |
| Tilt: | Liquid level |
| Maximum tilt: | 30°, AST* requires <10° instrument tilt |
| Up or down: | Automatic detect |
| Pressure: | Piezoresistive |
| Standard range: | 0–50 m (1MHz) / 0-100m (0.6MHz) /<br>0-100m (0,4MHz) |
| Accuracy: | 0.5% of full scale. Optional 0.1% of full scale. |
| Resolution: | 0.005% of full scale |

## Transducer configurations

| | |
|---|---|
| Standard: | 3 beams 120° apart, one vertical |
| Platform mount: | 3 beams 90° apart, one at 5° |

## Materials

| | |
|---|---|
| Standard: | Delrin and polyurethane plastics with titanium screws |

## Connectors:

| | |
|---|---|
| Bulkhead (Impulse): | MCBH-2-FS, MCBH-8-FS, optional Birns 3K-7-OR-CA |
| Cable: | PMCIL-8-MP, Optional Birns |

## Environmental

| | |
|---|---|
| Operating temperature: | –4°C to 40°C |
| Storage temperature: | –20°C to 60°C |
| Shock and vibration: | IEC 721–3–2 |
| Depth rating: | 300m |

## Dimensions:

| | |
|---|---|
| | See drawing |
| Weight in air: | 7.3 kg (0.4MHz), 6.2 kg (0.6MHz), 6.1 kg (1MHz) |
| Weight in water: | 3.6 kg (0.4MHz), 2.9 kg (0.6MHz & 1MHz) |
| Canister for 2*36D pack with Alkaline batteries: | In air 17,2kg, in water 7,8kg |
| Canister for 2*36D pack with Lithium batteries: | In air 14,4kg, in water 5kg |
| Canister for 1*36D pack with Alkaline batteries: | In air 10,5kg, in water 4,3kg |
| Canister for 1*36D pack with Lithium batteries: | In air 9,1kg, in water 2,9kg |

## Analog Inputs

| | |
|---|---|
| Number of channels: | 2 |
| Supply voltage to analog output devices: | Three options selectable through firmware commands:<br>• Battery voltage/500mA<br>• +5V/250mA (default)<br>• +12V/100mA |
| Voltage Input: | 0-5V |
| Resolution: | 16 bit A/D |

## Data Recording

| | |
|---|---|
| Capacity(standard): | 9MB (standard), 4GB upgrade option |
| Profile record: | Ncells×9 + 120 |
| Wave record: | Nsamples×24 + 1KB |

## Data Communication

| | |
|---|---|
| I/O: | RS 232 or RS 422 |
| Communication baud rate: | 300–115200 |
| Recorder download baud rate: | 600/1200 kBaud for both RS232 and RS422 |
| User control: | Handled via «AWAC» software, or ActiveX® controls. «SeaState» for online systems. |
| Output formats: | Output formats: NMEA, Binary. Prolog provides same types also for processed wave and current data. |

## Power

| | |
|---|---|
| DC input: | 9-18 VDC |
| Peak current: | 3A |
| Power consumption: | Transmit power: 1–30W, 3 adjustable levels |
| Sleep consumption: | 1 mW (RS232)<br>5 mW (RS422) |

## Real time clock

| | |
|---|---|
| Accuracy: | ± 1min/year |
| Backup in absence of power: | 1 year |

## Online Cable

Polyurethane jacket, Shore D hardness, 13mm in diameter. Maximum RS422 communication distance 5km when used with interface box.

## Online Projects

Nortek can provide long cables, radio/telephone communication equipment, acoustic modems, etc., that can meet the requirements of your specific project.

*) AST = Acoustic Surface Tracking



TS-010-en-10.2014

---

 twitter.com/norteknews    f facebook.com/Norteknews     youtube.com/Nortekinfo

**NortekMed S.A.S.**
Z.I Toulon Est
67, Avenue Frédéric Joliot-Curie
BP 520, 83078 Toulon Cedex 09
France
Tel: +33 (0) 4 94 31 70 30
Fax: +33 (0) 4 94 31 49 49
E-mail: info@NortekMed.com

**NortekUK**
Tresanton House
Bramshott Court
Bramshott
Hants
GU30 7RG, UK
Tel: +444- 1428 751 953

**NortekUSA**
27 Drydock Avenue,
Mailbox 32, Boston,
MA 02210-2377
Tel: 617-206-5750
Fax: 617-275-8955
E-mail: inquiry@nortekusa.com

青岛诺赛克测量设备有限公司
地址: 中国青岛香港西路65号
汇都广场 1302
邮编: 266071
Tel: 0532-85017570, 85017270
Fax: 0532-85017570

**Nortek B.V.**
Schipholweg 333a
1171PL Badhoevedorp
Nederland
Tel: +31 20 6543600
Fax: +31 20 6599830
email: info@nortek-bv.nl

**Nortek Brasil**
Av. Nilo Peçanha nº 50,
grupo 2910 – Centro - Rio de Janeiro -
RJ – Cep 20020-906.
Tel: +55 (21) 4126-5954
Cel: +55 (21) 85046798
E-Mail nortek@nortekbrasil.com.br

 



rbr-global.com

RBR*solo³* D



# SMALL DEPTH RECORDER

## 20M READINGS ON A SINGLE AA BATTERY



The RBR*solo³* D is a compact, lightweight, and versatile single channel logger. The logger offers flexible measurement schedules, standard sampling up to 2Hz, and optionally up to 32Hz. It also features large memory, more power for extended deployments, and USB-C download for large data files.

## FEATURES


**Compact and lightweight**


**Any AA battery**


**Up to 32Hz sampling**


**USB-C download**


**Cabled RBR*coda³* variant available**

## The RBR*solo³* D recorder is available in the following configurations:

| | |
|---|---|
| ▶ RBR*solo³* D | up to 2Hz continuous sampling |
| ▶ RBR*solo³* D\|fast16 | up to 16Hz continuous sampling |
| ▶ RBR*solo³* D\|fast32 | up to 32Hz continuous sampling |
| ▶ RBR*solo³* D\|tide16 | up to 16Hz bursts with tidal averaging |
| ▶ RBR*solo³* D\|wave16 | up to 16Hz bursts with wave analysis |

The RBR*solo³* D makes it easy to configure the optimum sampling regime for your measurements whether the recorder is moored, towed, or profiling. The large data storage capacity and fast download ability facilitate long deployments with high sampling rates. A dedicated desiccant holder makes it simple to replace desiccant before each deployment. Dataset export to Matlab, Excel, OceanDataView®, or text files makes post processing with your own algorithms effortless.



rbr-global.com

RBR*solo*³ D



# SMALL DEPTH RECORDER

## COMPACT, ACCURATE, DEPENDABLE

- Compact and lightweight
- Any AA battery
- Up to 32Hz sampling
- USB-C download
- Cabled RBR*coda*³ variant available

**RBR Ltd**

+1 613 599 8900
info@rbr-global.com
rbr-global.com

## General Information

### Physical

| | |
|---|---|
| Power: | Any AA cell |
| Communication: | USB-C |
| Clock drift: | ±60 seconds/year |
| Depth rating: | up to 1,000m (RBR*solo* D), or up to 10,000m |
| Diameter: | 25.4mm |
| Length: | ~210mm (RBR*solo*³ D\|deep) |
| Sample capacity: | 20M readings |
| Housing: | OSP (RBR*solo*³ D) Titanium (RBR*solo*³ D\|deep) |

### Depth

| | |
|---|---|
| Range (OSP): | 20 / 50 / 200 / 500 / 1000m* |
| Accuracy: | ±0.05% full scale (FS) |
| Resolution: | <0.001% FS |
| Time constant: | <10ms |
| Typical stability: | 0.05% FS |

*Recommended depth for wave measurements less than 50m

## Sampling rates and Autonomy

### RBR*solo*³ D

| Sampling rate: | 24hr to 1s, and 2Hz | | |
|---|---|---|---|
| Autonomy: | Rate | Duration | # samples |
| | 5s | 4.9 years | 30M |
| | 2Hz | 62 days | 10M |

### RBR*solo*³ D\|fast16

| Sampling rate: | 24hr to 1s, and 2Hz, 4, 8, and 16Hz | | |
|---|---|---|---|
| Autonomy: | Rate | Duration | # samples |
| | 16Hz | 44 days | 60M |

### RBR*solo*³ D\|fast32

| Sampling rate: | 24hr to 1s, and 2Hz, 4, 8, 16, and 32Hz | | |
|---|---|---|---|
| Autonomy: | Rate | Duration | # samples |
| | 32Hz | 24 days | 60M |

### \|tide16

| Sampling rate: | 24hr to 1s, and 2, 4, 8, or 16Hz |
|---|---|

### \|wave16

| Sampling rate: | 24hr to 1s, and 2, 4, 8, or 16Hz |
|---|---|



**sea-birdscientific.com**
**info@sea-birdscientific.com**

# SBE 37-SI
## MicroCAT CT(D)



The SBE 37-SI MicroCAT is a high-accuracy conductivity and temperature (pressure optional) recorder with Serial interface (RS-232 or RS-485) and memory. Externally powered, it can be used for moored applications requiring fast sampling. The MicroCAT is useful as a stand-alone monitoring device and is easily integrated with other instrumentation platforms.

Data is output in real-time and can be recorded in memory; memory capacity exceeds 530,000 samples. Measured data and derived variables (salinity, sound velocity, depth, density) are output in engineering units.

## Features

- Moored Conductivity, Temperature, and Pressure (optional), with user-programmable sampling — 6-sec to 6-hour intervals, or continuous (1.0 sec without pressure, 1.5 sec with pressure).
- RS-232 or RS-485 interface.
- Internal memory, external power.
- Expendable anti-foulant devices for bio-fouling protection.
- 350 m plastic or 7000 m titanium housing.
- Seasoft© V2 Windows software package (setup, data upload, and data processing).
- Field-proven MicroCAT family, with more than 10,000 instruments deployed.
- Five-year limited warranty.

## Components

- Unique internal-field conductivity cell permits use of expendable anti-foulant devices, for long-term bio-fouling protection.
- Aged and pressure-protected thermistor has a long history of exceptional accuracy and stability.
- Optional strain-gauge pressure sensor with temperature compensation is available in eight ranges (maximum depth 7000 m).

**SBE** Sea-Bird Electronics

## Options

- Plastic (350 m) or titanium (7000 m) housing.
- RS-232 or RS-485 interface.
- No pressure, or strain-gauge pressure sensor in one of 8 ranges.
- XSG or wet-pluggable MCBH connector.
- No factory-supplied mount, wire mounting clamp and guide, or brackets for mounting to a flat surface.

## Measurement Range

| | |
|---|---|
| Conductivity | 0 to 7 S/m (0 to 70 mS/cm) |
| Temperature | -5 to 45 °C |
| Optional Pressure | 20 / 100 / 350 / 600 / 1000 / 2000 / 3500 / 7000 (meters of deployment depth capability) |

## Initial Accuracy

| | |
|---|---|
| Conductivity | ± 0.0003 S/m (0.003 mS/cm) |
| Temperature | ± 0.002 °C (-5 to 35 °C); ± 0.01 °C (35 °C to 45 °C) |
| Optional Pressure | ± 0.1% of full scale range |

## Typical Stability

| | |
|---|---|
| Conductivity | 0.0003 S/m (0.003 mS/cm) per month |
| Temperature | 0.0002 °C per month |
| Optional Pressure | 0.05% of full scale range per year |

## Resolution

| | |
|---|---|
| Conductivity | 0.00001 S/m (0.0001 mS/cm) |
| Temperature | 0.0001 °C |
| Optional Pressure | 0.002% of full scale range |

| | |
|---|---|
| Acquisition Time | 1.0 - 2.6 sec/sample (see manual) |
| External Power | 0.5 Amps at 8.5-24 VDC |
| Memory Capacity | 530,000 samples CTD |
| Housing, Depth Rating, & Weight (without pressure sensor or clamps) | Plastic: 350 m, 2.2 kg in air, 1.2 kg in water Titanium: 7000 m, 2.9 kg in air, 1.9 kg in water |



Without Mounting Hardware     With Wire Mounting Clamp and Guide

Specifications subject to change without notice. ©2014 Sea-Bird Scientific. All rights reserved. Rev. November 2014



Sea-Bird Electronics
+1 425-643-9866
sales@seabird.com
www.seabird.com



# iBCN

- NOVATECH™ Iridium® beacons
- Superior lifetime
- Rugged and innovative design
- Iridium® and Bluetooth configuration

**TRACKING & MONITORING**



> NOVATECH™ products have been proven throughout the world's oceans and trusted around the globe for over 40 years.

The iBCN is the next-generation of NOVATECH™ Iridium® beacons, designed for tracking and locating assets. Rated to 7,500 m (24,600 ft), the self-contained submersible beacons use the bi-directional capabilities of the Iridium® satellite telemetry system, allowing end users to receive near real-time GPS location of their asset.

Designed to meet unique deployment needs, the iBCN offers five battery housing options: self-contained, remote head, OEM, and extended battery life with the option of lithium or alkaline batteries. The NOVATECH™ Iridium® beacons provide peace of mind for those unpredictable deployments.

# iBCN

## TECHNICAL SPECIFICATIONS

### ELECTRONICS
• Iridium 9603 - Short Burst Data Transceiver
• GPS Telit SE880: Ultra-sensitive receiver, 48 Channel SiRFstarIV™

### PROGRAMMING INTERFACE
• Local Configuration
  Bluetooth SPP (Serial Port Profile) communication via Windows application
• Over-The-Air Configuration, Bi-directional Iridium SBD communication

### ENVIRONMENTAL
• Operating Temperature: -30°C to +70°C (-22°F to 158°F)
• Storage Temperature: -40°C to +85°C (-40°F to +185°F)
• Ocean Depth Rating: 7,500 m (24,600 ft)
• Storage Life: 24 months

### PHYSICAL
• Hull Material: Titanium (Grade 2)
• Cap Material: PEEK and Titanium (Grade 5)
• Color: Natural

| Features | OEM | iBCN | iBCN-3 | iBCN-7 | iBCN-RH |
|---|---|---|---|---|---|
| Model N° | MMI-513-00000 | MMI-513-12000 | MMI-513-22000 | MMI-513-32000 | MMI-513-41100 |
| Dimensions (Battery Hull) | | 13.15" x 1.13" (335 mm x 28.7 mm) | 9.0" x 2.0" (228.6 mm x 50.8 mm) | 18.56" x 2.0" (471.4 mm x 50.8 mm) | 18.50" x 1.70 (470 mm x 43.0 mm) |
| Dimensions (Electronics Enclosure) | 2.18" x 2.20" (55.4 mm x 58.9) | 2.18" x 2.20" (55.4 mm x 58.9 mm) | 2.18" x 2.20" (55.4 mm x 55.9 mm) | 2.18" x 2.20" (55.4 mm x 55.9 mm) | 6.0" (1.83 m) Remote head cable |
| Mass in air (with batteries) | 0.22 lb (0,49 kg) | 1.78 lb (0.81 kg) | 3.30 lb (1.5 kg) | Alkaline 7.82 lb (3.55 kg) Lithium 7.05 lb (3.2 kg) | 5.94 lb (2.7 kg) |
| Mass in water (with batteries) | 0.24 lb (0.11 kg) | 1.11 lb (0.50 kg) | 2.0 lb (0.91 kg) | Alkaline 5.40 lb (2.45 kg) Lithium 4.62 lb (2.1 kg) | 3.55 lb (1.61 kg) |
| Hull Material | | Titanium (Grade 2) | Titanium (Grade 2) | Titanium (Grade 2) | Hard anodized aluminum |
| Cap Material | | Titanium (Grade 5) | Titanium (Grade 5) | Titanium (Grade 5) | |
| Battery | | 9 x CR123A Lithium | 3 x "D" cells Lithium | 7 x "D" cells Alkaline or Lithium | 6 x "C" cells Alkaline |
| On/Off Control | | Magnetic reed switch | Magnetic reed switch | Magnetic reed switch | Magnetic reed switch & pressure switch |
| Activation | | Surface sense (conductivity) GPS satellite check | Surface sense (conductivity) GPS satellite check | Surface sense (conductivity) GPS satellite check | Surface sense (conductivity) & pressure switch, GPS satellite check |
| Lifetime | | 2 years after being submerged for 1 year; 24 hour reporting once surfaced | 7 years after being submerged for 1 year; 24 hours reporting once surfaced | Alkaline: 11 years after being submerged for 1 year; 24 hours reporting once surfaced. Lithium: 19 years | 4 years after being submerged for 1 year; 24 hours reporting once surfaced |
| Options | | Optional remote head configuration | Optional remote head configuration | Optional remote head configuration | Optional remote head configuration |



21 Thornhill Drive, Dartmouth, Nova Scotia  B3B 1R9 CANADA
Tel: +1 902 468-2505  |  Email: sales@metocean.com

metocean.com

DEC. 2016 — V1.0.0

# MB-07
# SURFACE MARKER BUOY

The MB-07 is the latest rotationally moulded mooring marker buoy. This buoy is primarily designed for use in inshore coastal applications.  Shown as a marker buoy it is normally supplied in yellow although green and red lateral marks are available. The MB-07 can be provided in either 90cm or 135cm heights. The MB-07 can be provided with an optional Internal Radar Reflector and self contained solar powered navigation light

*Specifications:*

|  | MB-07-90 | MB-07-135 |
|---|---|---|
| Diameter  mm | 700 | 700 |
| Overall height mm | 900 | 1350 |
| Overall weight Kgs | 16.5 | 25 |
| Focal Plane Height mm (typical) | 707 | 1185 |
| Buoyancy kgs | 110 | 110 |
| Optional integral ballast kgs | 25, 35, 45 | 25, 35, 45 |



**Mooring Steel Work**

- **Galvanised Steel Eye plate**

**Float**

- **Rotationally moulded virgin specially formulated extra high UV stabilised polyethylene**
- **Internal ballasting of the buoy if required to allow use of lightweight rope moorings..**

**Lantern (Optional)**

- **Sealite SL 15 LED Compact lantern.**

**Radar Reflector (Optional)**

- **Echomax MIDI radar reflector giving a peak RCS of up to 216 metres square reflection moulded into top mark**

**Mooring**

- **To achieve the best results for stability and self righting the buoy must have a minimum of 30Kgs of mooring rope/chain weight suspended below the buoy**

MB-07 iss B  Nov 2015

Unit 16, Camberley Business Centre, Bracebridge, Camberley, Surrey, GU15 3DP UK
Tel: +44 (0)845 108 1457   Fax: +44 (0)845 280 3349   sales@planet-ocean.co.uk   www.planet-ocean.co.uk

**Appendix B:  Technical Specifications, RADAC WG5 Wave Monitoring Radar**



# WAVEGUIDE DIRECTION
## WG5 SERIES

Remote monitoring of wave direction, wave height, wave period and tide



processing unit

radars

The new WaveGuide is the latest and most technically advanced radar from Radac. This accurate wave monitoring system is an easy to use, reliable and robust device to measure tide, wave direction, wave height and wave period. The new radar is capable of maintaining a high level of precision and accuracy in harsh environmental conditions and is particularly suited to marine and offshore installations.

## KEY FEATURES

- *0 - 360° wave direction*
- *0 - 60 m wave height*
- *Highly accurate*
- *Maintenance free*
- *Optional ATEX / IECEx*

## NEW FEATURES

- *Measuring at 10 Hz*
- *Network connected*

With an array of three radars, the elevation of the sea surface is measured at three positions. These positions form a virtual triangle at the water surface by pointing one radar perpendicularly downwards and tilt the other two. Knowing the slope of the water surface and the phase relations between the three positions, the wave direction can be calculated.

The radars measure the distance to the water surface 10 times per second. In all wind and wave conditions the accuracy for water level is proven to be below 1 cm. The wave data are sent to the processing unit via a network link. The processing unit facilitates data acquisition, data processing, data presentation and remote service. Data can be locally stored on an external USB drive, or distributed through two serial ports as well as over the network. Any device connected to the (private) network can access the web-based user interface.



Elektronicaweg 16b
2628 XG Delft
The Netherlands
T +31 15 890 32 03
info@radac.nl
www.radac.nl

We are a Dutch company, based in Delft. Since 1996, we develop, manufacture and market the WaveGuide. We are proud that our professional systems are trusted across the industry. Our main clients include oil companies, offshore wind farm operators, port operators and shipping companies.



level, tide and wave monitoring

# WAVEGUIDE DIRECTION
## WG5 SERIES

## SPECIFICATIONS

| Heave | | |
|---|---|---|
| | Range: | 2 - 75 m to surface |
| | Accuracy: | ± 3 mm [1] |
| | Frequency: | 10 Hz |

| Water level | | |
|---|---|---|
| | Accuracy: | ± 1 cm [2] [3] |
| | Processing: | 10 sec, 1 min, 5 min or 10 min |
| | Interval: | 1 min |

| Wave height | | |
|---|---|---|
| | Range: | 0 - 60 m |
| | Accuracy: | ± 1 cm [3] |
| | Processing: | SWAP [4] (per 20 min data block) |
| | Interval: | 1 min |

| Wave period | | |
|---|---|---|
| | Range: | 1 - 100 s |
| | Accuracy: | ± 50 ms [3] |
| | Processing: | SWAP [4] (per 20 min data block) |
| | Interval: | 1 min |

| Wave direction | | |
|---|---|---|
| | Range: | 0 - 360º |
| | Accuracy: | ± 2º [3] |
| | Processing: | SWAP [4] (per 20 min data block) |
| | Interval: | 1 min |

### COMPACT VERSION: WG5-DR-CP (includes 3 radars + 1 processing unit)
**Specifications per radar**



| Mechanical | | |
|---|---|---|
| | Dimensions: | Ø 265 x 245 mm |
| | Weight: | 12.5 kg |
| | Material: | Stainless steel, AISI 316L |

| Electrical | | |
|---|---|---|
| | Power: | 24 - 64 VDC, 65 - 240 Vac, 8 W |
| | Frequency: | 10 GHz (X-band) |
| | Modulation: | Triangular FMCW |
| | Emission: | 0.1 mW max. (Far below acceptable limits for exposure to the human body) |

| Environmental | | |
|---|---|---|
| | Temperature: | -40 ºC to 65 ºC |
| | Humidity: | 0 - 100 % |
| | Ingress Protection: | IP67 |

### EXPLOSION PROOF VERSION: WG5-DR-EX (includes 3 radars + 1 processing unit)
**Specifications per radar**



| Mechanical | | |
|---|---|---|
| | Dimensions: | 217 x 319 x 379 mm (d x w x h) |
| | Weight: | 14.4 kg (excl. antenna 2.8 kg) |
| | Material: | Chromatized aluminum |

| Electrical | | |
|---|---|---|
| | Power: | 24 - 65 VDC, 65 - 240 Vac, 8 W |
| | Frequency: | 10 GHz (X-band) |
| | Modulation: | Triangular FMCW |
| | Emission: | 0.1 mWatt max. (Far below acceptable limits for exposure of the human body) |

| Environmental | | |
|---|---|---|
| | Temperature: | -40 ºC to 65 ºC |
| | Humidity: | 0 - 100 % |
| | Ingress Protection: | IP67 |
| | Safety: | ATEX, II 1/2 G Ex d [ia Ga] IIB T6 Ga/Gb |

| **Processing unit** | | |
|---|---|---|
| | Dimensions: | 170 x 172 x 85 mm (d x w x h) (19" rack mounting available) |
| | Com ports: | 2x RS232 |
| | Network: | 3x Ethernet |
| | USB: | 2x USB 2.0 |
| | Power: | 24 - 48 VDC, 4.8 W |
| | Temperature: | -20 ºC to 65 ºC |
| | Cooling: | No fan required |

**1)** Valid for a still water surface.
**2)** For a water surface with waves.
**3)** The accuracy of the wave parameters is not limited by the radar sensor, yet it is defined by the stochastic nature of sea-surface measurements.
**4)** SWAP is the Standard Wave Analysis Program, in accordance with the applied standards of the Dutch Ministry of Infrastructure and Environment and of the International Association of Oil and Gas producers.