# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REVOLUTION WIND, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>DOUGLAS J. BURGUM, in his official capacity as Secretary of the U.S. Department of the Interior;<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR;<br><br>MATTHEW GIACONA, in his official capacity as Acting Director of the Bureau of Ocean Energy Management;<br><br>BUREAU OF OCEAN ENERGY MANAGEMENT;<br><br>KENNETH STEVENS, in his official capacity as Principal Deputy Director Exercising the Delegated Authorities of the Director of the Bureau of Safety and Environmental Enforcement; and<br><br>BUREAU OF SAFETY AND ENVIRONMENTAL ENFORCEMENT,<br><br>*Defendants*. | Case No.: 1:25-cv-02999-RCL |

## [PROPOSED] PRELIMINARY INJUNCTION

Plaintiff Revolution Wind, LLC ("Revolution Wind") has filed a motion for stay pending review and a preliminary injunction.

Having considered all papers and evidence submitted in support of and in opposition to the Motion, the arguments of counsel and all other matters presented to the Court, and finding good

cause appearing therefrom, the Court finds that Revolution Wind is entitled to a stay of the Bureau of Ocean Energy Management's August 22, 2025 Order to Revolution Wind "to halt all ongoing activities related to the Revolution Wind Project on the outer continental shelf (OCS)" and to "not resume activities until BOEM informs [Revolution Wind] that BOEM has completed its necessary review" (the "Order").  Furthermore, the Court finds that Revolution Wind is entitled to a preliminary injunction against the enforcement of the Order.  Revolution Wind has demonstrated likelihood of success on the merits of its underlying claims, it is likely to suffer irreparable harm in the absence of an injunction, the balance of the equities is in its favor, and maintaining the status quo by granting the injunction is in the public interest.

Accordingly, it is hereby:

**ORDERED** that the Motion be, and hereby is, GRANTED in its entirety; it is further

**ORDERED** that the Order violates the Administrative Procedure Act, the Outer Continental Shelf Lands Act, and Revolution Wind's Fifth Amendment Due Process rights;

**ORDERED** that the Order is therefore arbitrary, capricious, an abuse of discretion, not in accordance with law, in excess of statutory jurisdiction and authority, and short of statutory right, *see* 5 U.S.C. § 706(2); it is further

**ORDERED** that the Order is stayed pending conclusion of these proceedings and Defendants are enjoined from imposing the Order until such time as the Court orders otherwise, *see* 5 U.S.C. § 705; it is further

**ORDERED** that Defendants be enjoined from enforcing the Stop Work Order; it is further

**ORDERED** that Defendants shall pay Revolution Wind's costs and attorneys' fees, *see* 43 U.S.C § 1349(a)(5).

**IT IS SO ORDERED** on this ____ day of _____, 2025.

                                                                                      _____
Honorable Royce C. Lamberth
United States District Judge