IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REVOLUTION WIND, LLC,      ) <br> ) <br> *Plaintiff*,      ) <br> ) <br> v.      ) <br> ) <br> DOUGLAS J. BURGUM, et al,      ) <br> ) <br> *Defendants.*      ) <br> ) | Case No. 1:25-cv-02999-RCL <br><br> Hon. Royce C. Lamberth |

**MOTION OF GREEN OCEANS TO INTERVENE AS DEFENDANT, DEFER FILING ANSWER, AND EXTENSION OF TIME TO FILE A RESPONSE TO REVOLUTION WIND'S MOTION FOR PRELIMINARY INJUNCTION**

Green Oceans moves to intervene as of right as defendants in this case under Federal Rule of Civil Procedure 24(a)(2), or, alternatively, seeks permissive intervention under Federal Rule of Civil Procedure 24(b). In support of its motion, Green Oceans is concurrently filing its memorandum in support of intervention, supporting declarations, and a proposed order.

Green Oceans also seeks leave to file its Answer or other responsive pleading under Federal Rule of Civil Procedure 24(c) and Local Civil Rule 7(j) by the same deadline as the Federal Defendants in this case

In addition, Green Oceans requests a five-day extension of time to file a response to Revolution Wind's Motion for Preliminary Injunction. If the Court grants this request, Green Oceans' response would be due Wednesday, September 17, 2025. Plaintiff, Revolution Wind, LLC, filed this action on September 4, 2025 and filed its Motion for Preliminary Injunction the next day, September 5. Green Oceans motion for intervention is timely—filed only a week after the complaint. Additional time is needed so that counsel may confer with the client and prepare a full and accurate response to the Motion for Preliminary Injunction. The requested extension will

not prejudice Revolution Wind, which filed this case only last week, and will assist the Court by ensuring more focused and thorough briefing.

Counsel for Green Oceans conferred with counsel for Plaintiff, Revolution Wind, and with counsel for the Federal Defendants on September 12, 2025. Revolution Wind opposes both the motion to intervene and the motion for extension. Federal Defendants take no position on either motion.

For these reasons, and those set forth in the accompanying memorandum in support, Green Oceans asks that this Court grant its motion to intervene, allow it to defer filing its Answer until the time described above, and extend its deadline to respond to the preliminary injunction motion until September 17, 2025.

    Respectfully submitted,

    s/ Roger J. Marzulla
    Roger J. Marzulla, Bar No. 394907
    Nancie G. Marzulla, Bar No. 400985
    Mollie A. Jackowski, Bar No. 1780535
    Marzulla Law, LLC
    1150 Connecticut Ave., NW
    Suite 1050
    Washington, DC 20036
    Tel: (202) 822-6760
    roger@marzulla.com
    nancie@marzulla.com
    mollie@marzulla.com

September 12, 2025    Attorneys for Green Oceans