

Portfolio Media. Inc. | 230 Park Avenue, 7th Floor | New York, NY 10169 | www.law360.com
Phone: +1 646 783 7100 | Fax: +1 646 783 7161 | customerservice@law360.com

# Ørsted Stands Firm On Plan To Raise $9.4B Despite US Order

By **Najiyya Budaly**

Law360, London (August 26, 2025, 12:28 PM BST) -- Denmark's wind power giant Ørsted AS has said that it will move ahead with its plan to raise 60 billion Danish kroner ($9.4 billion) with support from the Danish state, despite an order from U.S. President Donald Trump to stop work on a wind farm that is almost complete.

Ørsted sought on Monday to calm markets by confirming its commitment to raising the money after its shares, which trade on the Nasdaq Copenhagen exchange, tumbled 16% from 214.10 Danish kroner ($33.4) at Friday's close to 179.10 at Monday's close. The shares rebounded slightly on Tuesday morning to 186 Danish kroner, but the stock is still down 42% since July.

The Danish company said that it will "proceed with the planned rights issue preparation and has the continued support and commitment to the rights issue from its majority shareholder, the Danish state."

Ørsted said on Aug. 11 that it plans to **raise 60 billion kroner** in gross proceeds through the rights issue, which allows existing shareholders to buy new stock on a pro rata basis with their existing shares to prevent them from diluting their holding.

But markets were spooked when the company revealed on Friday that it had received a **stop-work order** from the U.S. Department of the Interior's Bureau of Ocean Energy Management. The U.S. government is blocking Ørsted and its joint venture partner, Blackrock Inc., from working on Revolution Wind, their offshore farm near Rhode Island.

The joint venture began constructing the project in 2023, and it is 80% complete, Ørsted said on Monday.

But Trump has been a persistent critic of wind power and has **halted new approvals** for wind projects by federal agencies until a government-led review is completed.

Ørsted said that it is "evaluating all options to resolve the matter ... potentially through legal proceedings."

The company added that its planned rights issue will "provide the required strengthening of Ørsted's capital structure to execute its business plan, even when taking into account the impact of this uncertainty."

Ørsted said it will use the money it makes from the share sale to strengthen its capital structure until 2027. The Danish energy company said it has been forced to start fundraising after "material adverse development in the U.S. offshore wind market" meant it has not been able to sell Sunrise Wind, its farm that is under construction offshore in New York.

--Editing by Hazel Vidler.

All Content © 2003-2025, Portfolio Media, Inc.