UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **REVOLUTION WIND, LLC,**<br><br>*Plaintiff,*<br><br>v.<br><br>**DOUGLAS BURGUM,** in his official capacity as Secretary of the Interior, *et al.*,<br><br>*Defendants.* | Case No. 1:25-cv-02999-RCL |

## ORDER

Upon consideration of the Defendants' Unopposed Motion for Leave to File Under Seal, *see* ECF No. 18, and the entire record, it is hereby **ORDERED** that the Motion is **GRANTED**. Exhibit F to the Suess Declaration, *see* ECF No. 17-7; ECF No. 18-1, shall be filed under seal.

**IT IS SO ORDERED.**

Date: 9-15-25

Royce C. Lamberth
United States District Judge

1