IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLUMBIA

| | |
|---|---|
| REVOLUTION WIND, LLC,<br><br>  *Plaintiff*,<br><br> v.<br><br>DOUGLAS J. BURGUM, in his official capacity as Secretary of the U.S. Department of the Interior;<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR;<br><br>MATTHEW GIACONA, in his official capacity as Acting Director of the Bureau of Ocean Energy Management;<br><br>BUREAU OF OCEAN ENERGY MANAGEMENT;<br><br>KENNETH STEVENS, in his official capacity as Principal Deputy Director Exercising the Delegated Authorities of the Director of the Bureau of Safety and Environmental Enforcement; and<br><br>BUREAU OF SAFETY AND ENVIRONMENTAL ENFORCEMENT,<br><br>  *Defendants*. | Case No.: 1:25-cv-02999-RCL |

**DECLARATION OF JANICE M. SCHNEIDER IN SUPPORT OF
PLAINTIFF REVOLUTION WIND, LLC'S OPPOSITION TO
GREEN OCEANS' MOTION TO INTERVENE**

Pursuant to 28 U.S.C. § 1746(2), I, Janice M. Schneider hereby declare as follows:

  1.  I am a partner at Latham & Watkins LLP and I represent Plaintiff Revolution Wind, LLC. I submit this Declaration in support of Plaintiff Revolution Wind, LLC's Opposition to

1

Green Oceans' Motion to Intervene as Defendant and Motion for Extension of Time. I have personal knowledge, information, or belief of the facts stated herein and, if called as a witness, I could and would testify competently thereto.

2. Attached as **Exhibit 1** is a true and correct excerpt of the documents produced by Defendant U.S. Department of the Interior in response to a Freedom of Information Act request from E&E News, as reported in the Greenwire news publication on August 28, 2025 in an article titled "Internal emails reveal Interior's Empire Wind Deliberations." The excerpt contains relevant correspondence and the cover page of the Green Oceans report discussed therein.

3. Attached as **Exhibit 2** is a true and correct copy of a fundraising email sent by Green Oceans on July 11, 2025, titled "ALL HANDS ON DECK!" with only the name and email address of the recipient redacted.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 16, 2025, at Washington, D.C.

By /s/ Janice M. Schneider
Janice M. Schneider (D.C. Bar No. 472037)

*Counsel for Plaintiff Revolution Wind, LLC*