# EXHIBIT 1

| | |
|---|---|
| **From:** | Foreman, Jennafer L |
| **To:** | Cruickshank, Walter; Stromberg, Jessica A.; Frank, Wright J; Diamond, David B; Vorkoper, Stephen R |
| **Cc:** | Giacona, Matthew N |
| **Subject:** | FW: Letter and Report to Secretary Burgum: Cancelling Offshore Wind Leases |
| **Date:** | Wednesday, May 7, 2025 5:37:44 PM |
| **Attachments:** | GO Cover Letter Sec. Doug Burgum Signed.pdf |
| | Canceling Offshore Wind Leases Report.pdf |

Please find the green oceans report attached

Thank you,
Jenna



**Jennafer Foreman**

Chief of Staff

Office of the Director

Bureau of Ocean Energy Management

**Cell** 907-317-0799

**Desk** 907-334-5324

**Email** Jennafer.foreman@boem.gov

---

**From:** Giacona, Matthew N
**Sent:** Monday, May 5, 2025 7:02 PM
**To:** Foreman, Jennafer L
**Subject:** Fw: [EXTERNAL] FW: Letter and Report to Secretary Burgum: Cancelling Offshore Wind Leases



Matt Giacona
Senior Advisor to the Secretary, DOI
Acting Deputy Director, BOEM

---

**From:** Suess, Adam G <adam_suess@ios.doi.gov>
**Sent:** Monday, May 5, 2025 4:05 PM
**To:** Christina Culver <christina@ednexusadvisors.com>
**Cc:** Barbara Burchett <Bburchett@innovativeadvocacy.com>; Woods, Candice R <candice_woods@ios.doi.gov>; Giacona, Matthew N <matthew_giacona@ios.doi.gov>; Christman,

Jordan N <Jordan.Christman@boem.gov>
**Subject:** Re: [EXTERNAL] FW: Letter and Report to Secretary Burgum: Cancelling Offshore Wind Leases

Thank you, Christina. I appreciate it.

We'll talk soon.

Adam

Adam G. Suess

---

**From:** Christina Culver <christina@ednexusadvisors.com>
**Sent:** Friday, May 2, 2025 4:50:10 PM
**To:** Suess, Adam G <adam_suess@ios.doi.gov>
**Cc:** Barbara Burchett <Bburchett@innovativeadvocacy.com>; Woods, Candice R <candice_woods@ios.doi.gov>
**Subject:** [EXTERNAL] FW: Letter and Report to Secretary Burgum: Cancelling Offshore Wind Leases

**This email has been received from outside of DOI - Use caution before clicking on links, opening attachments, or responding.**

Dear Adam,

On behalf of the non-profit Green Oceans, please find attached their cover letter and full report submitted to Secretary Burgum on Cancelling Offshore Wind Leases for your review and consideration. A hard copy of the report was sent registered mail to your attention today.

We look forward to discussing this report with you at our meeting scheduled for Wednesday, May 7, 2025 at 10:00 AM.

Please confirm receipt of this email. Thank you very much.

Sincerely, Christina Culver

Christina Erland Culver | CEO and President | EdNexus Advisors, LLC | Sun Valley, Idaho | P.O. Box 7006, Ketchum, ID  83340 |cell – 208-450-1641 |  Christina (Erland) Culver | LinkedIn



**From:** Christina Culver <christina@ednexusadvisors.com>
**Date:** Friday, May 2, 2025 at 4:37 PM
**To:** exsec_exsec@ios.doi.gov <exsec_exsec@ios.doi.gov>
**Cc:** Barbara Burchett <Bburchett@innovativeadvocacy.com>
**Subject:** Letter and Report to Secretary Burgum: Cancelling Offshore Wind Leases

Dear Secretary Burgum,

On behalf of the non-profit Green Oceans, please find attached their cover letter and report on Cancelling Offshore Wind Leases for your review and consideration. A hard copy of the report was sent registered mail to your attention today.

Please confirm receipt of this email. Thank you very much.

Sincerely, Christina Culver

Christina Erland Culver | CEO and President | EdNexus Advisors, LLC | Sun Valley, Idaho | P.O. Box 7006, Ketchum, ID  83340 |cell – 208-450-6041 |  Christina (Erland) Culver | LinkedIn





https://green-oceans.org

P.O. Box 976
Little Compton, RI 02478

***By Registered Mail and Email***

May 1, 2025

The Honorable Doug Burgum
Secretary
U.S. Department of the Interior
1849 C Street NW Washington, D.C. 20240

Dear Secretary Burgum:

Green Oceans is a 501(c)(3) organization that has worked tirelessly since January of 2023 to protect our irreplaceable oceans from wasteful electricity industrialization by offshore wind projects. We write to request that you consider executive action in accordance with your authority under the Outer Continental Shelf Lands Act (OCSLA) to cancel offshore wind leases in the Rhode Island and Massachusetts Wind Energy Areas (RI/MA WEAs) obtained through misrepresentation, or in violation of other provisions of OCSLA, Federal law, and Federal regulations.

Enclosed please find a report entitled *Cancelling Offshore Wind Leases* commissioned by Green Oceans that analyzes in detail how offshore wind leases may have been approved based on omitted or misrepresented data and information in multiple categories: the reliability of offshore wind generation; the "decarbonized" installed capacity required to meet current and future electricity demand; the adequacy of actual supply generated; the economic waste created that impacts fishing and navigation industries; interference with national security operations; and the efficacy of marginal reductions in greenhouse gases alleged as needed to address effects of climate change. Lease approval based on misrepresented information is one of several grounds for lease cancelation described in the report.

The Department of Interior is currently conducting a comprehensive review pursuant to the Presidential Memorandum of January 20, 2025, *Temporary Withdrawal of All Areas on the Outer Continental Shelf from Offshore Wind Leasing and Review of the Federal Government's Leasing and Permitting Practices for Wind Projects* (90 Fed. Reg. 8363 (January 29, 2025) that has already identified serious issues with respect to project approvals for the Empire Wind Project. Per your order, the Bureau of Ocean Energy Management (BOEM) has halted construction for that project. We respectfully request that you add the serious and consequential findings of this report to your *Wind Projects* review, and as appropriate, use your executive authority to cancel leases in the WEAs off Rhode Island, Massachusetts, and other locations on the grounds identified in the report.

Green Oceans stands ready to assist in your efforts in any way possible and will be happy to provide any additional information necessary to participate in the ongoing offshore wind program review. Please feel free to contact me (lisa@green-oceans.org) or my colleague

2

Barbara Chapman (bchapman@raynthorpe.com) if we can be of further assistance or provide additional information.

Sincerely yours,

Lisa Quattrocki Knight, M.D., Ph.D.  
President

Barbara Chapman  
Member, Board of Directors

Cc: Adam Suess, Acting Assistant Secretary, LMM  
Walter Cruikshank, Acting Director, BOEM



# PLANET A* STRATEGIES℠

*Because there is no Planet B*

# Cancelling Offshore Wind Leases

*Outer Continental Shelf Lands Act Non-Compliance in Offshore Wind Plant Leasing and Permitting Programs*

Issues and Options for Consideration by the
U.S. Department of Interior in the

"Review of Federal Wind Leasing and Permitting Practices"
April 21, 2025

