# EXHIBIT 2

| | |
|---|---|
| From: | ▓▓▓▓▓ |
| To: | Schneider, Janice (DC) |
| Subject: | Fwd: ALL HANDS ON DECK! |
| Date: | Tuesday, September 16, 2025 1:00:55 PM |

**EXTERNAL EMAIL** - Purported sender: ▓▓▓▓▓ emailing from ▓▓▓▓▓
Please confirm that this is the sender's correct address before replying, clicking a link, or opening an attachment.

---------- Forwarded message ---------
From: **Green Oceans** <info.green-oceans.org@lrjdqc.sqspmail.com>
Date: Fri, Jul 11, 2025 at 1:31 PM
Subject: ALL HANDS ON DECK!
To: ▓▓▓▓▓

*July 2025*

# Dear Friends and Neighbors,

You are the main reason that Green Oceans has been so successful in the fight against offshore wind. Your moral support, advocacy, and generous donations—from small to large—have made all the difference in our efforts.

Together we are now approaching a crucial stage, one that may **finally halt the industrialization of our coastal waters**. Between now and **August 21st**, we must raise enough money to launch an additional lawsuit against Revolution Wind. *Please help us before this window closes by donating TODAY.*

Our recent, direct communication with the Department of Interior has struck a chord —and we are now more optimistic than ever that they will act to **end the industrialization of our coastal waters.**

Litigation is our strongest and most promising tool. With multiple lawsuits already in motion and more opportunities ahead, timely funding is critical. 100% of your donation directly supports our legal action, public outreach and scientific investigation.

Please see below for a summary of our funding priorities, legal and outreach activities, and educational materials.

## PLEASE DONATE NOW

Your contribution will help us revoke federal approvals, cancel offshore wind leases, require full project site restoration, and most importantly, protect the ocean and preserve our coasts.

**DONATE TODAY**

### Other Ways to Donate

- Mail a check to:
  Green Oceans
  P.O. Box 976
  Little Compton, RI 02837
- Contact us at info@green-oceans.org for alternative methods such as Donor Advised Fund (DAF), Wire or Stock Transfer.

*Green Oceans is a 501(c)(3) non-profit organization. Donations are tax deductible to the full extent permitted by law.*

## Our Funding Priorities

Green Oceans is run by a dedicated team of volunteers, and every dollar raised directly supports the following funding priorities of our organization—not overhead.

- **Current Litigation**
    - Supports legal costs for completing our pending lawsuits against South Fork and Revolution Wind.
- **Future Litigation**
    - Funds a new lawsuit challenging Revolution Wind before the August 21, 2025 deadline.
    - Lays the groundwork for challenges to Sunrise and SouthCoast Wind.
- **Public Relations and Government Outreach**
    - Continues partnerships with top-tier PR and advocacy firm
    - Ensures ongoing pressure on federal agencies and continued public education.
- **Scientific Investigation**
    - Funds a contamination expert to test local water supplies and seafood sources affected by Revolution Wind's onshore construction.

**By making a contribution, together we can end all offshore wind construction in our region.**

# Learn More

### Our Most Recent Educational Materials

- *Cancelling Offshore Wind Leases* describes the inadequacies of offshore wind for the ISO New England grid and the threat to National Security
- Green Oceans White Papers on the following subjects:
-
    - National Defense
    - Property Values: Block Island as a case report
    - Human health
    - Economic Costs
    - General Environmental Overview

### Our Corresponding Press Releases

- Release of the report on Canceling offshore wind leases
- Petition to NOAA
- Petition to the USACE
- Court rules in favor of Green Oceans
- Initial Litigation

- New England Wind Litigation



## About Green Oceans

Green Oceans is a non-partisan, grassroots group of community members dedicated to preserving the health of the ocean and the biodiversity it sustains founded in January 2023. We strive to protect the ocean by informing the public about imminent threats, including the impact of offshore wind on the marine ecosystem.

## Learn More

Visit our website, follow us on social media, or contact us directly via email for more information.

