IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REVOLUTION WIND, LLC, | ) |
| *Plaintiff,* | ) ) ) Case No. 1:25-cv-02999-RCL |
| v. | ) ) Hon. Royce C. Lamberth |
| DOUGLAS J. BURGUM, et al, | ) ) |
| *Defendants.* | ) ) ) |

[Proposed] Order

Upon consideration of Green Oceans' Motion to Intervene and Motion for Extension of Time to File a Response to Revolution Wind's Motion for Preliminary Injunction, the relevant briefing and legal authorities, and the other submissions before this Court,

**IT IS HEREBY ORDERED** that Green Oceans' Motion to Intervene is GRANTED; and

**IT IS FURTHER ORDERED** that Defendant-Intervenor Green Oceans' Motion of Extension of Time to Respond to Revolution Wind's Motion for Preliminary Injunction is GRANTED. Green Oceans shall file its response by September 17, 2025.

SO ORDERED on this 17th day of Sept, 2025.

_____
Honorable Royce C. Lamberth
United States District Judge