**Case 1:25-cv-02999-RCL    Document 29-1    Filed 09/17/25    Page 1 of 1**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| REVOLUTION WIND, LLC, )<br><br>       *Plaintiff*, )<br><br>     v. )<br><br>DOUGLAS J. BURGUM, et al., )<br><br>       *Defendants*, )<br><br>    and )<br><br>GREEN OCEANS, et al., )<br><br>       *Defendant-Intervenor*. ) | Case No. 1:25-cv-02999-RCL<br><br>Hon. Royce C. Lamberth |

## [PROPOSED] ORDER

The Court having considered Plaintiffs' Motion for a Preliminary Injunction and Stay Pending Review (the "Motion") and accompanying papers, the oppositions and supporting papers, and all other matters before this Court,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion is DENIED.

**SO ORDERED** on this _____ day of _____, 2025.

_____
Honorable Royce C. Lamberth
United States District Judge