# EXHIBIT 1

# 4. Impairment

| Impairment losses on segment level<br>DKKm | 9M 2023 | 9M 2022 | Q3 2023 | Q3 2022 |
|---|---|---|---|---|
| Offshore | 26,988 | - | 26,988 | - |
| Onshore | 1,434 | - | 1,434 | - |
| Bioenergy & Other | - | - | - | - |
| **Total impairment losses** | **28,422** | **-** | **28,422** | **-** |

On 29 August 2023, we announced anticipated impairments on our US portfolio due to adverse impacts related to the supply chain, progress in investment tax credit (ITC) guidance, and increased interest rates. Following these impairment indicators, our impairment calculations have been updated as of 30 September 2023.

Management has taken these impacts and other related risks and inherent uncertainties into consideration when estimating the future cash flows for the value-in-use calculations of our CGUs. Based on this, our impairment tests prepared in Q3 2023 have resulted in total impairment losses of DKK 28.4 billion. Our announced indicative impairments from 29 August were up to DKK 16 billion.

On 31 October 2023, we decided to cease the development of Ocean Wind 1 as a consequence of additional supplier delays further impacting the project schedule and leading to an additional significant delay of the project. In addition, we have updated our view on certain assumptions, including tax credit mon-

etisation and the timing and likelihood of final construction permits. Finally, increases to long-dated US interest rates have further deteriorated the business case, resulting in a substantial negative forward-looking value. We have also ceased development of Ocean Wind 2, which has not led to an impairment as the carrying amount is insignificant.

As the decision was not taken as of 30 September 2023, this note presents the impairment of Ocean Wind 1 as if the project was still to be constructed. However, sensitivity impacts are no longer relevant. Investments incurred on the project up until it was ceased will be offset against the provision.

The circumstances and assumptions with the most significant impairment impact and high involvement of estimates and uncertainties are described here.

### Supply chain
The Ocean Wind 1, Sunrise Wind, and Revolution Wind projects have been

| WACC levels, % | |
|---|---|
| Base discount rate applied for the US | 6.00 % - 7.50 % |

The base discount rate after tax applied for the value-in-use calculation is determined per CGU.

adversely impacted by supply chain bottle-necks. We have concluded that outstanding risks remain in these suppliers' ability to deliver on their commitments and contracted schedules, including worldwide vessel scarcity. This could create knock-on effects, requiring future remobilisations to finish installation, as well as potentially delayed revenues, extra costs, and other business case implications.

Our impairment tests are based on a probability-weighted assessment of the likelihood of these and other supply chain impacts. While we are taking mitigating actions to the extent possible, we continue to see risks, especially regarding vessel availability.

The effect from changes in supplier-related assumptions has led to an impairment loss of DKK 16.9 billion and relates to our US offshore projects. Our announced indicative estimate was up to DKK 5 billion. The substantial increase mainly relates to Ocean Wind 1 due to continuing supplier delays further

impacting our project schedule and leading to an additional significant delay of the project. Furthermore, we now assume a new installation approach with a longer timeline for Revolution Wind and Sunrise Wind.

### Investment tax credit guidance
The 2022 Inflation Reduction Act (IRA) reaffirmed the existing 30 % ITC for all US offshore projects. The IRA also made two additional 10 % ITC bonus credits available to projects meeting 'domestic content' and 'energy community' criteria. Projects can qualify for one or both ITC bonus credits.

The US Treasury has provided preliminary guidance on how 'energy community' and 'domestic content' requirements will be defined and implemented by the Internal Revenue Service (IRS), and which exemptions to the requirements may be allowed.

In our impairment testing, we have assumed a 95 % probability of achieving an additional 10 % ITC bonus credit for Revolution Wind and Sunrise Wind due to the brownfield status of both sites under the current energy communities guidance. These assumptions are unchanged compared to our expectations as at 30 June 2023 but an improvement for Sunrise Wind compared to our expectations late August.

In addition, we have changed our tax credit monetisation assumptions as a result of the