# EXHIBIT 4



United States Department of the Interior

BUREAU OF OCEAN ENERGY MANAGEMENT
WASHINGTON, DC 20240-0001

Mr. Peter Allen
Revolution Wind, LLC
56 Exchange Terrace, Suite 300
Providence, Rhode Island  02903

Dear Mr. Allen:

In accordance with the Bureau of Ocean Energy Management's (BOEM) renewable energy regulations at 30 C.F.R. § 585. 516 and 585.521, Section 13 of Renewable Energy Lease Number OCS-A 0486, and Addendum B Section III (b)(3) of Renewable Energy Lease Number OCS-A 0486, Revolution Wind, LLC (Revolution Wind) is required to provide additional supplemental financial assurance before installation of the Revolution Wind Farm and the Revolution Wind Export Cable (Project) facilities on the Outer Continental Shelf.

Pursuant to 30 C.F.R. § 585.521, BOEM determines the amount of required supplemental financial assurance on a case-by-case basis.  The amount of supplemental financial assurance must "meet all accrued lease or grant obligations, including:

1. The projected amount of rent and other payments due to the Government over the next 12 months;
2. Any past due rent and other payments;
3. Other monetary obligations; and
4. The estimated cost of facility decommissioning."

The Bureau of Safety and Environmental Enforcement (BSEE) evaluated the decommissioning cost of the Project based upon preliminary engineering design and specifications of the facilities project design envelop as described in the Revolution Wind Construction and Operations Plan (COP) and as modified in the Record of Decision with 65 wind turbine generators. ICF Incorporated, L.L.C. (ICF) completed a study described in their report dated October 20, 2023. The study considered all decommissioning requirements of the lease and applicable BOEM regulations at 30 C.F.R. § 285.902(a)(1-2), including decommissioning of the wind turbine generators, offshore substation foundations and structures, the array cables, the interconnector cable, and the portions of the submarine export cables in federal waters.  The work breakdown structure included preliminary decommissioning activities (i.e., engineering, project management, decommissioning planning, permitting and approvals, bidding, and procurement), an initial seabed survey, mobilization, onshore activities, demobilization, and some additional management and contingency items.

BOEM determined the ICF study accurately estimates the expected cost of decommissioning the Project and is setting the decommissioning liability for the Project at the estimated value of

$325,440,000.  BOEM may consider adjusting the amount of supplemental financial assurance in the future if liabilities and obligations change, as outlined in Section III(c) of Addendum B of Lease OCS-A 0486.  This estimate is reasonably conservative and meets the requirements of 30 C.F.R. § 585.521(a)(4).

Revolution Wind must provide supplemental financial assurance in the amount of $325,440,000 to satisfy the requirements of 30 C.F.R. § 585.521 and section 13 of Renewable Energy Lease Number OCS-A 0486.  This supplemental financial assurance must be received prior to the installation of facilities on the Outer Continental Shelf.

BOEM acknowledges receipt of, and is currently evaluating, Revolution Wind's request, submitted pursuant to 30 C.F.R. § 585.103, to depart from 30 C.F.R. § 585.516(a)(4) and defer providing the full amount of its decommissioning requirements until after commercial operations commence.

If you have any questions regarding this matter, please contact Whitney Hauer at (571) 536-8698 or whitney.hauer@boem.gov.

Sincerely,

KAREN BAKER
Digitally signed by KAREN BAKER
Date: 2023.12.22 14:00:34 -05'00'

Karen J. Baker
Chief
Office of Renewable Energy Programs

cc:
Bryan Stockton, Head of Federal and Regulatory Affairs
Kellen Ingalls, Project Development Director
Whitney Marsh, Revolution Wind Permit Manager