IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Revolution Wind, LLC**, <br><br> Plaintiff, <br><br> v. <br><br> **Douglas Burgum**, in his official capacity as Secretary of the Interior; **U.S. Department of the Interior**; **Matthew Giacona**, in his official capacity as Acting Director of the Bureau of Ocean Energy Management; **Bureau of Ocean Energy Management**; **Kenneth Stevens**, in his official capacity as Principal Deputy Director Exercising the Delegated Authorities of the Director of the Bureau of Safety and Environmental Enforcement; and **Bureau Safety and Environmental Enforcement**, <br><br> Defendants. | Case No. 1:25-cv-02999 |

## NOTICE OF APPEARANCE

The United States notices the appearance of Peter M. Torstensen, Jr. as attorney for Federal Defendants. Mr. Torstensen is registered to use the

1

Court's electronic case management and filing system and may be served electronically via CM/ECF.

September 20, 2025

                                          Respectfully Submitted,

                                          ADAM R.F. GUSTAFSON
                                          Acting Assistant Attorney General

                                          */s/ Peter M. Torstensen, Jr.*
                                          PETER M. TORSTENSEN, JR.
                                          (D.C. Bar No. 1697399)
                                          Deputy Assistant Attorney General
                                          Environment & Natural Resources Division
                                          U.S. Department of Justice
                                          950 Pennsylvania Ave. NW
                                          Washington, D.C. 20530
                                          Telephone: (202) 598-9646
                                          peter.torstensen@usdoj.gov

                                          *Attorney for Federal Defendants*