UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| REVOLUTION WIND, LLC,<br><br>   *Plaintiff,*<br><br> v.<br><br>DOUGLAS BURGUM, in his official capacity as Secretary of the Interior, et al.,<br><br>   *Federal Defendants*,<br><br> and<br><br>GREEN OCEANS,<br><br>   *Intervenor-Defendant.* | Case No. 1:25-cv-02999<br><br>Hon. Royce C. Lamberth |

**FEDERAL DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**

Federal Defendants respectfully request an eleven-day extension of their deadline to respond to Plaintiff's Complaint to January 9, 2026. Plaintiff does not oppose Federal Defendants' requested extension, and Intervenor-Defendant Green Oceans takes no position. Plaintiff filed its Complaint in this case on September 4, 2025, and served the Complaint on the United States Attorney's Office for the District of Columbia on the same day. Dkt. Nos. 1, 8. Under Federal Rule of Civil Procedure 12(a)(2), Federal Defendants' answer was initially due November 4, 2025. Due to the lapse in appropriations, Federal Defendants' deadline is now December 29, 2025. *See* Standing Order No. 25-59, *In Re: Stay of Civil Proceedings Involving the United States in Light of Lapse of Appropriations* (November 13, 2025). Due to the holidays and Federal Defendants' counsels' planned leave during the week before December 29, Federal Defendants respectfully request a modest extension to finalize their response to Plaintiff's Complaint.

Dated: December 19, 2025

        ADAM R.F. GUSTAFSON
        Principal Deputy Assistant Attorney General
        Environment & Natural Resources Division

        *s/ Amanda K. Rudat*
        KRISTOFOR R. SWANSON
        (Colo. Bar No. 39378)
        AMANDA K. RUDAT
        Natural Resources Section
        United States Department of Justice
        P.O. Box 7611
        Washington, D.C. 20044
        Telephone: (202) 598-1937 (Swanson)
        Telephone: (202) 532-3201 (Rudat)
        kristofor.swanson@usdoj.gov
        amanda.rudat@usdoj.gov

        *Attorneys for Federal Defendants*