# EXHIBIT B



# United States Department of the Interior

BUREAU OF OCEAN ENERGY MANAGEMENT
WASHINGTON, DC  20240-0001

Director's Order
December 22, 2025

Rob Keiser
Head of Asset Management
Orsted North America Inc.
399 Boylston Street, 12th Floor
Boston, MA 02216
College Park, MD 20740-6001
Email: robek@orsted.com

Dear Mr. Keiser:

The Bureau of Ocean Energy Management (BOEM) is issuing this Director's Order to Revolution Wind, LLC, pursuant to 30 C.F.R. § 585.417(b), to suspend all ongoing activities related to the Revolution Wind Project on the Outer Continental Shelf for the next 90 days for reasons of national security.  During this time, BOEM will coordinate with you to determine whether the national security threats posed by this project can be adequately mitigated.

In November 2025, the Department of War (DoW) completed an additional assessment regarding the national security implications of offshore wind projects, and provided senior leadership at the Department of the Interior with new classified information, including the rapid evolution of relevant adversary technologies and the resulting direct impacts to national security from offshore wind projects. These impacts are heightened by the projects' sensitive location on the East Coast and the potential to cause serious, immediate, and irreparable harm to our great nation.

Based on BOEM's initial review of this classified information, the particularized harm posed by this project can only be feasibly averted by suspension of on-lease activities.  In coordination with DoW, BOEM will determine whether the national security threats relating to this project can be mitigated and invites you to meet and confer about that possibility.  Given the construction status of this project, BOEM will consider all feasible mitigation measures before making a decision as to whether the project must be cancelled.

Finally, while BOEM and DoW endeavor to reach a determination on feasible mitigation measures within 90 days following the date of this letter, BOEM may further extend the 90-day suspension period based on the status of those discussions.  Even though all ongoing activities at this project are suspended, you may perform any activities that are necessary to respond to emergency situations and/or to prevent impacts to health, safety, and the environment over the next 90 days and during any subsequent extensions.



United States Department of the Interior

BUREAU OF OCEAN ENERGY MANAGEMENT
WASHINGTON, DC  20240-0001

Please contact me at Matthew.Giacona@boem.gov or (202) 208-6300.  I appreciate your attention to this matter and look forward to hearing from you quickly.

Sincerely,

MATTHEW GIACONA

Digitally signed by MATTHEW GIACONA
Date: 2025.12.22 07:44:37 -05'00'

Matthew N. Giacona
Acting Director