# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

REVOLUTION WIND, LLC,

       *Plaintiff*,

    v.

DOUGLAS J. BURGUM, in his official capacity as Secretary of the U.S. Department of the Interior;

UNITED STATES DEPARTMENT OF THE INTERIOR;

MATTHEW GIACONA, in his official capacity as Acting Director of the Bureau of Ocean Energy Management;

BUREAU OF OCEAN ENERGY MANAGEMENT;

KENNETH STEVENS, in his official capacity as Principal Deputy Director Exercising the Delegated Authorities of the Director of the Bureau of Safety and Environmental Enforcement; and

BUREAU OF SAFETY AND ENVIRONMENTAL ENFORCEMENT,

       *Defendants*,

and

GREEN OCEANS,

       *Defendant-Intervenor*.

Case No.: 1:25-cv-02999-RCL

## **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO SUPPLEMENT COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**

Upon consideration of Plaintiff Revolution Wind, LLC's Motion for Leave to Supplement Complaint for Declaratory and Injunctive Relief and Memorandum of Points and Authorities in Support, the Court hereby **ORDERS** that the motion is **GRANTED**.

IT IS SO ORDERED.

Dated: _____

_____
HON. ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE