IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REVOLUTION WIND, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>DOUGLAS J. BURGUM, in his official capacity as Secretary of the U.S. Department of the Interior;<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR;<br><br>MATTHEW GIACONA, in his official capacity as Acting Director of the Bureau of Ocean Energy Management;<br><br>BUREAU OF OCEAN ENERGY MANAGEMENT;<br><br>KENNETH STEVENS, in his official capacity as Principal Deputy Director Exercising the Delegated Authorities of the Director of the Bureau of Safety and Environmental Enforcement; and<br><br>BUREAU OF SAFETY AND ENVIRONMENTAL ENFORCEMENT,<br><br>*Defendants*,<br><br>and<br><br>GREEN OCEANS,<br><br>*Defendant-Intervenor*. | Case No.: 1:25-cv-02999-RCL |

### [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO EXPEDITE CONSIDERATION OF PLAINTIFF'S MOTION FOR LEAVE TO SUPPLEMENT COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

Upon consideration of Plaintiff Revolution Wind, LLC's Motion to Expedite Consideration of Plaintiff's Motion for Leave to Supplement Complaint for Declaratory and Injunctive Relief, and Plaintiff's showing of good cause to expedite consideration, the Court hereby **ORDERS** that the Motion to Expedite is **GRANTED**. The Court will issue a ruling on Plaintiff's Motion for Leave to Supplement Complaint for Declaratory and Injunctive Relief on or before January 6, 2026.

IT IS SO ORDERED.

Dated: _____         _____
                                                                       HON. ROYCE C. LAMBERTH
                                                                       UNITED STATES DISTRICT JUDGE