**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| REVOLUTION WIND, LLC, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DOUGLAS J. BURGUM, et al., | ) | Case No. 1:25-cv-02999-RCL |
| | ) | |
| *Defendants*, | ) | Hon. Royce C. Lamberth |
| | ) | |
| and | ) | |
| | ) | |
| GREEN OCEANS, | ) | |
| | ) | |
| *Defendant-Intervenor*. | ) | |
| | ) | |

**Green Oceans' Unopposed Motion to Reschedule Hearing**
**on Revolution Wind's Motion for Preliminary Injunction**

Counsel for Green Oceans has an oral argument scheduled for January 12, 2026 at 10:00 a.m. in the U.S. Court of Appeals for the Federal Circuit in *Kandel v. United States*, Case No. 24-2193. This argument is the third on the argument calendar, so the actual argument will likely be at 11:00 a.m. ET.

The hearing on Plaintiff, Revolution Wind, LLC's Motion for Preliminary Injunction is currently scheduled for January 12, 2026 at 11:00 a.m.[1] Counsel for Green Oceans has conferred via email with counsel for Revolution Wind and for the United States, and both have stated that they do not oppose rescheduling this argument at another time on Monday, January 12, 2026. Defendant-Intervenor, Green Oceans, et al. (Green Oceans), moves to reschedule the hearing on

---

[1] *See* Minute Order (Jan. 2, 2026).

Plaintiff's, Revolution Wind (the "Company"), Motion for Preliminary Injunction to 1:30 p.m. or later on January 12, 2026.

Respectfully submitted,

s/ Roger J. Marzulla
Roger J. Marzulla
Nancie G. Marzulla
Marzulla Law, LLC
1150 Connecticut Ave., NW
Suite 1050
Washington, DC 20036
(202) 822-6760
roger@marzulla.com
nancie@marzulla.com
Bar No. 394907
Bar No. 400985

January 5, 2026                                    Counsel for Green Oceans