IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REVOLUTION WIND, LLC,<br><br>　　　*Plaintiff*,<br><br>　　v.<br><br>DOUGLAS J. BURGUM, in his official capacity as Secretary of the U.S. Department of the Interior;<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR;<br><br>MATTHEW GIACONA, in his official capacity as Acting Director of the Bureau of Ocean Energy Management;<br><br>BUREAU OF OCEAN ENERGY MANAGEMENT;<br><br>KENNETH STEVENS, in his official capacity as Principal Deputy Director Exercising the Delegated Authorities of the Director of the Bureau of Safety and Environmental Enforcement; and<br><br>BUREAU OF SAFETY AND ENVIRONMENTAL ENFORCEMENT,<br><br>　　　*Defendants*,<br><br>and<br><br>GREEN OCEANS,<br><br>　　　*Defendant-Intervenor*. | Case No.: 1:25-cv-02999-RCL |



[PROPOSED] ORDER

Having considered all papers and evidence submitted in support of and in opposition to the Plaintiff's Motion for Leave to File Under Seal, it is hereby **ORDERED** that the Motion is GRANTED. Exhibits 1 and 2 to the Third Declaration of Paul Murphy, Dkt. 50-1, shall be filed under seal.

**IT IS SO ORDERED** on this 5th day of January, 2026.

_____
Honorable Royce C. Lamberth
United States District Judge

## NAMES OF PERSONS TO BE SERVED
## WITH PROPOSED ORDER UPON ENTRY

In accordance with Local Civil Rule 7(k), below are the names and addresses of persons entitled to be notified of entry of the above proposed order:

Roger J. Marzulla, Bar No. 394907
Nancie G. Marzulla, Bar No. 400985
Mollie A. Jackowski, Bar No. 1780535
MARZULLA LAW, LLC
1150 Connecticut Ave., NW, Suite 1050
Washington, DC 20036
Tel: (202) 822-6760
Email: roger@marzulla.com
       nancie@marzulla.com
       mollie@marzulla.com

Peter Torstensen (D.C. Bar No. 1697399)
Kristopher R. Swanson (Colo. Bar No. 39378)
Amanda K. Rudat (Me. Bar No. 010329)
Natural Resources Section
Environment & Natural Resources Div.
U.S. DEPARTMENT OF JUSTICE
P.O. Box 7611
Washington, D.C. 2004-7611
Tel: (202) 598-1937
Email: peter.torstensen@usdoj.gov
       kristofor.swanson@usdoj.gov
       amanda.rudat@usdoj.gov

Jonathan D. Newman (D.C. Bar No. 449141)
Jacob J. Demree (D.C. Bar No. 90012042)
Blake Philips (D.C. Bar No. 90027926)
SHERMAN DUNN, P.C.
900 Seventh Street, N.W., Suite 1000
Washington, D.C. 20001
Tel: (202) 785-9300
Email: newman@shermandunn.com
       demree@shermandunn.com
       phillips@shermandunn.com