IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REVOLUTION WIND, LLC, | ) |
| *Plaintiff*, | ) |
| v. | ) |
| DOUGLAS J. BURGUM, et al., | ) Case No. 1:25-cv-02999-RCL |
| *Defendants*, | ) Hon. Royce C. Lamberth |
| and | ) |
| GREEN OCEANS, | ) |
| *Defendant-Intervenor.* | ) |

[~~Proposed~~] Order

Defendant-Intervenor, Green Oceans, et al. (Green Oceans), has moved to reschedule the hearing on Plaintiff's Motion for Preliminary Injunction to 1:30 p.m. or later on January 12, 2026, due to a conflict with the currently scheduled hearing time. Counsel for Revolution Wind and the United States do not oppose the rescheduling of the hearing to a later time on January 12, 2026.

The Court finds good cause to reschedule the hearing on Plaintiff's Motion for Preliminary Injunction.

Accordingly, it is hereby:

**ORDERED** that the Motion be, and hereby is, **GRANTED,** and the hearing shall be rescheduled ~~for a later time~~ *for 2:10 P.M.* on January 12, 2026.

**IT IS SO ORDERED** on this 5th day of January, 2026.

_____
Honorable Royce C. Lamberth
United States District Judge