UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| REVOLUTION WIND, LLC,<br><br>   *Plaintiff,*<br><br>  v.<br><br>DOUGLAS BURGUM, in his official capacity as Secretary of the Interior, et al.,<br><br>   *Federal Defendants*,<br><br>  and<br><br>GREEN OCEANS,<br><br>   *Intervenor-Defendant.* | Case No. 1:25-cv-02999<br><br>Hon. Royce C. Lamberth |

## NOTICE OF INTENT TO SHARE CLASSIFIED INFORMATION FOR *EX PARTE* AND *IN CAMERA* REVIEW

  The Department of the Interior's decision to suspend ongoing activities related to the Revolution Wind Project was based in part on information classified as secret by the Department of War. For purposes of this litigation, Federal Defendants intend to share the classified information with the Court for *ex parte* and *in camera* review. The Department of Justice is coordinating with security officials to present that information to the Court in conjunction with filing Federal Defendants' opposition to Plaintiff's motion for preliminary injunction. We do not anticipate the January 12 hearing to include discussion or presentation of classified information.

Dated: January 5, 2026                   Respectfully Submitted,

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

PETER M. TORSTENSEN, JR.
Deputy Assistant Attorney General

 *s/ Amanda K. Rudat*
KRISTOFOR R. SWANSON
(Colo. Bar No. 39378)
AMANDA K. RUDAT
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, DC 20044-7611
(202) 598-1937 (Swanson)
(202) 532-3201 (Rudat)
kristofor.swanson@usdoj.gov
amanda.rudat@usdoj.gov

*Attorneys for Federal Defendants*