CLERK'S OFFICE  CO-932
UNITED STATES DISTRICT COURT  Rev. 4/96
FOR THE DISTRICT OF COLUMBIA

**NOTICE OF DESIGNATION OF RELATED CIVIL CASES PENDING
IN THIS OR ANY OTHER UNITED STATES COURT**

Civil Action No. **1:25-cv-02999-RCL**
(To be supplied by the Clerk)

NOTICE TO PARTIES:

Pursuant to Rule 40.5(b)(2), you are required to prepare and submit this form at the time of filing any civil action which is related to any pending cases or which involves the same parties and relates to the same subject matter of any dismissed related cases. This form must be prepared in sufficient quantity to provide one copy for the Clerk's records, one copy for the Judge to whom the cases is assigned and one copy for each defendant, so that you must prepare 3 copies for a one defendant case, 4 copies for a two defendant case, etc.

NOTICE TO DEFENDANT:

Rule 40.5(b)(2) of this Court requires that you serve upon the plaintiff and file with your first responsive pleading or motion any objection you have to the related case designation.

NOTICE TO ALL COUNSEL

Rule 40.5(b)(3) of this Court requires that as soon as an attorney for a party becomes aware of the existence of a related case or cases, such attorney shall immediately notify, in writing, the Judges on whose calendars the cases appear and shall serve such notice on counsel for all other parties.

_____

The plaintiff, defendant or counsel must complete the following:

I. RELATIONSHIP OF NEW CASE TO PENDING RELATED CASE(S).

A new case is deemed related to a case pending in this or another U.S. Court if the new case: [Check appropriate box(es) below.]

[ ] (a) relates to common property

[X] (b) involves common issues of fact

[X] (c) grows out of the same event or transaction

[ ] (d) involves the validity or infringement of the same patent

[ ] (e) is filed by the same pro se litigant

2. RELATIONSHIP OF NEW CASE TO DISMISSED RELATED CASE(ES)

A new case is deemed related to a case dismissed, with or without prejudice, in this or any other U.S. Court, if the new case involves the <u>same</u> parties and <u>same</u> subject matter.

Check box if new case is related to a dismissed case: [ ]

3. NAME THE UNITED STATES COURT IN WHICH THE RELATED CASE IS FILED (IF OTHER THAN THIS COURT):

_____

4. CAPTION AND CASE NUMBER OF RELATED CASE(E-S). IF MORE ROOM IS NEED PLEASE USE OTHER SIDE.

**Sunrise Wind LLC** v. **Burgum, et al.**     C.A. No. **1:26-cv-00028**

**01/08/2026** _____    /s/ Janice M. Schneider
DATE                        Signature of Plaintiff /Defendant (or counsel)

**Notice of Related Cases (Cont'd)**

**Other Related Case and Case Management Considerations:**

The *Sunrise Wind* case is a Related Case to **Revolution Wind, LLC v. Burgum, et al., 1:25-cv-2999-RCL** under the definition of Local Civil Rule 40.5(a)(3) because both cases involve common issues of fact and grow out of the same event or transaction. On December 22, 2025, the Bureau of Ocean Energy Management issued substantively identical stop work orders to Revolution Wind, LLC and Sunrise Wind LLC, alleging national security grounds. Both projects are located in the same area of the Outer Continental Shelf in the Rhode Island and Massachusetts Wind Energy Area and both projects entered into similar agreements with the Department of War to mitigate potential impacts to the same radar system—North American Aerospace Defense Command's Falmouth, MA, Air Surveillance Radar-8.

There are two other pending cases that Revolution Wind LLC wishes to raise to the Court's attention because they challenge substantively identical stop work orders for other projects:

- *Empire Leaseholder LLC, et al. v. Burgum, et al.*, 1:26-cv-00004 (D.D.C. filed Jan. 2, 2026) (project in a New York lease area required to mitigate impacts to different radar system—North American Aerospace Defense Command's operation of the Riverhead, New York Air Route Surveillance Radar-4)

- *Virginia Electric and Power Company v. United States Department of the Interior, et al.*, 2:25-cv-00830 (E.D. Va. filed Dec. 23, 2025) (project in Virginia lease area required to mitigate impacts to different radar systems—North American Aerospace Defense Command's operation of the Oceana, VA, Air Route Surveillance Radar (ARSR-4) and NAS Oceana Airport Surveillance Radar (ASR-11))