**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| REVOLUTION WIND, LLC, | |
| *Plaintiff,* | |
| *v.* | |
| DOUGLAS BURGUM, in his official capacity as Secretary of the Interior, et al., | Case No. 1:25-cv-02999 |
| *Federal Defendants,* | Hon. Royce C. Lamberth |
| *and* | |
| GREEN OCEANS, | |
| *Intervenor-Defendant.* | |

### NOTICE OF PROVIDING CLASSIFIED INFORMATION FOR *EX PARTE* AND *IN CAMERA* REVIEW

Consistent with the intent stated on January 5 (Dkt. No. 56), Federal Defendants notify

the parties that, on January 9, Department of Justice security officials were provided with the

classified declaration of Hon. Dale R. Marks and appended classified materials so that they could

be provided to the Court for *ex parte* and *in camera* review in conjunction with Federal

Defendants' opposition to Plaintiff's motion for preliminary injunction (Dkt. No. 60).


January 10, 2026

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

PETER M. TORSTENSEN, JR.
Deputy Assistant Attorney General

1

 *s/ Kristofor R. Swanson*
KRISTOFOR R. SWANSON
(Colo. Bar No. 39378)
AMANDA K. RUDAT
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, DC 20044-7611
(202) 598-1937 (Swanson)
(202) 532-3201 (Rudat)
kristofor.swanson@usdoj.gov
amanda.rudat@usdoj.gov

*Attorneys for Federal Defendants*