IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REVOLUTION WIND, LLC,<br><br>   *Plaintiff,*<br><br>v.<br><br>DOUGLAS J. BURGUM, in his official capacity as Secretary of the U.S. Department of the Interior;<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR;<br><br>MATTHEW GIACONA, in his official capacity as Acting Director of the Bureau of Ocean Energy Management;<br><br>BUREAU OF OCEAN ENERGY MANAGEMENT;<br><br>KENNETH STEVENS, in his official capacity as Principal Deputy Director Exercising the Delegated Authorities of the Director of the Bureau of Safety and Environmental Enforcement; and<br><br>BUREAU OF SAFETY AND ENVIRONMENTAL ENFORCEMENT,<br><br>   *Defendants,*<br>and<br><br>GREEN OCEANS,<br><br>   *Defendant-Intervenor.* | Case No.: 1:25-cv-02999-RCL |

## [PROPOSED] PRELIMINARY INJUNCTION

  Plaintiff Revolution Wind, LLC ("Revolution Wind") has filed a motion for stay pending review and a preliminary injunction.

Having considered all papers and evidence submitted in support of and in opposition to the Motion, the arguments of counsel and all other matters presented to the Court, and finding good cause appearing therefrom, the Court finds that Revolution Wind is entitled to a stay and preliminary injunction of the Bureau of Ocean Energy Management's December 22, 2025 Order issued to Revolution Wind "to suspend all ongoing activities related to the Revolution Wind Project on the Outer Continental Shelf for the next 90 days for reasons of national security" (the "Second Stop Work Order"). Furthermore, the Court finds that Revolution Wind is entitled to a preliminary injunction against the enforcement of the Second Stop Work Order. Revolution Wind has demonstrated likelihood of success on the merits of its underlying claims, it is likely to suffer irreparable harm in the absence of an injunction, the balance of the equities is in its favor, and maintaining the status quo by granting the injunction is in the public interest.

Accordingly, it is hereby:

**ORDERED** that the Motion be, and hereby is, GRANTED in its entirety; it is further

**ORDERED** that the Second Stop Work Order is stayed and enjoined pending conclusion of these proceedings and Defendants are enjoined from imposing the Second Stop Work Order until such time as the Court orders otherwise; it is further

**ORDERED** that Defendants be enjoined from enforcing the Second Stop Work Order, for the reasons stated on the record in open court.

**IT IS SO ORDERED** on this ___ day of _____, 2026.

_____
Honorable Royce C. Lamberth
United States District Judge