UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF RHODE ISLAND et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR et al.,<br><br>    Defendants.<br><br>REVOLUTION WIND, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>BURGUM et al.,<br><br>    Defendants. | C.A. Nos. 1:25-cv-04328-RCL;<br>1:25-cv-02999-RCL |

## ~~PROPOSED~~ PRELIMINARY INJUNCTION

The State of Rhode Island, State of Connecticut, and Katherine Dykes ("State Plaintiffs") have filed a motion for stay pending review and a preliminary injunction.

Having considered all papers and evidence submitted in support of and in opposition to the Motion, the arguments of counsel and all other matters presented to the Court, and finding good cause appearing therefrom, the Court finds that the State Plaintiffs are entitled to a stay and preliminary injunction of the Bureau of Ocean Energy Management's December 22, 2025 Order issued to Revolution Wind "to suspend all ongoing activities related to the Revolution Wind Project on the Outer Continental Shelf for the next 90 days for reasons of national security" (the "Second Stop Work Order"). Furthermore, the Court finds that the State Plaintiffs are entitled to

a preliminary injunction against the enforcement of the Second Stop Work Order. The State Plaintiffs' have demonstrated likelihood of success on the merits of its underlying claims, they are likely to suffer irreparable harm in the absence of an injunction, the balance of the equities is in their favor, and maintaining the status quo by granting the injunction is in the public interest.

Accordingly, it is hereby:

**ORDERED** that the Motion be, and hereby is, **GRANTED** in its entirety; it is further

**ORDERED** that the Second Stop Work Order is stayed and enjoined pending conclusion of these proceedings and Defendants are enjoined from imposing the Second Stop Work Order until such time as the Court orders otherwise; it is further

**ORDERED** that Defendants be enjoined from enforcing the Second Stop Work Order, for the reasons stated on the record in open court.

IT IS SO ORDERED on this 12th day of January, 2026.

_____
Honorable Royce C. Lamberth
United States District Judge