UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| REVOLUTION WIND, LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>DOUGLAS BURGUM, in his official capacity as Secretary of the Interior, et al.,<br><br>*Federal Defendants*,<br><br>and<br><br>GREEN OCEANS,<br><br>*Intervenor-Defendant.* | Case Nos. 1:25-cv-2999, 1:25-cv-4328 (Consolidated)<br><br>Hon. Royce C. Lamberth |
| STATE OF RHODE ISLAND, et al.,<br><br>*Plaintiff,*<br><br>v.<br><br>DOUGLAS BURGUM, in his official capacity as Secretary of the Interior, et al.,<br><br>*Federal Defendants*. | |

**FEDERAL DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' SUPPLEMENTAL COMPLAINTS**

Federal Defendants respectfully request an extension of their deadlines to respond to Revolution Wind and the State Plaintiffs' supplemental complaints to February 20, 2026. Revolution Wind and the States' supplemental complaints were filed on January 2 and January 9, respectively. Case No. 25-cv-2999, Jan. 5, 2026 Minute Order; Case No. 25-cv-4328, Dkt. Nos. 51, 54. Federal Defendants' responses are thus currently due January 16 and January 23,

respectively. Given counsel for Federal Defendants' competing litigation obligations in this case and others, in addition to the length of the supplemental complaints, Federal Defendants respectfully request an extension of time to respond. Plaintiffs take no position on the requested extension, and Defendant-Intervenor Green Oceans supports the motion so long as its responses to the supplemental complaints are due the same day as the Government's responses.

Dated: January 15, 2026

        ADAM R.F. GUSTAFSON
        Principal Deputy Assistant Attorney General
        Environment & Natural Resources Division

        *s/ Amanda K. Rudat*
        KRISTOFOR R. SWANSON
        (Colo. Bar No. 39378)
        AMANDA K. RUDAT
        Natural Resources Section
        United States Department of Justice
        P.O. Box 7611
        Washington, D.C. 20044
        Telephone: (202) 598-1937 (Swanson)
        Telephone: (202) 532-3201 (Rudat)
        kristofor.swanson@usdoj.gov
        amanda.rudat@usdoj.gov

        *Attorneys for Federal Defendants*