# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| REVOLUTION WIND, LLC,<br><br>    *Plaintiff,*<br><br>v.<br><br>DOUGLAS BURGUM, in his official capacity as Secretary of the Interior, et al.,<br><br>    *Federal Defendants,*<br><br>and<br><br>GREEN OCEANS,<br><br>    *Intervenor-Defendant.* | Case Nos. 1:25-cv-2999, 1:25-cv-4328 (Consolidated)<br><br>Hon. Royce C. Lamberth |
| STATE OF RHODE ISLAND, et al.,<br><br>    *Plaintiff,*<br><br>v.<br><br>DOUGLAS BURGUM, in his official capacity as Secretary of the Interior, et al.,<br><br>    *Federal Defendants.* | |

## [~~PROPOSED~~] ORDER

Having reviewed Federal Defendants' Unopposed Motion for Extension of Time to Respond to Plaintiffs' Supplemental Complaints, Dkt. No. 66, the motion is GRANTED. All Defendants shall respond to the Supplemental Complaints by February 20, 2026.

Dated: 1-22-26

                                                                  Royce C. Lamberth
                                                                  United States District Judge