AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| REVOLUTION WIND, LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-02999 RCL |
| BURGUM, ET AL. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Connecticut and Katherine S. Dykes, Commissioner of Energy and Environmetal Protection.

Date: 02/06/2026

/s/ Michael Kenneth Skold
*Attorney's signature*

Michael Kenneth Skold
*Printed name and bar number*

State of Connecticut
Office of the Attorney General
165 Capitol Avenue
Hartford, CT 06106
*Address*

michael.skold@ct.gov
*E-mail address*

(860) 808-5316
*Telephone number*

(860) 808-5387
*FAX number*