AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| State of Rhode Island, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:25-cv-02999-RCL |
| United States Department of the Interior, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Rhode Island.

Date:   02/09/2026

/s/ Nicholas M. Vaz
*Attorney's signature*

Nicholas M. Vaz (# 63105)
*Printed name and bar number*

RI Office of the Attorney General
150 South Main Street
Providence, Rhode Island 02903

*Address*

nvaz@riag.ri.gov
*E-mail address*

(401) 274-4400
*Telephone number*

(401) 222-2995
*FAX number*