UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| REVOLUTION WIND, LLC, | ) |
| Plaintiff, | ) |
| v. | ) C.A. Nos. 1:25-cv-04328-RCL; |
| DOUGLAS BURGUM *et al.*, | ) 1:25-cv-02999-RCL (Consolidated) |
| Defendants, | ) Hon. Royce C. Lamberth |
| *and* | ) |
| GREEN OCEANS, | ) |
| Defendant-Intervenor. | ) |
| STATE OF RHODE ISLAND *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) |
| UNITED STATES DEPARTMENT OF THE INTERIOR *et al.*, | ) |
| Defendants. | ) |

**Defendant-Intervenor's Motion for Extension of Time to
File Response to Supplemental Complaints**

Defendant-Intervenor, Green Oceans, asks for a 45-day extension of time to file its response to the supplemental complaints in this case. The current deadline is February 20, 2026. If this motion is granted, Green Oceans' response would be due on April 6, 2026. In accordance with Local Civil Rule 7(m), Green Oceans conferred with counsel for Plaintiffs and Federal Defendants. Plaintiff Revolution Wind, LLC opposes the motion. Plaintiffs, State of Rhode

1

Island, et al., state that because Green Oceans was not granted intervenor status in the States' case, they do not believe Green Oceans should respond to the States' complaint. However, this Court consolidated Revolution Wind, LLC's case with the States' case,[1] and ordered all Defendants to file responsive pleadings by February 20, 2026.[2] Therefore, Green Oceans intends to file a response to both supplemental complaints. Green Oceans was unable to obtain the Federal Defendants' position at the time of filing.

Good cause exists for this request. Green Oceans is in the process of securing substitute counsel. Additional time is necessary to permit new counsel to enter an appearance and adequately review the complaints in order to prepare Green Oceans' response.

This request is made in good faith and not for purposes of delay. The requested extension will not unduly prejudice any party and will ensure orderly and effective presentation of the issues on summary judgment.

For these reasons, Green Oceans asks that the Court extend the February 20, 2026 deadline to April 6, 2026.

                        Respectfully submitted,

                        s/ Roger J. Marzulla
                        Roger J. Marzulla, Bar No. 394907
                        Nancie G. Marzulla, Bar No. 400985
                        Mollie A. Jackowski, Bar No. 1780535
                        Marzulla Law, LLC
                        1150 Connecticut Ave., NW
                        Suite 1050
                        Washington, DC 20036
                        Tel: (202) 822-6760
                        roger@marzulla.com
                        nancie@marzulla.com
                        mollie@marzulla.com

---

[1] Minute Order Consolidating Cases (D.D.C. Jan. 12, 2026).
[2] Order Granting Motion for Extension of Time, ECF No. 67 (Jan. 22, 2026).

February 17, 2026                                   Attorneys for Green Oceans