UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REVOLUTION WIND, LLC, <br><br> Plaintiff, <br><br> v. <br><br> DOUGLAS BURGUM *et al.*, <br><br> Defendants, <br><br> *and* <br><br> GREEN OCEANS, <br><br> Defendant-Intervenor. <br><hr> STATE OF RHODE ISLAND *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE INTERIOR *et al.*, <br><br> Defendants. | C.A. Nos. 1:25-cv-04328-RCL; <br> 1:25-cv-02999-RCL (Consolidated) <br><br> Hon. Royce C. Lamberth |

**Notice of Withdrawal of Motion for Extension of
Time to File Response to Supplemental Complaints**

Due to an inadvertent clerical error, Defendant-Intervenor, Green Oceans, withdraws its previously filed Motion for Extension of Time, which omitted a portion of the position for Plaintiffs, State of Rhode Island, et al., and contemporaneously files a revised motion accurately reflecting the States' position.

1

Respectfully submitted,

<u>s/ Roger J. Marzulla</u>
Roger J. Marzulla, Bar No. 394907
Nancie G. Marzulla, Bar No. 400985
Mollie A. Jackowski, Bar No. 1780535
Marzulla Law, LLC
1150 Connecticut Ave., NW
Suite 1050
Washington, DC 20036
Tel: (202) 822-6760
roger@marzulla.com
nancie@marzulla.com
mollie@marzulla.com

February 18, 2026                    Attorneys for Green Oceans