**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| STATE OF RHODE ISLAND *et al.*, | |
| Plaintiffs, | |
| v. | |
| UNITED STATES DEPARTMENT OF THE INTERIOR *et al.*, | |
| Defendants. | C.A. No. 1:25-cv-04328-RCL; 1:25-cv-02999-RCL |
| REVOLUTION WIND, LLC, | |
| Plaintiff, | |
| v. | |
| DOUGLAS J. BURGUM, *et al.*, | |
| Defendants, | |
| and | |
| GREEN OCEANS, | |
| Defendant-Intervenor. | |

**Plaintiff States' Opposition to Green Oceans' Motion for Extension of**
**Time to File Responses to Supplemental Complaints**

Plaintiff States write in opposition to Green Oceans' motion for an extension of time to alert the Court that Green Oceans has misrepresented the Plaintiff States' position on its motion. When asked for their position, Plaintiff States responded that they did not believe that a response to the States' complaint is necessary because Green Oceans was not granted intervenor status in

the States' case, but to the extent that Green Oceans intends to respond to that complaint, *the Plaintiff States oppose an extension of time*. *See* Ex. A (email from B. Cheney, Feb 17, 2025, at 4:03 p.m.). Initially, Green Oceans informed the Court of the Plaintiff States' position regarding filing a responsive pleading, but it did not notify the Court of the States' opposition to its motion. *See* Dkt. No. 73. The States informed Green Oceans of that misrepresentation and requested that it withdraw its motion because it was an inaccurate representation of the States' position. *Id.* (email from B. Cheney, Feb. 18, 2025, at 7:15 a.m.). Green Oceans subsequently withdrew and refiled its motion, *see* Dkt. Nos. 74, 75, but its refiled motion again improperly misrepresents the States' position by conditioning the States' opposition on the States' belief that Green Oceans does not need to respond to the States' complaint. The States informed Green Oceans of that misrepresentation, explaining that the States oppose an extension of time notwithstanding whether Green Oceans should file a responsive pleading. *Id.* (email from B. Cheney, Feb 18, 2026, at 10:10 a.m.). The States requested that Green Oceans withdraw its motion because that misrepresentation could mislead the Court. *Id.* Green Oceans has not done so. To be clear: the States unconditionally oppose Green Oceans' motion for extension of time.

Green Oceans is not a party to the Plaintiff States' case,[1] and thus Green Oceans need not respond to the States' complaint. *See Hall v. Hall*, 584 U.S. 59, 72 (2018) ("the parties to one case did not become parties to the other by virtue of consolidation"); *Millers Capital Ins. v. Hydrofarm, Inc.*, 340 F.R.D. 198, 208 (D.D.C. 2022) ("[Consolidation] does not merge the suits

---

[1] The Court has not ruled on Green Oceans' motion to Intervene. *See Rhode Island v. U.S. Dep't. of the Interior*, No. 1:25-cv-04328-RCL, at Dkt. Nos. 23 (Green Oceans Motion to Intervene), 34 (States' Opposition), 35 (Green Oceans' Reply). Although the Court granted Green Oceans' motion to intervene in *Revolution Wind, LLC, v. Burgum*, No. 1:25-cv-02999-RCL, that order does not apply to this case. *See Breen v. Tucker*, 821 F. Supp. 2d 375, 379 n.2 (D.D.C. 2011) (explaining that where the caption of a filing in a consolidated matter only identifies one action, the filing and any resulting orders apply to only that action).

into a single cause . . . or make those who are parties in one suit parties in another."). Regardless, and especially in light of (1) the misrepresentations to this Court about the Plaintiff States' position, (2) the need for these consolidated cases to timely proceed on the same schedule, and (3) the Plaintiffs States' and Plaintiff Revolution Wind's opposition, this Court should deny Green Oceans' motion for extension of time.

Dated: February 18, 2026

**PETER F. NERONHA**
ATTORNEY GENERAL OF RHODE ISLAND

By: */s/ Nicholas M. Vaz*
Sarah W. Rice
*Assistant Attorney General*
Nicholas M. Vaz
*Special Assistant Attorney General*
150 South Main Street
Providence, RI 02903
Tel.: (401) 274-4400
srice@riag.ri.gov
nvaz@riag.ri.gov

*Counsel for the State of Rhode Island*

**WILLIAM TONG**

ATTORNEY GENERAL OF CONNECTICUT

By: */s/ Benjamin Cheney*
  Michael K. Skold
  *Solicitor General*
  Matthew I. Levine
  *Deputy Associate Attorney General*
  Evan O'Roark
  *Deputy Solicitor General*
  Benjamin Cheney
  *Assistant Attorney General*
  165 Capitol Avenue
  Hartford, CT 06106
  Tel.: (860) 808-5316
  michael.skold@ct.gov
  matthew.levine@ct.gov
  evan.oroark@ct.gov
  benjamin.cheney@ct.gov

  *Counsel for the State of Connecticut and*
  *Katherine Dykes*