# EXHIBIT A

# Cheney, Benjamin

| | |
|---|---|
| From: | Cheney, Benjamin |
| Sent: | Wednesday, February 18, 2026 10 10 AM |
| To: | 'Mollie Jackowski', 'Swanson, Kristofor (ENRD)', 'Janice Schneider@lw com', Stacey VanBelleghem@lw com', 'Devin O'Connor@lw com', 'Sarah Rice , O'Roark, Evan, Levine, Matthew, 'Nicholas Vaz', 'Rudat, Amanda (ENRD)' |
| Cc: | 'Roger Marzulla', 'Nancie Marzulla' |
| Subject: | RE Revolution Wind, LLC v Burgum—Green Oceans' Motion for Extension of Time |

Mollie,

The revised motion that you filed also does not accurately state the Plaintiff States' position. You are correct that we do not believe that Green Oceans should respond to the States' complaint. However, our opposition is not, as you state, conditioned on that belief. Rather, our opposition is to an extension of time if you intend to file a response to our complaint ("To the extent that your client disagrees with that assessment of its obligations and/or intends to respond to the States' complaint, the States oppose an extension of time to do so."). This distinction is not trivial – the way you phrase it could mislead the judge into thinking that our opposition is only premised on our belief about whether your client needs to file a response. Not so. Our opposition to an extension of time is separate and apart from the belief.

Please withdraw the motion as it once again does not accurately reflect the States position. If you choose to file a revised motion for extension of time, perhaps it is best to simply quote the States' position in your filing.
Thank you,
Ben

From: Cheney, Benjamin
Sent: Wednesday, February 18, 2026 7:15 AM
To: 'Mollie Jackowski' <mollie@marzulla.com>; 'Swanson, Kristofor (ENRD)' <kristofor.swanson@usdoj.gov>; 'Janice.Schneider@lw.com' <janice.schneider@lw.com>; 'Stacey.VanBelleghem@lw.com' <stacey.vanbelleghem@lw.com>; 'Devin.O'Connor@lw.com' <devin.o'connor@lw.com>; 'Sarah Rice' <SRice@riag.ri.gov>; O'Roark, Evan <Evan.ORoark@ct.gov>; Levine, Matthew <Matthew.Levine@ct.gov>, 'Nicholas Vaz' <NVaz@riag.ri.gov>; 'Rudat, Amanda (ENRD)' <amanda.rudat@usdoj.gov>
Cc: 'Roger Marzulla' <roger@marzulla.com>; 'Nancie Marzulla' <nancie@marzulla.com>
Subject: RE: Revolution Wind, LLC v. Burgum—Green Oceans' Motion for Extension of Time

Good morning, Mollie,

The motion for extension of time that you filed yesterday does not accurately reflect the Plaintiff States' position. As I stated below, to the extent that Green Oceans intends to respond to the States' complaint, the States oppose an extension of time. Please withdraw your motion **immediately**, as it is an inaccurate representation to the Court of our position. If you do not withdraw the motion this morning, we will file a short opposition notifying the Court of this misrepresentation.
Thank you,
Ben

From: Cheney, Benjamin
Sent: Tuesday, February 17, 2026 4:03 PM
To: 'Mollie Jackowski' <mollie@marzulla.com>; Swanson, Kristofor (ENRD) <kristofor.swanson@usdoj.gov>; Janice.Schneider@lw.com; Stacey.VanBelleghem@lw.com; Devin.O'Connor@lw.com; Sarah Rice <SRice@riag.ri.gov>; O'Roark, Evan <Evan.ORoark@ct.gov>; Levine, Matthew <Matthew.Levine@ct.gov>; 'Nicholas Vaz' <NVaz@riag.ri.gov>; Rudat, Amanda (ENRD) <amanda.rudat@usdoj.gov>

1

**Cc:** Roger Marzulla <roger@marzulla.com>; Nancie Marzulla <nancie@marzulla.com>
**Subject:** RE: Revolution Wind, LLC v. Burgum—Green Oceans' Motion for Extension of Time

Hi Mollie,

Green Oceans was not granted intervenor status in the Plaintiff States' case, and therefore the States do not believe that Green Oceans should be responding to States' complaint (nor require an extension of time to respond). To the extent that your client disagrees with that assessment of its obligations and/or intends to respond to the States' complaint, the States oppose an extension of time to do so.

Thank you,
Ben

**From:** Mollie Jackowski <mollie@marzulla.com>
**Sent:** Monday, February 16, 2026 12:09 PM
**To:** Swanson, Kristofor (ENRD) <kristofor.swanson@usdoj.gov>; Janice.Schneider@lw.com; Stacey.VanBelleghem@lw.com; Devin.O'Connor@lw.com; Sarah Rice <SRice@riag.ri.gov>; Cheney, Benjamin <Benjamin.Cheney@ct.gov>; O'Roark, Evan <Evan.ORoark@ct.gov>; Levine, Matthew <Matthew.Levine@ct.gov>; 'Nicholas Vaz' <NVaz@riag.ri.gov>; Rudat, Amanda (ENRD) <amanda.rudat@usdoj.gov>
**Cc:** Roger Marzulla <roger@marzulla.com>; Nancie Marzulla <nancie@marzulla.com>
**Subject:** Revolution Wind, LLC v. Burgum—Green Oceans' Motion for Extension of Time

EXTERNAL EMAIL: This email originated from outside of the organization. Do not click any links or open any attachments unless you trust the sender and know the content is safe.

Counsel:

Defendant-Intervenor Green Oceans intends to seek a 45-day extension of time to respond to the supplemental complaints in these two consolidated cases, currently due February 20, 2026. The responsive pleading would then be due April 6, 2026. Good cause exists for this motion because Green Oceans is currently seeking substitute counsel to represent it.

In accordance with Local Rule 7(m), we are available to meet and confer either today or tomorrow (February 16 or 17), or you may advise us of your position if a meet-and-confer conference is not needed.

Thank you,

Mollie

**Mollie Jackowski**
Associate Attorney | Marzulla Law, LLC
1150 Connecticut Ave, NW | Suite 1050
Washington, DC 20036
T | 202 822 6760
F | 202 822.6774
Marzulla.com