UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| REVOLUTION WIND, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DOUGLAS BURGUM *et al.*, ) <br> ) <br> Defendants, ) <br> ) <br> *and* ) <br> ) <br> GREEN OCEANS, ) <br> ) <br> Defendant-Intervenor. ) <br> ) <br> STATE OF RHODE ISLAND *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES DEPARTMENT OF ) <br> THE INTERIOR *et al.*, ) <br> ) <br> Defendants. ) | C.A. Nos. 1:25-cv-04328-RCL; <br> 1:25-cv-02999-RCL (Consolidated) <br><br> Hon. Royce C. Lamberth |

[PROPOSED] ORDER

The Court having considered Defendant-Intervenor's, Green Oceans, Motion for Extension of Time to File Response to Supplemental Complaints and having found good cause shown, the motion is ~~GRANTED~~ **DENIED**.

~~Defendant-Intervenor shall file a response to the supplemental complaints in this case by April 6, 2026.~~

**SO ORDERED** on this _18th_ day of _February_, 2026.

*[signature]*

Honorable Royce C. Lamberth
United States District Judge