**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| REVOLUTION WIND, LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>DOUGLAS BURGUM, in his official capacity as Secretary of the Interior, et al.,<br><br>*Federal Defendants,*<br><br>and<br><br>GREEN OCEANS,<br><br>*Intervenor-Defendant.* | Case Nos. 1:25-cv-2999, 1:25-cv-4328 (Consolidated)<br><br>Hon. Royce C. Lamberth |
| STATE OF RHODE ISLAND, et al.,<br><br>*Plaintiff,*<br><br>v.<br><br>DOUGLAS BURGUM, in his official capacity as Secretary of the Interior, et al.,<br><br>*Federal Defendants*. | |

**[PROPOSED] ORDER**

Having reviewed Federal Defendants' Motion for Extension of Time to Lodge the Administrative Records, Dkt. No. 82, the motion is GRANTED. Federal Defendants' deadline to produce the administrative records to the other parties and to file the certified index of the administrative records in the above-captioned cases is extended to April 17, 2026.

Dated:

_____
Royce C. Lamberth
United States District Judge