**IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| REVOLUTION WIND, LLC, | |
| *Plaintiff*, | |
| v. | Case No.: 1:25-cv-02999-RCL |
| DOUGLAS J. BURGUM, in his official capacity as Secretary of the U.S. Department of the Interior, *et al.*, | |
| *Defendants*, | |
| and | |
| GREEN OCEANS, | |
| *Intervenor-Defendant.* | |
| STATE OF RHODE ISLAND, *et al.*, | |
| *Plaintiffs*, | |
| v. | Case No.: 1:25-cv-04328-RCL (consolidated) |
| UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*, | |
| *Defendants*. | |

**DECLARATION OF BRYAN STOCKTON IN SUPPORT OF
REVOLUTION WIND, LLC'S OPPOSITION TO FEDERAL DEFENDANTS' MOTION
FOR EXTENSION OF TIME TO LODGE THE ADMINISTRATIVE RECORDS**

Pursuant to 28 U.S.C. § 1746(2), I, Bryan Stockton, declare as follows:

1.      This is my second declaration submitted in this case.  My first Declaration in

Support of Revolution Wind, LLC's ("Revolution Wind") Motion for a Preliminary Injunction and

Stay Pending Review describes my role at Orsted North America Inc. ("Ørsted") as the Senior

1

Director, Federal and Regulatory Affairs; my familiarity with evolving federal tax, environmental, and energy policies that impact the commercial-scale Revolution Wind Farm and Revolution Wind Export Cable (together, the "Project"); and my relevant background experience. *See* Rebuttal Declaration of Bryan Stockton in Support of Plaintiff's Motion for a Preliminary Injunction and Stay Pending Review, Dkt. 62-3 ("First Stockton Declaration") ¶¶ 1-4. My First Declaration also outlined repeated attempts at outreach by Revolution Wind to Federal Defendants and the failure of Federal Defendants and the Department of War ("DoW") to (1) provide access to any classified information by Revolution Wind's technical representatives, who are U.S. citizens with U.S. top secret security clearance (including a retired vice admiral); (2) provide unclassified summaries of the information underlying the decision; or (3) otherwise engage in meaningful discussions with Revolution Wind to seek resolution of Federal Defendants' purported national security concerns with offshore wind projects. *See id.* ¶¶ 8-23.

2.      I execute this Declaration in Support of Revolution Wind's Opposition to Federal Defendants' Motion for Extension of Time to Lodge the Administrative Records in this case based on my personal knowledge of the matters referred to herein and, if called upon to do so, could and would testify truthfully thereto. I am over 18 years of age and competent to testify about the matters set forth herein.

3.      My First Declaration in this matter describes my correspondence with the Department of the Interior between December 23, 2025, and January 8, 2026, seeking to obtain access to the information relied upon by the Bureau of Ocean Energy Management ("BOEM") and to achieve a prompt resolution of the Department of the Interior's stated concerns. First Stockton Declaration ¶¶ 8-23. This Declaration provides continued correspondence after my First Declaration.

4.      On January 13, 2026, I followed up on my December 23, 2025 email to the Department of the Interior's scheduling inbox, attaching "an updated request" for a call between Secretary Burgum and Amanda Dasch, Chief Development Officer at Ørsted, "in the near future." **Exhibit 1** at 1. **Exhibit 1** is a true and correct copy of this email correspondence.  I followed this request by resubmitting an online Meeting and Event Request form on January 20, 2026.  To date, my meeting request has not been granted.

5.      On January 23, 2026, Tom Ferguson, President of Smooth Stone Strategies, LLC and a technical representative of Ørsted with "Top Secret/Sensitive Compartmented Information" clearance (which is one of the highest U.S. security clearances), sent an email to Christopher Danley, Senior Advisor to the Solicitor, asking for "any update" on when Mr. Ferguson "might expect to review the classified information related to Revolution Wind and Sunrise Wind and receive a briefing."   **Exhibit 2** at 1-2.   **Exhibit 2** is a true and correct copy of this email correspondence.    To date, none of Ørsted's representatives with "Top Secret/Sensitive Compartmented Information" clearance (which is one of the highest U.S. security clearances) have received any information from the Department of the Interior, BOEM, or the DoW.

6.      On February 19, 2026, Christopher Danley, Senior Advisor to the Solicitor, emailed me and asked, "[d]oes Orsted have any information that it is authorized to share with the United States regarding possible mitigation measures to radar degradation from offshore wind sites?  If so, could Orsted send it to us for consideration?"  Later that same day, I responded to let Mr. Danley know that Ørsted's technical team was preparing materials related to a few technologies that could provide additional capabilities, and reiterating the request for further discussions to understand and refine the additional capability sought.  **Exhibit 3** is a true and correct copy of this email correspondence.

7.      On February 23, 2026, I sent Mr. Danley materials discussing existing radar capabilities and potential enhancements for added coverage related to Revolution Wind and Sunrise Wind.  **Exhibit 4** is a true and correct copy of the transmittal email.  In my February 23, 2026 email, I reiterated Ørsted's willingness for further discussion with the Department of the Interior, BOEM, and the DoW.  *See* **Exhibit 4**.

8.      To date, I have not received any response to my February 23, 2026 email , nor have the Department of the Interior, BOEM or the DoW made any proposals to Revolution Wind and Sunrise Wind to address their stated concerns, or otherwise reached out to me to engage in a discussion of the materials I provided.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746(2) that the foregoing is true and correct.

Executed on March 19, 2026, at Washington, D.C.

_Bryan Stockton_
Bryan Stockton

4

# EXHIBIT 1

 Outlook

**RE: [EXTERNAL] Fw: Request for telephone call with Amanda Dasch**

**From** scheduling_interior <scheduling_interior@ios.doi.gov>
**Date** Mon 1/19/2026 10:45 PM
**To** Bryan Stockton <BRSTO@orsted.com>

Hi Bryan-
Thank you for requesting a meeting. Would you mind completing our online **Meeting and Event Request** form?

Thank you,
The Office of Scheduling and Advance
Secretary Doug Burgum |U.S. Department of the Interior
(202) 431-0623 | scheduling_interior@ios.gov

 

**From:** Bryan Stockton <BRSTO@orsted.com>
**Sent:** Tuesday, January 13, 2026 1:30 PM
**To:** scheduling_interior <scheduling_interior@ios.doi.gov>
**Cc:** Hanson, JoDee M <jodee_hanson@ios.doi.gov>
**Subject:** [EXTERNAL] Fw: Request for telephone call with Amanda Dasch

> **This email has been received from outside of DOI - Use caution before clicking on links, opening attachments, or responding.**

Please find attached an updated request for a call between Secretary Burgum and Amanda Dasch, Chief Development Officer at Orsted, in the near future.  We appreciate your consideration.

**Bryan Stockton**
Senior Director, Federal & Regulatory Affairs
Ørsted

Tel. (202) 499-0528

brsto@orsted.com

---

**From:** Bryan Stockton <BRSTO@orsted.com>
**Sent:** Tuesday, December 23, 2025 11:48 AM
**To:** scheduling_interior@ios.doi.gov <scheduling_interior@ios.doi.gov>
**Cc:** jodee_hanson@ios.doi.gov <jodee_hanson@ios.doi.gov>
**Subject:** Request for telephone call with Amanda Dasch

Please find attached a request for a call with Amanda Dasch, Chief Development Officer at Orsted, and Secretary Burgum, in light of yesterday's order from the department. Thank you for your consideration during this holiday period. We are committed to engaging for a prompt resolution of Interior's concerns.


**Bryan Stockton**

Head of Federal and Regulatory Affairs

1225 New York Avenue NW, Ste. 550B

Washington DC, 20002

Tel. (202) 499-0528

brsto@orsted.com



Learn more at us.orsted.com

# EXHIBIT 2

 Outlook

---

**RE: [EXTERNAL] Follow-up re Scheduling of Classified Briefing**

---

**From**  Danley, Christopher D <christopher.danley@sol.doi.gov>

**Date**  Fri 1/23/2026 7:13 PM

**To**   Tom Ferguson <tom@smoothstonestrategies.com>; Pat Holub <Pat.Holub@terma-us.com>; paul@stkbridge.com <paul@stkbridge.com>

**Cc**   Bryan Stockton <BRSTO@orsted.com>

Tom and Pat, I appreciate both of you reaching out separately to inquire about the status of your ability to review DoW's classified material.  For the sake of efficiency and courtesy, I included Admiral Thomas in the response as well.

On Wednesday, Interior consulted with DoW on possible mitigation measures at the five projects that received suspension orders on December 22.  During the meeting, I repeated my request for a point of contact at DoW to coordinate with you.  Unfortunately, Interior is not able to share another Department's classified material.  We are meeting with DoW again next week to discuss mitigation measures on these projects and I will make the same request.  Once I have information to share, then there will be no delay it relaying it to you.

In the meantime, if Orsted is able to share any more information about possible mitigation measures that it has used at other sites and could possibly provide at Sunrise and Revolution, then Interior will consider that information and pass it along to DoW for their consideration.  Based on comments made by an Orsted employee during our first meeting, it seems like Orsted has used certain mitigation measures at sites in Europe that are not being used at Sunrise and Revolution.  However, the Orsted employee indicated that he would like to have more information on the nature of the national security threat before further discussions took place on the types of mitigation measures that are being used by Orsted at European sites.  Unfortunately, this Orsted employee is not one of the representatives who has clearance to review DoW's classified material.  To expedite matters, we think it would be beneficial for Orsted to make available to Interior and DoW as quickly as possible all the information in its possession on mitigation measures that could be used to counter the national security issues that are set forth in publicly available documents, such as the suspension letters and court pleadings, relating to Sunrise and Revolution.  Further, if you think it would be helpful to have a meeting to further discuss this issue or any issue, then please let me know and we will schedule it promptly.

We also have a scheduled meeting with some of Orsted's representatives on Thursday.  I'm not sure of the nature of this meeting, but I will let you know if it relates to the issues above.

Best,

Chris

---

**From:** Tom Ferguson <tom@smoothstonestrategies.com>
**Sent:** Friday, January 23, 2026 2:27 PM
**To:** Danley, Christopher D <christopher.danley@sol.doi.gov>
**Cc:** Bryan Stockton <brsto@orsted.com>; Tom Ferguson <tom@smoothstonestrategies.com>
**Subject:** [EXTERNAL] Follow-up re Scheduling of Classified Briefing

**This email has been received from outside of DOI - Use caution before clicking on links, opening attachments, or responding.**

Mr. Danley:

Almost a month has passed since our meeting at BOEM, but I have yet to receive any communication from the Department of War regarding the transfer of my TS/SCI security clearance. Do you have any update on when I might expect to review the classified information related to Revolution Wind and Sunrise Wind and receive a briefing?

Please let me know if there is anything else I can provide to facilitate this transfer for this urgent matter.

Thank you, and I look forward to your response.

Best regards,

Tom

THOMAS W. FERGUSON, III
PRESIDENT & FOUNDER
SMOOTH STONE STRATEGIES, LLC
CELL/SIGNAL: (202) 845-6879

# EXHIBIT 3

 Outlook

## Re: [EXTERNAL] Follow-up re Scheduling of Classified Briefing

**From** Bryan Stockton <BRSTO@orsted.com>

**Date** Thu 2/19/2026 4:05 PM

**To** Danley, Christopher D <christopher.danley@sol.doi.gov>

**Cc** Giacona, Matthew N <Matthew.Giacona@boem.gov>

Chris and Matt:

While existing materials and schematics for other projects couldn't be readily shared, our technical team is preparing materials relating to a few technologies that could provide additional capabilities, per your request. In the absence of additional information, it will be high-level for now, but as we've said, we are open to further discussions to refine the additional capability sought. We should have this over to you in the next few days.

Best,

**Bryan Stockton**

Senior Director, Federal & Regulatory Affairs

Ørsted

Tel. (202) 499-0528

brsto@orsted.com

---

**From:** Danley, Christopher D <christopher.danley@sol.doi.gov>

**Sent:** Thursday, February 19, 2026 12:29 PM

**To:** Bryan Stockton <BRSTO@orsted.com>

**Cc:** Giacona, Matthew N <Matthew.Giacona@boem.gov>

**Subject:** RE: [EXTERNAL] Follow-up re Scheduling of Classified Briefing

Bryan, we're following up on our request below for information regarding mitigation measures to radar degradation that Orsted could deploy at Revolution Wind and Sunrise Wind.

As you state below: "Because information is restricted from disclosure by other governments and militaries, Orsted is not authorized to provide 'all of the information in its possession[.]'"

Does Orsted have any information that it is authorized to share with the United States regarding possible mitigation measures to radar degradation from offshore wind sites? If so, could Orsted send it to us for consideration?

Thanks,

Chris

**From:** Danley, Christopher D <christopher.danley@sol.doi.gov>
**Sent:** Thursday, January 29, 2026 11:22 AM
**To:** Bryan Stockton <BRSTO@orsted.com>
**Subject:** Re: [EXTERNAL] Follow-up re Scheduling of Classified Briefing

Understood.  Thanks Bryan.

Get Outlook for iOS

---

**From:** Bryan Stockton <BRSTO@orsted.com>
**Sent:** Thursday, January 29, 2026 10:59:56 AM
**To:** Danley, Christopher D <christopher.danley@sol.doi.gov>
**Subject:** Re: [EXTERNAL] Follow-up re Scheduling of Classified Briefing

Chris:

Regarding the Thursday meeting you referenced, I had a chance to connect with Nick Iarossi at BGR and he mentioned he was meeting with you today. BGR supports Orsted on policy matters and Orsted is hopeful there are potential policy objectives that may be mutually beneficial.  I just wanted to clarify in advance that BGR is not experienced or familiar with the technical aspects of offshore wind operations or potential mitigation.  So any discussion regarding the basis for the Order and potential mitigation should be with the technical experts—either internal to Orsted or our outside experts with TS/SCI clearance.

Best,
**Bryan Stockton**
Senior Director, Federal & Regulatory Affairs
Ørsted
Tel. (202) 499-0528
brsto@orsted.com

---

**From:** Bryan Stockton <BRSTO@orsted.com>
**Sent:** Tuesday, January 27, 2026 5:47 PM
**To:** Danley, Christopher D <christopher.danley@sol.doi.gov>
**Cc:** Pat Holub <Pat.Holub@terma-us.com>; paul@stkbridge.com <paul@stkbridge.com>; Tom Ferguson <tom@smoothstonestrategies.com>
**Subject:** Re: [EXTERNAL] Follow-up re Scheduling of Classified Briefing

Chris,

Thank you for your email. As we noted in our meeting with you on December 30, 2025, Orsted has significant experience working with military and national security governmental agencies worldwide, including with the North Atlantic Treaty Organization, mainland Europe and the United Kingdom. In every instance, we work cooperatively with specific military and national security governmental agencies to identify specific measures to address the precise needs of those agencies. As we discussed in our meeting, there are multiple mitigation tools and the approach must be tailored to the specific needs in each instance to maximize effectiveness.

To facilitate constructive participation in working groups, seminars, and meetings on conceptual/capability levels, the other worldwide military and national security governmental agencies have executed Non-Disclosure Agreements and/or Information Handling Agreements to which certain Orsted personnel are subject. Because information is restricted from disclosure by other governments and militaries, Orsted is not authorized to provide

"all of the information in its possession," as you invite. That said, we would welcome the opportunity for our technical representatives with active U.S. security clearances to better understand the concerns that the Department of War has apparently raised. Additionally, if the Government can share relevant information in an unclassified manner, we could have Orsted personnel with relevant experience participate, as appropriate.

Best,

**Bryan Stockton**
Senior Director, Federal & Regulatory Affairs
Ørsted
Tel. (202) 499-0528
brsto@orsted.com

---

**From:** Danley, Christopher D <christopher.danley@sol.doi.gov>
**Sent:** Friday, January 23, 2026 7:13 PM
**To:** Tom Ferguson <tom@smoothstonestrategies.com>; Pat Holub <Pat.Holub@terma-us.com>; paul@stkbridge.com <paul@stkbridge.com>
**Cc:** Bryan Stockton <BRSTO@orsted.com>
**Subject:** RE: [EXTERNAL] Follow-up re Scheduling of Classified Briefing

Tom and Pat, I appreciate both of you reaching out separately to inquire about the status of your ability to review DoW's classified material.  For the sake of efficiency and courtesy, I included Admiral Thomas in the response as well.

On Wednesday, Interior consulted with DoW on possible mitigation measures at the five projects that received suspension orders on December 22.  During the meeting, I repeated my request for a point of contact at DoW to coordinate with you.  Unfortunately, Interior is not able to share another Department's classified material.  We are meeting with DoW again next week to discuss mitigation measures on these projects and I will make the same request.  Once I have information to share, then there will be no delay it relaying it to you.

In the meantime, if Orsted is able to share any more information about possible mitigation measures that it has used at other sites and could possibly provide at Sunrise and Revolution, then Interior will consider that information and pass it along to DoW for their consideration.  Based on comments made by an Orsted employee during our first meeting, it seems like Orsted has used certain mitigation measures at sites in Europe that are not being used at Sunrise and Revolution.  However, the Orsted employee indicated that he would like to have more information on the nature of the national security threat before further discussions took place on the types of mitigation measures that are being used by Orsted at European sites.  Unfortunately, this Orsted employee is not one of the representatives who has clearance to review DoW's classified material.  To expedite matters, we think it would be beneficial for Orsted to make available to Interior and DoW as quickly as possible all the information in its possession on mitigation measures that could be used to counter the national security issues that are set forth in publicly available documents, such as the suspension letters and court pleadings, relating to Sunrise and Revolution.  Further, if you think it would be helpful to have a meeting to further discuss this issue or any issue, then please let me know and we will schedule it promptly.

We also have a scheduled meeting with some of Orsted's representatives on Thursday. I'm not sure of the nature of this meeting, but I will let you know if it relates to the issues above.

Best,

Chris

---

**From:** Tom Ferguson <tom@smoothstonestrategies.com>
**Sent:** Friday, January 23, 2026 2:27 PM
**To:** Danley, Christopher D <christopher.danley@sol.doi.gov>
**Cc:** Bryan Stockton <brsto@orsted.com>; Tom Ferguson <tom@smoothstonestrategies.com>
**Subject:** [EXTERNAL] Follow-up re Scheduling of Classified Briefing

---

> **This email has been received from outside of DOI - Use caution before clicking on links, opening attachments, or responding.**

---

Mr. Danley:

Almost a month has passed since our meeting at BOEM, but I have yet to receive any communication from the Department of War regarding the transfer of my TS/SCI security clearance. Do you have any update on when I might expect to review the classified information related to Revolution Wind and Sunrise Wind and receive a briefing?

Please let me know if there is anything else I can provide to facilitate this transfer for this urgent matter.

Thank you, and I look forward to your response.

Best regards,

Tom

THOMAS W. FERGUSON, III
PRESIDENT & FOUNDER
SMOOTH STONE STRATEGIES, LLC
CELL/SIGNAL: (202) 845-6879

# EXHIBIT 4

 Outlook

---

**Information request regarding Revolution Wind and Sunrise Wind**

---

**From** Bryan Stockton <BRSTO@orsted.com>

**Date** Mon 2/23/2026 10:41 PM

**To** Danley, Christopher D <christopher.danley@sol.doi.gov>

**Cc** Giacona, Matthew N <matthew.giacona@boem.gov>

📎 1 attachment (157 KB)

Additional Radar Capabilities for REV and SRW Response to BOEM.pdf;

Chris:

Per your request, the attached document discusses existing radar capabilities and potential enhancements related to Revolution Wind and Sunrise Wind. Please note the attached contains confidential information exempt from disclosure under FOIA, 5 U.S.C. § 552(b)(4), and protected under 18 U.S.C. § 1905.

Our team remains ready to discuss further with you, BOEM, and the Department of War.

Best,

**Bryan Stockton**

Senior Director, Federal & Regulatory Affairs

1225 New York Avenue NW, Ste. 550B

Washington DC, 20002

Tel. (202) 499-0528

brsto@orsted.com



Learn more at us.orsted.com