**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

REVOLUTION WIND, LLC,

      *Plaintiff,*

    *v.*

DOUGLAS BURGUM, in his official capacity as
Secretary of the Interior, et al.,

      *Federal Defendants,*

    *and*

GREEN OCEANS,

      *Intervenor-Defendant.*

STATE OF RHODE ISLAND, et al.,

      *Plaintiff,*

    *v.*

DOUGLAS BURGUM, in his official capacity as
Secretary of the Interior, et al.,

      *Federal Defendants.*

Case Nos. 1:25-cv-2999, 1:25-cv-4328
(Consolidated)

Hon. Royce C. Lamberth

## NOTICE OF FILING CERTIFIED INDEX OF THE ADMINISTRATIVE RECORDS

Federal Defendants hereby submit the Bureau of Ocean Energy Management's certification of its administrative records for the August 22, 2025 stop work order and December 22, 2025 suspension order challenged in these consolidated cases. The certification of the administrative records and index are attached to this notice. Federal Defendants provided the contents of the administrative records to the other parties via a file sharing system on April 3, 2026.

1

Dated: April 3, 2026

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

PETER M. TORSTENSEN, JR.
Deputy Assistant Attorney General

*s/ Amanda K. Rudat*
KRISTOFOR R. SWANSON
(Colo. Bar No. 39378)
AMANDA K. RUDAT
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044
Telephone: (202) 598-1937 (Swanson)
Telephone: (202) 532-3201 (Rudat)
kristofor.swanson@usdoj.gov
amanda.rudat@usdoj.gov

*Attorneys for Federal Defendants*