**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| REVOLUTION WIND, LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>DOUGLAS BURGUM, in his official capacity as Secretary of the Interior, et al.,<br><br>*Federal Defendants,*<br><br>and<br><br>GREEN OCEANS,<br><br>*Intervenor-Defendant.* | Case Nos. 1:25-cv-2999, 1:25-cv-4328 (Consolidated)<br><br>Hon. Royce C. Lamberth |
| STATE OF RHODE ISLAND, et al.,<br><br>*Plaintiff,*<br><br>v.<br><br>DOUGLAS BURGUM, in his official capacity as Secretary of the Interior, et al.,<br><br>*Federal Defendants.* | |

**ADMINISTRATIVE RECORD CERTIFICATION**

1.      I, Matthew Giacona, am the Principal Deputy Director of the Bureau of Ocean Energy Management ("BOEM") within the Department of the Interior ("Department"). I also have served in a temporary capacity as the Bureau's Acting Director since approximately July

2025. I have served as Principal Deputy Director since May 18, 2025. Prior to this role, I served as Senior Advisor to the Secretary of the Interior from March 24, 2025, to May 17, 2025.

2.      As part of my responsibilities as the Principal Deputy Director of BOEM, I oversee BOEM's review, approval, regulation and oversight of offshore wind projects in federal waters on the U.S. outer continental shelf.  On August 22, 2025, I issued an order directing Revolution Wind to halt activities on the outer continental shelf ("August 2025 Stop-Work Order"), and on December 22, 2025 I issued the suspension order to Revolution Wind, LLC ("December 2025 Suspension Order").  Preceding both of those decisions, I coordinated with officials in the Department, and I reviewed and considered relevant information provided by BOEM staff.  Preceding the suspension order, I also reviewed information that the Department received from the Department of War.

3.      The Department of War has designated as classified information that I, along with other Department staff, considered in making the decision to issue the suspension order. The records containing classified information were provided to the court for *ex parte*, *in camera* review on January 8, 2026, as attachments to the declaration of the Honorable Dale R. Marks.

4.      I certify, to the best of my knowledge and belief and based on discussions with staff in the Department and BOEM, that the documents designated as AR0050-AR7843 listed in the attached index constitute BOEM's Administrative Record for the August 2025 Stop-Work Order.

5.      I certify, to the best of my knowledge and belief, that all the documents in the attached index along with the classified documents previously provided to the court as attachments to the Marks' declaration constitute BOEM's Administrative Record for the December 2025 Suspension Order.

Dated: April 3, 2026

                                      _____

Matthew N. Giacona
Principal Deputy Director
Bureau of Ocean Energy Management
Department of the Interior