| Filename | Revolution Wind Title | Revolution Wind Date | Author | Notes |
|---|---|---|---|---|
| AR0001-AR0002.pdf | Bureau of Ocean Energy Management Acting Director's Order regarding suspension of ongoing activities for 90 days for reasons of national security | December 22, 2025 | Giacona, Matthew. Acting Director, U.S. Department of the Interior, Bureau of Ocean Energy Management. | This document is not included in the adminsitrative record for the August 22 stop-work order. |
| AR0003-AR0042.pdf | Response to Matthew Giacona Data Call request for "DOD Information" | December 22, 2025 | U.S. Department of the Interior, Bureau of Ocean Energy Management | This document is not included in the adminsitrative record for the August 22 stop-work order. |
| AR0043-AR0043.pdf | Email from Joshua Gange to staff regarding instructions for the Matthew Giacona Data Call assignment | December 22, 2025 | U.S. Department of the Interior, Bureau of Ocean Energy Management | This document is not included in the adminsitrative record for the August 22 stop-work order. |
| AR0044-AR0045.pdf | Offshore Wind Operations | December 15, 2025 | U.S. Department of the Interior, Bureau of Safety and Environmental Management | This document is not included in the adminsitrative record for the August 22 stop-work order. |
| AR0046-AR0046.pdf | Impact of Offshore Wind Projects on Land-Based Radar | November 30, 2025 | Wischer, Greg. Deputy Chief of Staff - Policy, U.S. Department of the Interior. | This document is not included in the adminsitrative record for the August 22 stop-work order. |
| AR0047-AR0048.pdf | Revolution Wind Project Summary | November 24, 2025 | U.S. Department of Interior | This document is not included in the adminsitrative record for the August 22 stop-work order. |
| AR7844-AR7845.pdf | Revolution Wind Summary | November 24, 2025 | U.S. Department of Interior | This document is not included in the adminsitrative record for the August 22 stop-work order. |
| AR0049-AR0049.pdf | Map depicting lease areas | November 1, 2025 | U.S. Department of the Interior, Bureau of Ocean Energy Management | This document is not included in the adminsitrative record for the August 22 stop-work order. |
| AR0050-AR0051.pdf | Bureau of Ocean Energy Management Acting Director's Order regarding a halt of ongoing activities for reasons of national security and prevention of interference with reasonable uses | August 22, 2025 | Giacona, Matthew. Acting Director, U.S. Department of the Interior, Bureau of Ocean Energy Management. | |
| AR0052-AR0053.pdf | Revolution Wind - OCS-A 0486 - Concerns and Mitigations | June 13, 2025 | U.S. Department of the Interior, Bureau of Ocean Energy Management | |
| AR0054-AR0121.pdf | Revolution Wind 2024 Annual Certification of Compliance | January 31, 2025 | Revolution Wind | Contains Redacted Confidential Business Information pursuant to the Trade Secrets Act, 18 U.S.C. § 1905, subsection 8(p) of the Outer Continental Shelf Lands Act, 43 U.S.C. § 1337(p)(8), and 30 C.F.R. § 585.113 |
| AR0122-AR0176.pdf | Amendment and Restatement of Renewable Energy Lease OCS-A 0486 | January 15, 2025 | U.S. Department of the Interior, Bureau of Ocean Energy Management | |
| AR0177-AR0180.pdf | Approval Letter for variance from conditions 5.10 Wind Turbine Generator (WTG) and Offshore Substation (OSS) Foundation Installation Conditions and 5.10.5.f Soft Start for Pile Driving | December 2, 2024 | U.S. Department of the Interior, Bureau of Ocean Energy Management | |
| AR0181-AR0196.pdf | Agreement Between the Department of Defense, the Department of the Air Force and Revolution Wind, LLC,Addressing the Revolution Wind Offshore Wind Project Near Rhode Island and Massachusets | November 4, 2024 | Revolution Wind, Department of Defense, Department of the Air Force | |
| AR0197-AR0312.pdf | Advisory Circular Obstruction Marking and Lighting | October 29, 2024 | U.S. Department of Transportation, Federal Aviation Administration | |
| AR0313-AR0315.pdf | Approval Letter for variance from condition 5.10.5.f Soft Start for Pile Driving | August 14, 2024 | U.S. Department of the Interior, Bureau of Ocean Energy Management | |
| AR0316-AR0317.pdf | Approval Letter for variance from condition 6.3 Federal Survey Mitigation Program | May 3, 2024 | U.S. Department of the Interior, Bureau of Ocean Energy Management | |
| AR0318-AR0320.pdf | Errata for the Conditions of COP Approval | April 25, 2024 | U.S. Department of the Interior, Bureau of Ocean Energy Management | |
| AR0321-AR0362.pdf | Update on the Efforts of the Wind Turbine Radar Interference Mitigation Working Group | February 1, 2024 | U.S. Department of Energy | |
| AR0363-AR0363.pdf | Conditions of Construction and Operations Plan Approval and Letter | November 17, 2023 | U.S. Department of the Interior, Bureau of Ocean Energy Management | |
| AR0364-AR0562.pdf | Record of Decision: Revolution Wind Farm and Revolution Wind Export Cable Project Construction and Operations Plan | August 21, 2023 | U.S. Department of the Interior, Bureau of Ocean Energy Management | |
| AR0563-AR3438.pdf | Revolution Wind Farm and Revolution Wind Export Cable Project Final Environmental Impact Statement with Errata Incorporated | August 15, 2023 | U.S. Department of the Interior, Bureau of Ocean Energy Management | |
| AR3439-AR3465.pdf | Errata for the Revolution Wind Farm and Revolution Wind Export Cable Project Final Environmental Impact Statement | August 15, 2023 | U.S. Department of the Interior, Bureau of Ocean Energy Management | |
| AR3466-AR6339.pdf | Revolution Wind Farm and Revolution Wind Export Cable Project Final Environmental Impact Statement | July 21, 2023 | U.S. Department of the Interior, Bureau of Ocean Energy Management | |
| AR6340-AR6343.pdf | Letter from National Oceanic and Atmospheric Administration to BOEM on Cooperating Agency Review of the Preliminary Final Environmental Impact Statement for Revolution Wind | March 15, 2023 | Michael Pentony, Regional Administrator, NOAA | |
| AR6344-AR7211.pdf | Construction & Operations Plan (COP) Revolution Wind Farm Volume 1 | March 1, 2023 | Revolution Wind | |
| AR7212-AR7217.pdf | Appendix A: Agency Correspondence | March 1, 2023 | Revolution Wind | |
| AR7218-AR7243.pdf | Revolution Wind COP Appendix B: Coastal Zone Management Consistency Statements | March 1, 2023 | Revolution Wind | |

| Filename | Revolution Wind Title | Revolution Wind Date | Author | Notes |
|---|---|---|---|---|
| AR7244-AR7276.pdf | Revolution Wind COP Appendix E: Safety Management System | March 1, 2023 | Revolution Wind | Contains Redacted Confidential Business Information pursuant to the Trade Secrets Act, 18 U.S.C. § 1905, subsection 8(p) of the Outer Continental Shelf Lands Act, 43 U.S.C. § 1337(p)(8), and 30 C.F.R. § 585.113 |
| AR7277-AR7343.pdf | Revolution Wind COP Appendix H: Supplemental Project Information and Conceptual Project Engineering Design Drawings | March 1, 2023 | Revolution Wind | Contains Redacted Confidential Business Information pursuant to the Trade Secrets Act, 18 U.S.C. § 1905, subsection 8(p) of the Outer Continental Shelf Lands Act, 43 U.S.C. § 1337(p)(8), and 30 C.F.R. § 585.113 |
| AR7344-AR7363.pdf | Revolution Wind COP Appendix S1: Obstruction Evaluation and Airspace Analysis | March 1, 2023 | Revolution Wind | |
| AR7364-AR7400.pdf | Revolution Wind COP Appendix S2: Radar and Navigational Aid Screening Study | March 1, 2023 | Revolution Wind | |
| AR7401-AR7414.pdf | Revolution Wind COP Appendix  S3: Air Traffic Flow Analysis | March 1, 2023 | Revolution Wind | |
| AR7415-AR7420.pdf | Revolution Wind COP Appendix  S4: Aircraft Detection Lighting System Efficacy Analysis | March 1, 2023 | Revolution Wind | |
| AR7421-AR7440.pdf | Letter from National Oceanic and Atmospheric Administration to BOEM on Cooperating Agency Review of the Draft Environmental Impact Statement for Revolution Wind | October 17, 2022 | Michael Pentony, Regional Administrator, NOAA | |
| AR7441-AR7536.pdf | Wind Turbine Generator Impacts to Marine Vessel Radar | February 1, 2022 | National Academies of Sciences, Engineering, and Medicine. | |
| AR7537-AR7576.pdf | Coastal High Frequency Radar Wind Turbine Interference Mitigation | December 1, 2021 | Trockel D., Trockel J., Whelan C. | |
| AR7577-AR7577.pdf | Letter from Military Aviation and Installation Assurance Siting Clearinghouse to BOEM | October 15, 2021 | Sample, Steven. Executive Director. Military Aviation and Installation Assurance Siting Clearinghouse | |
| AR7578-AR7584.pdf | Email Response with from Military Aviation and Installation Assurance Siting Clearinghouse to BOEM | October 15, 2021 | Michael Lignowski. Military Aviation & Installation Assurance Siting Clearinghouse | |
| AR7585-AR7588.pdf | Email correspondence between David MacDuffee (BOEM) and Steven Sample (Military Aviation Installation Assurance Siting Clearinghouse) regarding DoD's review of the Revolution Wind COP | August 24, 2021 | MacDuffee, David. Branch Chief, Projects and Coordination Branch. Bureau of Ocean Energy Management, U.S. Department of the Interior | |
| AR7589-AR7597.pdf | BOEM Guidelines for Lighting and Marking of Structures Supporting Renewable Energy Development | April 28, 2021 | U.S. Department of the Interior, Bureau of Ocean Energy Management | |
| AR7598-AR7794.pdf | Radar Interference Analysis for Renewable Energy Facilities on the Atlantic Outer Continental Shelf | August 1, 2020 | Colburn R., Randolph C., Drummond C., Miles M., Brody F., McGillen C., Krieger A., Jankowski R., | |
| AR7795-AR7843.pdf | Impact Assessment and Mitigation of Offshore Wind Turbines on High Frequency Coastal Oceanographic Radar | August 1, 2018 | Trockel D, Rodriguez-Alegre I, Barrick D, Whelan C. | |