**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| REVOLUTION WIND, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. Nos. 1:25-cv-04328-RCL; |
| ) | 1:25-cv-02999-RCL (Consolidated) |
| DOUGLAS BURGUM *et al.*, ) | |
| ) | Hon. Royce C. Lamberth |
| Defendants, ) | |
| ) | |
| *and* ) | |
| ) | |
| GREEN OCEANS, ) | |
| ) | |
| Defendant-Intervenor. ) | |
| ) | |
| ) | |
| STATE OF RHODE ISLAND *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| THE INTERIOR *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

The Court having considered Marzulla Law's Motion to Withdraw Roger J. Marzulla, Nancie G. Marzulla, and Mollie A. Jackowski as Counsel for Defendant-Intervenor and the opposition thereto, and for good cause shown,

**IT IS HEREBY ORDERED** that Marzulla Law's Motion is GRANTED; and

**IT IS HEREBY ORDERED** that Defendant-Intervenor shall be given 60 days to identify substitute counsel.

**SO ORDERED** on this 21st day of April, 2026.

Honorable Royce C. Lamberth
United States District Judge