AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| STATE OF RHODE ISLAND ET AL. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:25-cv-02999-RCL |
| US DEPARTMENT OF THE INTERIOR, ET AL. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Rhode Island                                                                                          .

Date:     04/29/2026                                                    /s/ Maithreyi Ratakonda
                                                                                        *Attorney's signature*

                                                                    Maithreyi Ratakonda, NY Bar# 5060124
                                                                                        *Printed name and bar number*

                                                                    RHODE ISLAND OFFICE OF THE
                                                                    ATTORNEY GENERAL
                                                                    150 South Main Street
                                                                    Providence, RI 02903
                                                                                        *Address*

                                                                    mai@statesunited.org
                                                                                        *E-mail address*

                                                                    (401) 274-4400
                                                                                        *Telephone number*

                                                                                        *FAX number*