AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| STATE OF RHODE ISLAND ET AL. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:25-cv-02999-RCL |
| US DEPARTMENT OF THE INTERIOR, ET AL. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Rhode Island                                                                 .

Date:    04/29/2026

/s/ Judy Shih
*Attorney's signature*

Judy Shih, CA Bar# 206394
*Printed name and bar number*

RHODE ISLAND OFFICE OF THE
ATTORNEY GENERAL
150 South Main Street
Providence, RI 02903
*Address*

judy@statesunited.org
*E-mail address*

(401) 274-4400
*Telephone number*

*FAX number*