**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

REVOLUTION WIND, LLC,

Plaintiffs,

v.

DOUGLAS BURGUM *et al.,*

Defendants,

and

GREEN OCEANS,

Defendant-Intervenor.

---

STATE OF RHODE ISLAND et al.,

Plaintiffs,

v.

UNITED STATES DEPARTMENT THE INTERIOR et al.,

Case No.: 1:25-cv-02999-RCL

Hon. Royce C. Lamberth

**NOTICE OF LIMITED, TEMPORARY APPEARANCE**

In light of this Court's Order of April 22, 2026 concerning Green Oceans' representation, Thomas Stavola, Jr. Esq., hereby enters a **limited, temporary appearance** on behalf of Green Oceans **solely for purposes of facilitating forthcoming pro hac vice motions and transition of counsel**. This limited appearance **is not intended** to expand counsel's role beyond facilitating forthcoming pro hac vice motions and transition of counsel nor as a general appearance or an

undertaking of responsibility for substantive briefing, scheduling, hearings, docket monitoring, deadlines, extensions, or case management.

Dated: June 22, 2026

Respectfully submitted,

*/s/ Thomas Stavola Jr. Esq.*

Thomas Stavola Jr. Esq.
DC Bar ID No: 90015331
Law Office of Thomas Stavola Jr. LLC
209 County Road 537
Colts Neck, NJ 07722
tstavolajr@stavolalaw.com
732-539-7244