# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

REVOLUTION WIND, LLC,

        *Plaintiff,*

    *v.*

DOUGLAS BURGUM, in his official capacity as
Secretary of the Interior, et al.,

        *Federal Defendants,*

    *and*

GREEN OCEANS,

        *Intervenor-Defendant.*

STATE OF RHODE ISLAND, et al.,

        *Plaintiff,*

    *v.*

DOUGLAS BURGUM, in his official capacity as
Secretary of the Interior, et al.,

        *Federal Defendants.*

Case Nos. 1:25-cv-2999, 1:25-cv-4328
(Consolidated)

Hon. Royce C. Lamberth

## APPEARANCE OF COUNSEL

Please enter the appearance of Peter Kryn Dykema as attorney of record for Defendants

United States Department of the Interior, Doug Burgum (in his official capacity as Secretary of

the Interior), United States Bureau of Ocean Energy Management, Matthew Giacona (in his

official capacity as Acting Director of the Bureau of Ocean Energy Management), the United

States Bureau of Safety and Environmental Enforcement, and Kenneth Stevens (in his official

1

capacity as Principal Deputy Director Exercising the Delegated Authorities of the Director of the

Bureau of Safety and Environmental Enforcement).

Service of all papers by U.S. Mail should be addressed to:

> Peter Kryn Dykema
> US Department of Justice
> Environment & Natural Resources Division
> Natural Resources Section
> P.O. Box 7611
> Washington DC 20044-0663

Overnight and hand deliveries should be addressed to:

> Peter Kryn Dykema
> U.S. Department of Justice
> Environment and Natural Resources Division
> 4 Constitution Square
> 150 M Street, N.E., Suite 3.206
> Washington, D.C. 20002

Electronic service should be addressed to:

> peter.dykema@usdoj.gov
> efile_nrs.enrd@usdoj.gov

> Respectfully submitted,
>
> ADAM R.F. GUSTAFSON
> Principal Deputy Assistant Attorney General
> Environment and Natural Resources Division
>
> *Peyer Kryn Dykema*
> Peter Kryn Dykema
> D.C. Bar Number 419349
> Senior Trial Attorney
> Natural Resources Section
> P.O. Box 7611
> Washington, DC 20044-7611
> Tel: 202 532 3084
> peter.dykema@usdoj.gov

*Electronically filed June 25, 2026*

2