AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

Revolution Wind, LLC
*Plaintiff*
v.
Burgum et al.
*Defendant*

Case No. 1:25-cv-02999-RCL

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Green Oceans .

Date: 07/09/2026

/s/ Daniel I. Lampke
*Attorney's signature*

Daniel I. Lampke, Esq. (Admitted Pro Hac Vice)
*Printed name and bar number*

Bernkopf Goodman LLP
2 Seaport Ln, 9th Floor
Boston, MA 02210
*Address*

dlampke@bernkopflegal.com
*E-mail address*

(617) 790-3482
*Telephone number*

(617) 790 3300
*FAX number*