**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

REVOLUTION WIND, LLC, et al.,

    Plaintiff,

v.

DOUGLAS BURGUM et al.,                    Case  No.:  1:25-cv-02999-RCL

    Defendants

and

GREEN OCEANS,

    Defendant-Intervenor.

---

STATE OF RHODE ISLAND et al.,

    Plaintiffs,


UNITED STATES DEPARTMENT OF THE INTERIOR et al.,

    Defendants.

**NOTICE OF WITHDRAWAL**

**PLEASE TAKE NOTICE** that undersigned counsel, Thomas Stavola, Jr. Esq., respectfully withdraws from any attorney-noticing or attorney-party association reflected on the docket in this matter.

Undersigned counsel appeared in this matter solely as the sponsoring member of the Bar of this Court for purposes of filing the pro hac vice motions of Robert Stetson and Daniel Lampke. Those motions expressly stated that undersigned counsel did not enter a general appearance for any party by signing or filing the motions.

Accordingly, to the extent undersigned counsel has been associated on the docket as counsel or as an "Attorney to be Noticed" for any party, undersigned counsel hereby withdraws from any such association and respectfully requests removal from ECF noticing in this matter.

No trial date has been set. Robert Stetson and Daniel Lampke have been admitted pro hac vice and have appeared as counsel for Green Oceans, identified in their pro hac vice motions.

Respectfully submitted,

*/s/ Thomas Stavola Jr. Esq.*
Thomas Stavola Jr. Esq.
DC Bar ID number: 90015331
Law Office of Thomas Stavola Jr. LLC
209 County Road 537
Colts Neck, NJ 07722
tstavolajr@stavolalaw.com
732-539-7244

Consented to:

GREEN OCEANS

*/s/ Michael Lombardi*
President – authorized representative on behalf of Green Oceans

*/s/ Robert W. Stetson*
Robert W. Stetson, Esq.
Bernkopf Goodman LLP
2 Seaport Lane, 9th floor
Boston, Massachusetts 02210
(617) 790-3323
Fax: (617) 790-3300
rstetson@bernkopflegal.com

*/s/ Daniel I. Lampke*
Daniel I. Lampke Esq.
Bernkopf Goodman LLP
2 Seaport Lane, 9th floor Boston,

Massachusetts 02210
(617) 790-3482
Fax: (617) 790-3300
dlampke@bernkopflegal.com