**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

REVOLUTION WIND, LLC,

*Plaintiff,*

*v.*

DOUGLAS BURGUM, in his official capacity as Secretary of the Interior, et al.,

*Federal Defendants*,

*and*

GREEN OCEANS,

*Intervenor-Defendant.*

---

STATE OF RHODE ISLAND, et al.,

*Plaintiff,*

*v.*

DOUGLAS BURGUM, in his official capacity as Secretary of the Interior, et al.,

*Federal Defendants*.

Case Nos. 1:25-cv-2999, 1:25-cv-4328 (Consolidated)

Hon. Royce C. Lamberth

## NOTICE OF WITHDRAWAL OF COUNSEL

Under Local Rule 83.6(b), Peter M. Torstensen, Jr., provides notice of withdrawal from representing Defendants because he is leaving the Department of Justice. Federal Defendants will continue to be represented by John Adams, Kristofor Swanson, Peter Dykema, and Amanda Rudat who have entered appearances in this case.

Dated: August 19, 2026

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

*<u>/s/ Peter M. Torstensen, Jr.</u>*
PETER M. TORSTENSEN, JR.
Deputy Assistant Attorney General
Environment & Natural Resources Division
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, D.C. 20530
Tele: (202) 598-9646
peter.torstensen@usdoj.gov