**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

REVOLUTION WIND, LLC, et al.

*Plaintiffs,*

v.

BURGUM, et al.,

*Defendants.*

**Case No. 1:25-CV-02999-RCL**

**ORDER**

Actions for review on an administrative record are exempt from typical scheduling orders. LCvR 16.3(b)(l). Therefore, the Court **ORDERS** the parties to meet and confer and to submit joint briefing within fifteen days proposing a schedule for briefing dispositive motions.

**SO ORDERED.**

Date: 19 November, 2026

Hon. Royce C. Lamberth
United States District Judge